IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:24-cv-218

| | |
|---|---|
| FN HERSTAL, S.A. and FN AMERICA, LLC, <br><br> Plaintiffs <br><br> v. <br><br> STURM, RUGER & CO., INC., <br><br> Defendant | **NOTICE OF SPECIAL APPEARANCE** |

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of R. Gordon Wright of Finnegan, Henderson, Farabow, Garrett & Dunner, as counsel of record for Defendant Sturm Ruger & Co., Inc.

Mr. Wright certifies that he is an active member in good standing of the bar of the State of Georgia. Mr. Wright further certifies that he understands that by entering an appearance, he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which he is specially appearing and that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials and other proceedings.

Mr. Wright is appearing in the above-captioned civil action in association with Lorin J. Lapidus of Nelson Mullins Riley & Scarborough LLP. Mr. Lapidus is an active member in good standing of the bar of this Court. Mr. Lapidus certifies that he will remain responsible to this Court for the conduct of the litigation and acknowledges that he must

sign all pleadings and papers, except for certificates of service. Mr. Lapidus further certifies that he or a member of his firm admitted to this Court will be present during local hearings, pretrial conferences, potentially dispositive proceedings, and at trial.

This the 5th day of April, 2024.

/s/ R. Gordon Wright
R. Gordon Wright (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
271 17th Street, NW
Suite 1400
Atlanta, GA 30363-6209
(404) 653-6400 (phone)
(404) 653-6444 (fax)
gordon.wright@finnegan.com

/s/ Lorin J. Lapidus
Lorin J. Lapidus, NC State Bar No. 33458
Nelson Mullins Riley & Scarborough LLP
380 Knollwood Street, Suite 530
Winston-Salem, NC 27103
Phone: 336-774-3329
Fax: 336-774-3299
lorin.lapidus@nelsonmullins.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

        /s/ R. Gordon Wright
        R. Gordon Wright (*pro hac vice*)
        FINNEGAN, HENDERSON, FARABOW,
          GARRETT & DUNNER, LLP
        271 17th Street, NW
        Suite 1400
        Atlanta, GA 30363-6209
        (404) 653-6400 (phone)
        (404) 653-6444 (fax)
        gordon.wright@finnegan.com