IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:24-cv-218

| | |
|---|---|
| FN HERSTAL, S.A. and<br>FN AMERICA, LLC,<br><br>Plaintiffs<br><br>v.<br><br>STURM, RUGER & CO., INC.,<br><br>Defendant | **JOINT LR 5.5 REPORT** |

The parties have discussed the issues of confidentiality raised in this case and the potential need for filing documents under seal. That discussion included the nature of any confidential documents that may be involved in the case, the possibility of using stipulations to avoid the need to file certain documents, and the possibility of agreed-upon redactions of immaterial confidential information in filings to avoid the need for filing documents under seal.

The parties certify that a discrete complement of documents will likely need to be filed under seal. The parties agree to use the default procedures of LR 5.4(c). In addition, if the party filing the motion to seal is not the party claiming confidentiality, the filing party must meet and confer with the party claiming confidentiality as soon as practicable, but at least two (2) days before filing the documents, to discuss narrowing the claim of confidentiality. The motion to seal must certify that the required conference has occurred,

and the party claiming confidentiality must file supporting materials required by LR 5.4(c)(3) within 14 days of the motion to seal.

Respectfully submitted, this the 22nd day of May, 2024.

/s/ Robert C. Van Arnam
Robert C. Van Arnam, NC State Bar No. 28838
Andrew R. Shores, NC State Bar No. 46600
**WILLIAMS MULLEN, P.C.**
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
Telephone: (919) 981-4055
Facsimile: (919) 981-4300
RVanArnam@williamsmullen.com
AShores@williamsmullen.com

*Attorneys for Plaintiff*

/s/ Lorin J. Lapidus
Lorin J. Lapidus, NC State Bar No. 33458
**NELSON MULLINS RILEY**
**& SCARBOROUGH LLP**
380 Knollwood Street, Suite 530
Winston-Salem, NC 27103
Telephone: 336-774-3329
Fax: 336-774-3299
lorin.lapidus@nelsonmullins.com

Douglas A. Rettew
Patrick J. Rodgers
**FINNEGAN, HENDERSON, FARABOW,**
**GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, DC 20001
Telephone: (202) 408-4000
Fax: (202) 408-4400
doug.rettew@finnegan.com
patrick.rodgers@finnegan.com

2

R. Gordon Wright
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
271 17th Street, NW
Suite 1400
Atlanta, GA 30363-6209
Telephone: (404) 653-6400
Fax: (404) 653-6444
gordon.wright@finnegan.com

*Attorneys for Defendant*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*s/Andrew R. Shores*
Robert C. Van Arnam, NC State Bar No. 28838
Andrew R. Shores, NC State Bar No. 46600
**WILLIAMS MULLEN, P.C.**
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
Telephone: (919) 981-4055
Facsimile: (919) 981-4300
RVanArnam@williamsmullen.com
AShores@williamsmullen.com