UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FN HERSTAL, S.A. et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:24-cv-00218 |
| | ) |
| STURM, RUGER & CO., INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Parties' Joint Rule 26(f) Report [Doc. #17] and Joint Local Rule 5.5 Report [Doc. #18]. The Court has reviewed the Joint Reports and approves them as submitted and as noted herein.

The Court notes that all discovery must be completed by November 20, 2024, including all expert discovery, and that deadline may not be altered by agreement of the parties absent a Court Order. The deadline for mediation is likewise November 20, 2024. In addition, under Local Rule 83.9d, if the Parties do not provide the name of an agreed-upon mediator within 21 days of this Order, the Clerk will select a mediator from the Court's panel of mediators.

IT IS THEREFORE ORDERED that the Parties' Joint Rule 26(f) Report [Doc. #17] and Joint Local Rule 5.5 Report [Doc. #18] are approved as submitted and as noted herein.

This, the 29th day of May, 2024.

/s/ Joi Elizabeth Peake
United States Magistrate Judge