IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:24-cv-218-LCB-JEP

| | |
|---|---|
| FN HERSTAL, S.A. and<br>FN AMERICA, LLC,<br><br>Plaintiffs<br><br>v.<br><br>STURM, RUGER & CO., INC.,<br><br>Defendant | **JOINT NOTICE OF SELECTION OF MEDIATOR** |

Pursuant to this Court's mediation scheduling order entered via Text Order on May 29, 2024 and LR 83.9d(a), the parties hereby give notice that they have jointly selected **Allison Mullins** of Turning Point Litigation, 300 North Greene Street, Suite 2000, Greensboro, NC 27401, amullins@turningpointlit.com, to serve as mediator in this action. The parties have confirmed Ms. Mullins's willingness to serve as mediator in this action.

This the 19th day of June, 2024.

/s/ Robert C. Van Arnam
Robert C. Van Arnam, NC State Bar No. 28838
Andrew R. Shores, NC State Bar No. 46600
**WILLIAMS MULLEN, P.C.**
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
Telephone: (919) 981-4055
Facsimile: (919) 981-4300
RVanArnam@williamsmullen.com
AShores@williamsmullen.com

*Attorneys for Plaintiff*

/s/ Lorin J. Lapidus
Lorin J. Lapidus, NC State Bar No. 33458
**NELSON MULLINS RILEY
 & SCARBOROUGH LLP**
380 Knollwood Street, Suite 530
Winston-Salem, NC 27103
Telephone: 336-774-3329
Fax: 336-774-3299
lorin.lapidus@nelsonmullins.com

Douglas A. Rettew
Patrick J. Rodgers
**FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, DC 20001
Telephone: (202) 408-4000
Fax: (202) 408-4400
doug.rettew@finnegan.com
patrick.rodgers@finnegan.com

R. Gordon Wright
**FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP**
271 17th Street, NW
Suite 1400
Atlanta, GA 30363-6209
Telephone: (404) 653-6400
Fax: (404) 653-6444
gordon.wright@finnegan.com

*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ Lorin J. Lapidus
Lorin J. Lapidus, NC State Bar No. 33458
**NELSON MULLINS RILEY**
  **& SCARBOROUGH LLP**
380 Knollwood Street, Suite 530
Winston-Salem, NC 27103
Telephone: 336-774-3329
Fax: 336-774-3299
lorin.lapidus@nelsonmullins.com