IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FN HERSTAL, S.A., and )
FN AMERICA, LLC, )
 )
      Plaintiffs, )
 )
v. ) 1:24-CV-218
 )
STURM, RUGER & CO., INC., )
 )
      Defendant. )

## ORDER

This matter is before the Court on Plaintiffs FN Herstal, S.A. and FN America, LLC's Consent Motion for Extension of Time. The Court finds good cause to allow the brief extension of time by consent.

IT IS THEREFORE ORDERED that the Motion [Doc. #29] is GRANTED, and the Parties' deadline for service of Initial Expert Reports and Disclosures is extended by one business day to December 23, 2024. All other deadlines remain as previously set.

This, the 23rd day of December 2024.

                                                                           /s/ Joi Elizabeth Peake
                                                                           Joi Elizabeth Peake
                                                                   United States Magistrate Judge