IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:24-cv-218-LCB-JEP

| | |
|---|---|
| FN HERSTAL, S.A. and<br>FN AMERICA, LLC,<br><br>    Plaintiffs<br><br>v.<br><br>STURM, RUGER & CO., INC.,<br><br>    Defendant | **DEFENDANT'S NOTICE OF INTENT<br>TO FILE DISPOSITIVE MOTION** |

**NOW COMES** Defendant Sturm, Ruger & Co., Inc., by and through counsel, pursuant to LR 56.1(a), and hereby gives notice of its intent to file a dispositive motion.

This the 21st day of March, 2025.

                                /s/ Lorin J. Lapidus
                                Lorin J. Lapidus, NC State Bar No. 33458
                                **NELSON MULLINS RILEY**
                                  **& SCARBOROUGH LLP**
                                380 Knollwood Street, Suite 530
                                Winston-Salem, NC 27103
                                Telephone: 336-774-3329
                                Fax: 336-774-3299
                                lorin.lapidus@nelsonmullins.com

                                Douglas A. Rettew
                                Patrick J. Rodgers
                                **FINNEGAN, HENDERSON, FARABOW,**
                                  **GARRETT & DUNNER, LLP**
                                901 New York Avenue NW
                                Washington, DC 20001
                                Telephone: (202) 408-4000
                                Fax: (202) 408-4400
                                doug.rettew@finnegan.com

patrick.rodgers@finnegan.com

R. Gordon Wright
**FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP**
271 17th Street, NW
Suite 1400
Atlanta, GA 30363-6209
Telephone:  (404) 653-6400
Fax:  (404) 653-6444
gordon.wright@finnegan.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ Lorin J. Lapidus
Lorin J. Lapidus, NC State Bar No. 33458
**NELSON MULLINS RILEY
& SCARBOROUGH LLP**
380 Knollwood Street, Suite 530
Winston-Salem, NC 27103
Telephone: 336-774-3329
Fax: 336-774-3299
lorin.lapidus@nelsonmullins.com

3

Case 1:24-cv-00218-LCB-JEP    Document 33    Filed 03/21/25    Page 3 of 3