# EXHIBIT C




RUG00000172

# GET **20% OFF***

## your next single order from **ShopRuger.com**!

## RUGER® OWNER AND FIREARM INFORMATION REQUEST

To receive this 20% discount from ShopRuger.com, visit **Ruger.com/NewOwner** and supply us with your name, address and new firearm information. The information you submit will enable us to contact you in the unlikely event of a product notification or product safety program and will help us better understand why you selected a Ruger® product. Your information will not be shared with anyone outside of Ruger for commercial or marketing purposes.

For more information, and to review the full Terms and Conditions of this offer, visit **Ruger.com/NewOwner**.

* Up to a maximum discount of $20

ShopRuger

RUG00000173