# EXHIBIT D

April 20, 2023

# CORPORATE SOCIAL RESPONSIBILITY

## Marketing & Advertising



RUGER

# MARKETING & ADVERTISING

Since our founding in 1949, Ruger has become an iconic symbol of American success as a manufacturer of rugged, reliable firearms for the commercial sporting market. Over that time, Ruger has set the gold standard of corporate and community responsibility.

Our Motto, **Arms Makers For Responsible Citizens**, echoes our commitment to these principles as we continue to design, manufacture and market quality and innovative products.

## ARMS MAKERS FOR RESPONSIBLE CITIZENS




Responsible firearms ownership has always been a primary focus of our advertising, because we want our customers to learn about the features of our products along with how to properly own and safely use them. In 1955, we pioneered the practice of running full-page safety messages in the most popular firearms magazines.

Our first such message reminded consumers that, "With the right and enjoyment of owning a firearm goes the constant responsibility of handling it safely and using it wisely."




In the decades that followed, Ruger continued to illustrate its long-standing commitment to American values with "A Father's Advice," which ran in 1994, building upon our original 1955 safety ad. Today, Ruger has continued to include this safety message in publications and in other communications with organizations who work with junior shooters.

RUGER®

# MARKETING & ADVERTISING

Today, our ads focus on our newest products and communicate their features, benefits and availability to the consumer market. Promoting our innovative designs and product specifications, these advertisements do not sensationalize the product or its use, nor do they encourage misuse or improper handling of our products.

We do not engage in fear-based advertising. Instead, our ads show images of the actual product or, in some cases, lifestyle imagery demonstrating safe and responsible use. We continue to follow the practice that we started in 1955, reminding consumers of the importance of safety and responsibility when it comes to firearms ownership.




WE EMPHASIZE:

- FEATURES
- SPECIFICATIONS
- AVAILABILITY
- SAFE USE
- RESPONSIBLE OWNERSHIP

WE NEVER:

- SENSATIONALIZE OUR PRODUCT OR ITS USE
- ENGAGE IN FEAR-BASED MARKETING
- ENCOURAGE MISUSE
- ILLUSTRATE IMPROPER HANDLING

All current Ruger print advertisements remind consumers of the importance of safely and responsibly acquiring, owning, storing, possessing and using any firearm.

The acquisition, ownership, possession and use of firearms is heavily regulated. Some models may not be legally available in your state or locale. Whatever your purpose for lawfully acquiring a firearm – know the law, get trained, and shoot safely.

RUGER®

# MARKETING & ADVERTISING













RUGER®

# MARKETING & ADVERTISING




All of our supporting marketing materials follow this same approach - emphasizing features, benefits, availability and safe, responsible and lawful firearms use and ownership.

Our website, email blasts and other communications follow these same advertising practices and feature important safety information.













RUGER