**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| FN HERSTAL, S.A., and<br>FN AMERICA, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>STURM, RUGER & CO., INC.,<br><br>Defendant. | ) | Civil Action No.: 1:24-cv-218 -LCB-JEP |

**DECLARATION OF PATRICK J. RODGERS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Patrick J. Rodgers, declare as follows:

1. I am an attorney at Finnegan, Henderson, Farabow, Garrett, and Dunner L.L.P. and am counsel for Sturm, Ruger & Co., Inc. ("Ruger") in this matter. I submit this declaration in support of Ruger's Motion for Summary Judgment. The facts in this Declaration are based on my personal knowledge.

2. Attached as **Exhibit 1** is a true and correct copy of the Expert Report of Ashley Hlebinsky.

3. Attached as **Exhibit 2** are true and correct copies of excerpts of the December 11, 2024, deposition of FN's 30(b)(6) designee Daniel Hines at 432:8-433:2.

4. Attached as **Exhibit 3** are true and correct copies of excerpts of the March 7, 2025, deposition of FN's firearms industry expert Daniel O'Kelley at 115:17-116:1.

5. Attached as **Exhibit 4** are true and correct copies of excerpts of the December 6, 2024, deposition of FN's private investigator Adam Halstead at 52:9-13 and 53:1-5.

6. Attached as **Exhibit 5** are true and correct copies of excerpts of the December 13, 2024, deposition of FN 30(b)(6) designee Chris Cole at 261:21-262:4.

7. Attached as **Exhibit 6** are true and correct copies of excerpts of the December 13, 2024, deposition of FN 30(b)(6) designee John Freiling at 43:16-44:9.

8. Attached as **Exhibit 7** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 258:1-14.

9. Attached as **Exhibit 8** are true and correct copies of excerpts of the March 7, 2025, deposition of FN's firearms industry expert Daniel O'Kelley at 255:5-14

10. Attached as **Exhibit 9** are true and correct copies of excerpts of the December 6, 2024, deposition of FN's private investigator Adam Halstead at 51:13-52:4 and 56:24-57:9.

11. Attached as **Exhibit 10** is a true and correct screen capture of the "About FN" page from FN America's website, which is publicly accessible at https://fnamerica.com/about-fn/.

12. Attached as **Exhibit 11** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 39:12-40:14.

13. Attached as **Exhibit 12** is a true and correct copy of Exhibit 3 to the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss.

14. Attached as **Exhibit 13** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 45:2-50:17.

15. Attached as **Exhibit 14** are true and correct copies of excerpts of the December 13, 2024, deposition of FN 30(b)(6) designee Chris Cole at 166:18-168:9.

16. Attached as **Exhibit 15** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 45:2-46:17, 77:4-13, 83:16-84:3, 94:16-21, 97:18-98:4, 111:8-114:11, 122:5-16, 156:13-16, and 185:22-186:16.

17. Attached as **Exhibit 16** are true and correct copies of Exhibit 13 from the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss. The same exhibit was also introduced in the December 11, 2024, deposition of FN's 30(b)(6) designee Daniel Hines as Exhibit 40.

18. Attached as **Exhibit 17** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 51:20-52:6, and 53:6-54:2, as well as Exhibit 4 from that deposition.

19. Attached as **Exhibit 18** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 85:16-86:22, 91:5-11 and 117:3-10.

20. Attached as **Exhibit 19** are true and correct copies of Exhibits 5 through 12 from the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss.

21. Attached as **Exhibit 20** is a true and correct copy of a February 15, 2005, article from *Defense Review*, titled *Cobb SCAR Candidate/MCR Prototype Weapons at SHOT Show 2005*, which is publicly accessible at https://defensereview.com/cobb-scar-candidatemcr-prototype-weapons-at-shot-show-2005/. Relevant excerpts of that article have been highlighted for reference.

22. Attached as **Exhibit 21** is a true and correct copy of an October 1, 2006, article from *Small Arms Review*, titled *The Colt SCAR Weapons Type C*, which is publicly accessible at https://smallarmsreview.com/the-colt-scar-weapons-type-c/. Relevant excerpts of that article have been highlighted for reference.

