# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:24-cv-00218-LCB-JEP

FN HERSTAL, S.A. and )
FN AMERICA, LLC, )
Plaintiffs, )
v. )
STURM, RUGER & CO., INC., )
Defendant. )

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Subject to the Protective Order

30(B)(1) and 30(B)(6) VIDEOTAPED DEPOSITION OF

FN HERSTAL, S.A. and FN AMERICA, LLC

VIA ITS CORPORATE DESIGNEE

DANIEL HINES

Wednesday, December 11, 2024

Reported by:

SUSAN ASHE, CER

Job No.: 56467

Q. What was your process for purchasing those guns, generally speaking? 04:18 04:18

**A. Working with somebody who had an FFL and just buying from an independent. I think I bought one at a store. Only one.** 04:18 04:18 04:18

Q. Where'd you get the others? 04:18

**A. From an independent FFL.** 04:18

Q. Okay. As a marketer in the firearms industry, how would you describe Ruger's brand image? 04:19 04:19 04:19

MR. SHORES: Is it still personal? 04:19 04:19

MR. RODGERS: Yeah, still personal. 04:19 04:19

THE WITNESS: I mean, I think they try to -- they kind of come across -- they try to make quality firearms. They try to come across as making ammunition. They're like -- yeah, I don't -- I haven't really dissected and gone through every part of what they do, there's a lot of competitors in the category. 04:19 04:19 04:19 04:19 04:19 04:19 04:19 04:19

They seem like they try to make 04:19
a quality firearm. 04:19
BY MR. RODGERS: 04:19
Q. Have you ever emailed anybody about Ruger? 04:19
**A. I don't know, not -- not specifically off** 04:19
**the top of my head.** 04:19
Q. Have you ever emailed anybody about the 04:19
Ruger SFAR? 04:19
**A. You know, I don't -- I can't think of any** 04:20
**specific email tied to the -- that specific Ruger,** 04:20
**no.** 04:20
Q. Okay. 04:20
MR. RODGERS: Let's take a look 04:20
at one email that was produced to us in 04:20
this case. 04:20
And this is going to be Hines 04:20
Exhibit 44. 04:20
(Whereupon, Hines Exhibit 44 was marked 04:20
for identification.) 04:20
THE WITNESS: Thank you. 04:20
BY MR. RODGERS: 04:20
Q. All right. So the top email on this page 04:20

CERTIFICATE

I, SUSAN ASHE, a Certified Electronic Reporter and a Notary Public, hereby certify that the foregoing is a true and accurate transcript of the deposition of said witness, who was first duly sworn by me on the date and place hereinbefore set forth.

I FURTHER CERTIFY that I am neither attorney nor counsel, nor related to or employed by any of the parties to the action in which this deposition was taken, and further that I am not a relative or employee of any attorney or counsel employed in this action, nor am I financially interested in this case.

Dated this 23rd day of December 2024.

Susan Ashe, Notary Public
for the Commonwealth of Virginia

My commission expires: January 31, 2027.
Notary Registration Number: 100809.