23. Attached as **Exhibit 22** is a true and correct copy of a September 1, 2006, article from *Small Arms Review*, titled *The Cold SCAR Weapons Types A & B*, which is publicly

accessible at https://smallarmsreview.com/the-colt-scar-weapons-types-a-b/. Relevant excerpts of that article have been highlighted for reference.

24. Attached as **Exhibit 23** is a true and correct copy of a February 2007, article from *Small Arms Review*, titled *New Review*, which is publicly accessible at https://archive.smallarmsreview.com/display.article.cfm?idarticles=1550. Relevant excerpts of that article have been highlighted for reference.

25. Attached as **Exhibit 24** is a true and correct screen capture of the "SHOT Show" page from the National Shooting Sports Foundation's website, which is publicly accessible at https://www.nssf.org/shotshow/.

26. Attached as **Exhibit 25** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 68:6-69:4.

27. Attached as **Exhibit 26** are true and correct copies of excerpts of the December 11, 2024, depositions of FN's 30(b)(6) designee Daniel Hines at 359:19-363:18.

28. Attached as **Exhibit 27** are true and correct copies of excerpts of the December 11, 2024, depositions of FN's 30(b)(6) designee Daniel Hines at 364:1-365:4, 369:3-376:9, and 376:22-377:5, as well as Exhibits 41 through 43 from that deposition.

29. Attached as **Exhibit 28** are true and correct copies of screen captures of various posts made on Facebook social media platform, all of which are publicly accessible. The URLs for each post are shown in the documents included in this exhibit.

30. Attached as **Exhibit 29** are true and correct copies of screen captures of various posts made on X social media platform, all of which are publicly accessible. The URLs for each post are shown in the documents included in this exhibit.

31. Attached as **Exhibit 30** are true and correct copies of screen captures of various webpages, all of which are publicly accessible. The URLs for each webpage are shown in the documents included in this exhibit.

32. Attached as **Exhibit 31** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 92:14-93:9.

33. Attached as **Exhibit 32** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 94:4-8 and 118:6-18.

34. Attached as **Exhibit 33** are true and correct copies of excerpts of the December 11, 2024, depositions of FN's 30(b)(6) designee Daniel Hines at 157:2-7.

35. Attached as **Exhibit 34** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 118:19-119:10, 120:13-121:20, and 122:11-16.

36. Attached as **Exhibit 35** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 97:18-98:15.

37. Attached as **Exhibit 36** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 124:10-125:12.

38. Attached as **Exhibit 37** are true and correct copies of excerpts of the December 11, 2024, depositions of FN's 30(b)(6) designee Daniel Hines at 166:18-168:9.

39. Attached as **Exhibit 38** are true and correct copies of excerpts of the December 11, 2024, depositions of FN's 30(b)(6) designee Daniel Hines at 313:4-314:20.

40. Attached as **Exhibit 39** are true and correct copies of excerpts of the December 11, 2024, depositions of FN's 30(b)(6) designee Daniel Hines at 315:8-21.

41. Attached as **Exhibit 40** is a true and correct copy of Exhibit 37 from the December 11, 2024, depositions of FN's 30(b)(6) designee Daniel Hines.

42. Attached as **Exhibit 41** are true and correct copies of excerpts of the December 11, 2024, depositions of FN's 30(b)(6) designee Daniel Hines at 326:1-9.

43. Attached as **Exhibit 42** are true and correct copies of excerpts of the December 11, 2024, depositions of FN's 30(b)(6) designee Daniel Hines at 351:16-352:7, 353:10-14, 354:17-20, and 355:19-356:3.

44. Attached as **Exhibit 43** are true and correct copies of excerpts of the December 11, 2024, depositions of FN's 30(b)(6) designee Daniel Hines at 351:22-352:7.

45. Attached as **Exhibit 44** are true and correct copies of excerpts of the December 11, 2024, depositions of FN's 30(b)(6) designee Daniel Hines at 281:16-282:20, 340:14-341:21, and 348:6-351:5.

46. Attached as **Exhibit 45** are true and correct copies of Exhibits 32 and 39 from the December 11, 2024, depositions of FN's 30(b)(6) designee Daniel Hines.

47. Attached as **Exhibit 46** are true and correct copies of excerpts of the December 19, 2024, depositions of FN's 30(b)(6) designee Daniel Hines at 463:3-464:19, as well as Exhibit 46 from that deposition.

48. Attached as **Exhibit 47** is a true and correct copy of Exhibit 38 from the December 19, 2024, deposition of FN's 30(b)(6) designee Daniel Hines.

49. Attached as **Exhibit 48** is a true and correct screen capture of a January 10, 2017, press release from FN America's website titled *FN Creates New, Responsive Website to Showcase Battle-Proven Products*, which is publicly accessible at https://fnamerica.com/press-releases/fn-creates-new-responsive-website-showcase-battle-proven-products/.

50. Attached as **Exhibit 49** is a true and correct screen capture of the "Carry the Future" page from FN America's website, which is publicly accessible at https://fnamerica.com/carry-the-future/.

51. Attached as **Exhibit 50** are true and correct copies of excerpts of the December 11, 2024, depositions of FN's 30(b)(6) designee Daniel Hines at 298:16-301:7, and 304:11-305:4.

52. Attached as **Exhibit 51** is a true and correct copy of Exhibit 36 from the December 11, 2024, deposition of FN's 30(b)(6) designee Daniel Hines.

53. Attached as **Exhibit 52** are true and correct copies of excerpts of the December 11, 2024, depositions of FN's 30(b)(6) designee Daniel Hines at 89:20-92:8.

54. Attached as **Exhibit 53** is a true and correct copy of Exhibit 4 from the December 11, 2024, depositions of FN's 30(b)(6) designee Daniel Hines.

55. Attached as **Exhibit 54** are true and correct copies of excerpts of the December 11, 2024, depositions of FN's 30(b)(6) designee Daniel Hines at 94:4-95:1.

56. Attached as **Exhibit 55** are true and correct copies of excerpts of the December 11, 2024, depositions of FN's 30(b)(6) designee Daniel Hines at 95:2-96:8.

57. Attached as **Exhibit 56** are true and correct copies of Exhibits 27 through 31 from the December 11, 2024, deposition of FN's 30(b)(6) designee Daniel Hines.

58. Attached as **Exhibit 57** are true and correct copies of excerpts of the December 11, 2024, depositions of FN's 30(b)(6) designee Daniel Hines at 105:8-106:17, as well as Exhibit 5 from that deposition.

59. Attached as **Exhibit 58** are true and correct copies of excerpts of the December 11, 2024, depositions of FN's 30(b)(6) designee Daniel Hines at 266:13-267:5, 274:1-276:13, and 277:2-280:3.

60. Attached as **Exhibit 59** are true and correct copies of excerpts of the December 11, 2024, depositions of FN's 30(b)(6) designee Daniel Hines at 114:14-115:8.

61. Attached as **Exhibit 60** are true and correct copies of excerpts of the December 11, 2024, depositions of FN's 30(b)(6) designee Daniel Hines at 127:10-128:9,130:17-131:9, 132:20-133:8, 136:9-21, 139:17-20, 141:8-15, 164:15-166:10, 216:20-248:12, and 249:15-266:3, as well as Exhibit 6 through 10 and 12 through 26 from that deposition.

62. Attached as **Exhibit 61** are true and correct copies of excerpts of the December 11, 2024, depositions of FN's 30(b)(6) designee Daniel Hines at 188:13-190:18.

63. Attached as **Exhibit 62** are true and correct copies of excerpts of the December 19, 2024, depositions of FN's 30(b)(6) designee Daniel Hines at 500:5-501:1.

64. Attached as **Exhibit 63** is a true and correct copy of Exhibit 47 from the December 19, 2024, deposition of FN's 30(b)(6) designee Daniel Hines.

65. Attached as **Exhibit 64** are true and correct copies of excerpts of the December 13, 2024, deposition of FN 30(b)(6) designee Chris Cole at 62:2-9 and 203:2-15.

66. Attached as **Exhibit 65** are true and correct copies of excerpts of the December 13, 2024, deposition of FN 30(b)(6) designee Chris Cole at 53:2-12.

67. Attached as **Exhibit 66** are true and correct copies of excerpts of the December 19, 2024, depositions of FN's 30(b)(6) designee Daniel Hines at 499:22-500:4.

68. Attached as **Exhibit 67** are true and correct copies of excerpts of the December 13, 2024, deposition of FN 30(b)(6) designee John Freiling at 232:8-233:1.

69. Attached as **Exhibit 68** are true and correct copies of excerpts of the December 13, 2024, deposition of FN 30(b)(6) designee Benjamin Voss at 298:19-299:5.

70. Attached as **Exhibit 69** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 188:5-189:4.

71. Attached as **Exhibit 70** are true and correct copies of excerpts of the December 13, 2024, deposition of FN 30(b)(6) designee Chris Cole at 52:4-10.

72. Attached as **Exhibit 71** are true and correct copies of excerpts of the March 7, 2025, deposition of FN's firearms industry expert Daniel O'Kelley at 231:16-232:8.

73. Attached as **Exhibit 72** are true and correct copies of excerpts of the December 13, 2024, deposition of FN 30(b)(6) designee John Freiling at 234:13-18, 238:13-239:9.

74. Attached as **Exhibit 73** is a true and correct copy of Exhibit 11 from the December 13, 2024, deposition of FN's 30(b)(6) designee John Freiling.

75. Attached as **Exhibit 74** are true and correct copies of excerpts of the December 13, 2024, deposition of FN 30(b)(6) designee John Freiling at 239:15-243:1.

76. Attached as **Exhibit 75** is a true and correct copy of Exhibit 12 from the December 13, 2024, deposition of FN's 30(b)(6) designee John Freiling.

77. Attached as **Exhibit 76** is a true and correct copy of Exhibit 13 from the December 13, 2024, deposition of FN's 30(b)(6) designee John Freiling.

78. Attached as **Exhibit 77** is a true and correct copy of Exhibit 14 from the December 13, 2024, deposition of FN's 30(b)(6) designee John Freiling.

79. Attached as **Exhibit 78** is a true and correct copy of Exhibit 15 from the December 13, 2024, deposition of FN's 30(b)(6) designee John Freiling.

80. Attached as **Exhibit 79** is a true and correct copy of Exhibit 16 from the December 13, 2024, deposition of FN's 30(b)(6) designee John Freiling.

81. Attached as **Exhibit 80** is a true and correct copy of Exhibit 17 from the December 13, 2024, deposition of FN's 30(b)(6) designee John Freiling.

82. Attached as **Exhibit 81** are true and correct copies of excerpts of the December 13, 2024, deposition of FN 30(b)(6) designee John Freiling at 227:20-228:5.

83. Attached as **Exhibit 82** are true and correct copies of excerpts of the December 13, 2024, deposition of FN 30(b)(6) designee Chris Cole at 33:17-35:7.

84. Attached as **Exhibit 83** are true and correct copies of excerpts of the December 13, 2024, deposition of FN 30(b)(6) designee John Freiling at 228:6-16.

85. Attached as **Exhibit 84** are true and correct copies of excerpts of the December 10, 2024, deposition of Ruger's 30(b)(6) designee Robert Werkmeister at 99:15-100:5, 105:7-106:2, and 111:3-113:23.

86. Attached as **Exhibit 85** are true and correct copies of excerpts of the December 4, 2024, deposition of Ruger's 30(b)(6) designee Mark Gurney at 48:8-50:1.

87. Attached as **Exhibit 86** are true and correct copies of excerpts of the December 10, 2024, deposition of Ruger's 30(b)(6) designee Robert Werkmeister at 105:7-19.

88. Attached as **Exhibit 87** are true and correct copies of excerpts of the December 4, 2024, deposition of Ruger's 30(b)(6) designee Mark Gurney at 55:8-59:14.

89. Attached as **Exhibit 88** are true and correct copies of excerpts of the December 10, 2024, deposition of Ruger's 30(b)(6) designee Robert Werkmeister at 120:1-136:14.

90. Attached as **Exhibit 89** are true and correct copies of excerpts of the December 10, 2024, deposition of Ruger's 30(b)(6) designee Robert Werkmeister at 135:2-138:10.

91. Attached as **Exhibit 90** are true and correct copies of excerpts of the December 4, 2024, deposition of Ruger's 30(b)(6) designee Mark Gurney at 57:1-6.

92. Attached as **Exhibit 91** are true and correct copies of excerpts of the December 10, 2024, deposition of Ruger's 30(b)(6) designee Robert Werkmeister at 90:3-19.

93. Attached as **Exhibit 92** are true and correct copies of excerpts of the December 10, 2024, deposition of Ruger's 30(b)(6) designee Robert Werkmeister at 95:5-15, 121:3-7, 128:5-9.

94. Attached as **Exhibit 93** is a true and correct copy of Ruger's Objections and Responses to FN's First Set of Interrogatories (dated June 19, 2024). Relevant responses have been highlighted for reference.

95. Attached as **Exhibit 94** are true and correct copies of excerpts of the December 4, 2024, deposition of Ruger's 30(b)(6) designee Mark Gurney at 55:8-57:19, 68:19-70:12.

96. Attached as **Exhibit 95** are true and correct copies of excerpts of the December 10, 2024, deposition of Ruger's 30(b)(6) designee Robert Werkmeister at 133:21-138:10.

97. Attached as **Exhibit 96** are true and correct copies of excerpts of the December 4, 2024, deposition of Ruger's 30(b)(6) designee Mark Gurney at 54:1-13, as well as Exhibit 9 from that deposition.

98. Attached as **Exhibit 97** are true and correct copies of excerpts of the December 4, 2024, deposition of Ruger's 30(b)(6) designee Mark Gurney at 79:4-9.

99. Attached as **Exhibit 98** are true and correct copies of excerpts of the December 4, 2024, deposition of Ruger's 30(b)(6) designee Mark Gurney at 81:23-82:19.

100. Attached as **Exhibit 99** are true and correct copies of excerpts of the December 4, 2024, deposition of Ruger's 30(b)(6) designee Mark Gurney at 59:6-14 and 67:24-68:6.

101. Attached as **Exhibit 100** are true and correct copies of excerpts of the December 10, 2024, deposition of Ruger's 30(b)(6) designee Robert Werkmeister at 91:3-92:13.

102. Attached as **Exhibit 101** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 173:5-8 and 273:11-15.

103. Attached as **Exhibit 102** are true and correct copies of excerpts of the March 7, 2025, deposition of FN's firearms industry expert Daniel O'Kelley at 297:22-298:2.

104. Attached as **Exhibit 103** are true and correct copies of excerpts of the December 13, 2024, deposition of FN 30(b)(6) designee Chris Cole at 53:6-12.

105. Attached as **Exhibit 104** are true and correct copies of excerpts of the March 7, 2025, deposition of FN's firearms industry expert Daniel O'Kelley at 295:2-16.

106. Attached as **Exhibit 105** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 175:10-177:21.

107. Attached as **Exhibit 106** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 273:21-274:4.

108. Attached as **Exhibit 107** are true and correct copies of excerpts of the March 7, 2025, deposition of FN's firearms industry expert Daniel O'Kelley at 298:12-299:13.

109. Attached as **Exhibit 108** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 152:11-153:1 and 276:8-277:22.

110. Attached as **Exhibit 109** are true and correct copies of excerpts of the March 7, 2025, deposition of FN's firearms industry expert Daniel O'Kelley at 301:6-15.

111. Attached as **Exhibit 110** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 281:14-285:1.

112. Attached as **Exhibit 111** are true and correct copies of excerpts of the March 7, 2025, deposition of FN's firearms industry expert Daniel O'Kelley at 302:2-7.

113. Attached as **Exhibit 112** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 288:3-291:10.

114. Attached as **Exhibit 113** are true and correct copies of excerpts of the March 7, 2025, deposition of FN's firearms industry expert Daniel O'Kelley at 300:2-7.

115. Attached as **Exhibit 114** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 273:11-20.

116. Attached as **Exhibit 115** are true and correct copies of excerpts of the March 7, 2025, deposition of FN's firearms industry expert Daniel O'Kelley at 301:16-302:1.

117. Attached as **Exhibit 116** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 285:2-287:22.

118. Attached as **Exhibit 117** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 153:2-154:5.

119. Attached as **Exhibit 118** are true and correct copies of excerpts of the December 4, 2024, deposition of Ruger's 30(b)(6) designee Mark Gurney at 13:5-14.

120. Attached as **Exhibit 119** are true and correct copies of excerpts of the December 4, 2024, deposition of Ruger's 30(b)(6) designee Mark Gurney at 83:9-14.

121. Attached as **Exhibit 120** are true and correct copies of excerpts of the December 4, 2024, deposition of Ruger's 30(b)(6) designee Mark Gurney at 83:23-84:16.

122. Attached as **Exhibit 121** is a true and correct copy of the video produced at RUG00010687, which is a publicly available YouTube video.

123. Attached as **Exhibit 122** is a true and correct copy of the video produced at RUG00010688, which is a publicly available YouTube video.

124. Attached as **Exhibit 123** is a true and correct copy of the video produced at RUG00010689, which is a publicly available YouTube video.

125. Attached as **Exhibit 124** is a true and correct copy of the video produced at RUG00010690, which is a publicly available YouTube video.

126. Attached as **Exhibit 125** is a true and correct copy of the video produced at RUG00010691, which is a publicly available YouTube video.

127. Attached as **Exhibit 126** is a true and correct copy of the video produced at RUG00010692, which is a publicly available YouTube video.

128. Attached as **Exhibit 127** is a true and correct copy of the video produced at RUG00010693, which is a publicly available YouTube video.

129. Attached as **Exhibit 128** is a true and correct copy of the video produced at RUG00010694, which is a publicly available YouTube video.

130. Attached as **Exhibit 129** are true and correct copies of excerpts of the December 6, 2024, deposition of FN's private investigator Adam Halstead at 58:2-61:16, 62:5-14, and 115:19-24.

131. Attached as **Exhibit 130** are true and correct copies of excerpts of the December 6, 2024, deposition of FN's private investigator Adam Halstead at 68:20-69:4, 78:8-14, 101:19-24, 104:1-25, and 148:17-150:10.

132. Attached as **Exhibit 131** are true and correct copies of excerpts of the December 6, 2024, deposition of FN's private investigator Adam Halstead at 148:17-150:10.

133. Attached as **Exhibit 132** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 297:10-17.

134. Attached as **Exhibit 133** is a true and correct screen capture of the Cambridge Dictionary website showing the definition for "consumer durables," which is publicly accessible at https://dictionary.cambridge.org/us/dictionary/english/consumer-durables.

135. Attached as **Exhibit 134** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 37:18-19.

136. Attached as **Exhibit 135** are true and correct copies of excerpts of the December 10, 2024, deposition of Ruger's 30(b)(6) designee Robert Werkmeister at 70:3-19.

137. Attached as **Exhibit 136** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 35:5-16.

138. Attached as **Exhibit 137** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 35:5-36:3 and 223:20-224:15.

139. Attached as **Exhibit 138** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 219:19-222:16.

140. Attached as **Exhibit 139** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 225:6-226:4 and 227:12-16.

141. Attached as **Exhibit 140** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 229:9-230:4.

142. Attached as **Exhibit 141** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 226:5-11.

143. Attached as **Exhibit 142** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 226:17-20.

144. Attached as **Exhibit 143** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 227:17-22.

145. Attached as **Exhibit 144** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 228:2-9.

146. Attached as **Exhibit 145** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 228:10-229:5.

147. Attached as **Exhibit 146** are true and correct copies of excerpts of the December 19, 2024, depositions of FN's 30(b)(6) designee Daniel Hines at 530:17-532:1, 534:8-535:3, and 541:12-20.

148. Attached as **Exhibit 147** is a true and correct copy of Exhibit 50 from the December 19, 2024, depositions of FN's 30(b)(6) designee Daniel Hines.

149. Attached as **Exhibit 148** are true and correct copies of excerpts of the December 19, 2024, depositions of FN's 30(b)(6) designee Daniel Hines at 506:5-512:13.

150. Attached as **Exhibit 149** is a true and correct copy of Exhibit 48 from the December 19, 2024, depositions of FN's 30(b)(6) designee Daniel Hines.

151. Attached as **Exhibit 150** are true and correct copies of excerpts of the March 7, 2025, deposition of FN's firearms industry expert Daniel O'Kelley at 133:4-16.

152. Attached as **Exhibit 151** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 222:21-223:11.

153. Attached as **Exhibit 152** are true and correct copies of excerpts of the December 13, 2024, deposition of FN 30(b)(6) designee Chris Cole at 57:18-61:20 and 64:10-17.

154. Attached as **Exhibit 153** is a true and correct screen capture of a publicly accessible website, which was produced at RUG00011435. The URL for that website is shown in the exhibit.

155. Attached as **Exhibit 154** is a true and correct screen capture of a publicly accessible website, which was produced at RUG00011429. The URL for that website is shown in the exhibit.

156. Attached as **Exhibit 155** is a true and correct screen capture of a publicly accessible website, which was produced at RUG00011432. The URL for that website is shown in the exhibit.

157. Attached as **Exhibit 156** is a true and correct screen capture of a publicly accessible website, which was produced at RUG00011436. The URL for that website is shown in the exhibit.

158. Attached as **Exhibit 157** is a true and correct screen capture of a publicly accessible website, which was produced at RUG00011434. The URL for that website is shown in the exhibit.

159. Attached as **Exhibit 158** is a true and correct screen capture of a publicly accessible website, which was produced at RUG00011440. The URL for that website is shown in the exhibit.

160. Attached as **Exhibit 159** is a true and correct screen capture of a publicly accessible website, which was produced at RUG00011426. The URL for that website is shown in the exhibit.

161. Attached as **Exhibit 160** is a true and correct screen capture of a publicly accessible website, which was produced at RUG00011447. The URL for that website is shown in the exhibit.

162. Attached as **Exhibit 161** is a true and correct screen capture of a publicly accessible website, which was produced at RUG00011448. The URL for that website is shown in the exhibit.

163. Attached as **Exhibit 162** is a true and correct copy of FN's October 6, 2022, letter to Ruger.

164. Attached as **Exhibit 163** is a true and correct copy of Ruger's October 21, 2022. letter to FN.

165. Attached as **Exhibit 164** is a true and correct copy of FN's November 8, 2022, letter to Ruger.

166. After receiving FN's November 8, 2022, letter, counsel for Ruger, specifically, my colleague Doug Rettew, exchanged multiple emails and had multiple calls with FN's counsel, specifically, Robert Van Arnam, regarding FN's objection. The last time Ruger's counsel spoke

with FN's counsel was on March 16, 2023. After that conversation, Ruger's counsel did not receive any other correspondence from FN (regarding FN's objection or otherwise) until FN filed its complaint on March 12, 2024.

167. Attached as **Exhibit 165** is a true and correct copy of the Expert Report of Hal Poret and accompanying appendices.

168. Attached as **Exhibit 166** are true and correct copies of documents produced by Ruger in this case, bearing the following Bates numbers: RUG00003980-3985, RUG00004010-4021, and RUG00011450-11462.

169. Attached as **Exhibit 167** are true and correct copies of excerpts of the December 12, 2024, deposition of FN's 30(b)(6) designee Benjamin Voss at 239:3-10.

170. Attached as **Exhibit 168** are true and correct copies of excerpts of the December 13, 2024, deposition of FN 30(b)(6) designee Chris Cole at 211:14-16, 212:17-22, 215:15-216:6, and 218:9-15.

171. Attached as **Exhibit 169** are true and correct copies of excerpts of the March 21, 2025, deposition of FN employee Todd Lydic at 81:10-15.

172. Attached as **Exhibit 170** are true and correct copies of excerpts of the March 26, 2025, deposition of FN's damages expert Dana Trexler at 52:3-11.

173. Attached as **Exhibit 171** are true and correct copies of excerpts of the December 11, 2024, deposition of FN 30(b)(6) designee Daniel Hines at 444:8-15.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746. Executed April 11, 2025, in Washington, DC.

________________________

Patrick J. Rodgers

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed the foregoing using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

This the 11th day of April, 2025.

/s/*Lorin J. Lapidus*
Lorin J. Lapidus, NC 33458