# EXHIBIT 15

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:24-cv-00218-LCB-JEP

___________________________________

FN HERSTAL, S.A. and )
FN AMERICA, LLC, )
Plaintiffs, )
v. )
STURM, RUGER & CO., INC., )
Defendant. )
___________________________________)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Subject to the Protective Order

30(B)(1) and 30(B)(6) VIDEOTAPED DEPOSITION OF

FN HERSTAL, S.A. and FN AMERICA, LLC

VIA ITS CORPORATE DESIGNEE

BENJAMIN VOSS

Thursday, December 12, 2024

Reported by:

SUSAN ASHE, CER

Job No.: 56466

A. Yes. 09:24
Q. And at the top here, "SOCOM" refers to a "Special Operations Forces Combat Assault Rifle." 09:24 09:24
Do you see that? 09:24
A. Yes. 09:24
Q. And they call it the "SCAR." 09:24
Do you see that? 09:24
A. I do. 09:24
Q. And again, that was before FN created its SCAR or had ever used the SCAR trademark. Correct? 09:24 09:24
A. Yes. 09:24
Q. And fair to say that USO -- I'm sorry, SOCOM is the entity that thought of and created the SCAR name for this rifle. Correct? 09:24 09:24 09:25
MR. SHORES: Object to form. 09:25
THE WITNESS: My understanding is that SOCOM named the program "Special Operations Forces Combat Assault Rifle." 09:25 09:25 09:25
BY MR. RETTEW: 09:25
Q. And the program was to create what ultimately became the SCAR. Correct? 09:25 09:25
A. For SOCOM, it created the Mark 16, the 09:25

**Mark 17, and then later, the Mark 20.** 09:25
Q. Okay. And SOCOM -- would you agree with me, SOCOM is the entity that first thought up the name "SCAR." Correct? 09:25
MR. SHORES: Object to form. 09:25
THE WITNESS: For SOCOM, it was a -- it was a program or a project name. 09:25
BY MR. RETTEW: 09:25
Q. Okay. Project name to create a rifle. Correct? 09:25
**A. To create two firearms, which they later designated as the Mark 16 and the Mark 17.** 09:25
Q. Okay. So SOCOM -- strike that. 09:26
To make sure I have this right, SOCOM created the name "SCAR" for a program to create two rifles. Correct? 09:26
**A. That's my understanding, yes.** 09:26
Q. Okay. And then those two rifles ultimately became what is now the SCAR. Correct? 09:26
**A. The two rifles the program created were the Mark 16 and the Mark 17.** 09:26
Q. Right. But the SOCOM SCAR program was 09:26

Q. All right. Welcome back, Mr. Voss. 10:15
We were talking about the SOCOM program earlier. 10:15 10:15
Question for you: Do you know when SOCOM created the name "SCAR"? 10:15 10:15
MR. SHORES: Object to the form of the question. 10:15 10:15
You can answer. 10:15
THE WITNESS: As we've discussed previously, the SCAR program, as it was called, the Special Operations Forces Combat Assault Rifle program started in 2004. 10:15 10:15 10:16 10:16 10:16
BY MR. RETTEW: 10:16
Q. And when did FN first use the name "SCAR"? 10:16
**A. I don't know when FN first used the name "SCAR."** 10:16 10:16
Q. Do you know -- strike that. 10:16
When FN first used the name "SCAR," do you know how it used the name "SCAR" -- in what way? 10:16 10:16
**A. Internally. We would have been referring to, I would imagine, and again, I was not part of** 10:16 10:16

The selection, adoption, clearance, and use of the SCAR mark. 10:22 10:22 10:22

And so what I'm trying to understand is: When did FN first start using SCAR for its military rifles? -- but it sounds like you don't know. Correct? 10:22 10:22 10:22 10:22

**A. I don't know for certain, but the language "SCAR-L" and "SCAR-H" are in the solicitation.** 10:23 10:23

**So as a potential vendor to that solicitation, we were going to refer to those firearms as the military designated them.** 10:23 10:23 10:23

Q. Okay. And that was 2004? 10:23

**A. The solicitation in Exhibit 3 indicates that that exact date was 23rd January 2004.** 10:23 10:23

Q. Okay. And when you said you would have referred to them as the "SCAR" rifles, in what ways would you refer to them as the "SCAR" rifles? -- in documents? on the guns themselves? in ads like the ones we've seen? 10:23 10:23 10:23 10:23 10:23

What are the ways that FN used the mark? 10:23

**A. At that time, it was not a mark. It was** 10:23

**how the military or SOCOM was referring to the two firearms being developed, specifically, part of the SCAR program.** 10:23 10:23 10:23

Q. When did it become a mark? 10:23

MR. SHORES: Objection to form to the extent it calls for a legal conclusion. 10:24 10:24 10:24

BY MR. RETTEW: 10:24

Q. Yeah, and I'm just asking because you said at that time, it wasn't a mark. 10:24 10:24

And so my question is -- 10:24

**A. That's correct.** 10:24

Q. -- in your view, like when did it become a mark? 10:24 10:24

**A. My understanding that --** 10:24

MR. SHORES: Same objection. 10:24

You can answer if you understand. 10:24 10:24

THE WITNESS: My understanding not being involved with it, but my understanding was that SOCOM, toward the end of the program, when it appeared, it 10:24 10:24 10:24 10:24

Q. Okay. I'd like to -- obviously, we're going to talk about the commercial rifle, and we'll talk about the creation of that in a moment. 10:36 10:36 10:36
But just generally speaking, when was the commercial version of the military SCAR created? 10:36 10:36
**A. Its period of creation is likely between sometime in 2005 and then -- well, maybe 2006 and then culminating in -- sometime in 2008.** 10:36 10:36 10:37
Q. Okay. And the commercial -- fair to say, the commercial version of the rifle was called the "SCAR" -- 10:37 10:37 10:37
**A. Yes.** 10:37
Q. -- like the military version prior to the designations? 10:37 10:37
**A. Yes.** 10:37
Q. Okay. And why did -- why did FN call the commercial version the "SCAR"? 10:37 10:37
**A. Exactly why that name was chosen? I don't know. We had to choose a name. And it was that the program itself -- the SCAR program was getting a lot of press, as you see.** 10:37 10:37 10:37 10:37
Q. Okay. Now, you're here, the company 10:38

**of firearms as being derived from the SCAR program** 10:40
**and it's being lauded as an advancement in firearms** 10:40
**design, I'm not sure why FN would do anything but** 10:40
**that.** 10:40
Q. And why do you say that? 10:40
**A. It's a strong brand resulting from a --** 10:40
**it's a strong name resulting from a very publicized** 10:40
**and reported-on program for Special Operations** 10:40
**Command at the beginning of the global war on** 10:40
**terror.** 10:40
Q. But -- and forgive me, because I'm not in 10:40
the industry, but why would you want to use that 10:41
same name for a commercial, nonmilitary firearm? 10:41
**A. Because the commercial market segment the** 10:41
**SCAR served is a modern sporting rifle, which is** 10:41
**primarily populated by AR-based or AR 15-type** 10:41
**rifles.** 10:41
Q. And so -- so why would.... 10:41
So that doesn't answer the question, 10:41
though: Why would you want to use a name that was 10:41
already being used for a military rifle for a 10:42
nonmilitary commercial rifle? 10:42

MR. RETTEW: Object to form. 10:42
THE WITNESS: The program name 10:42
already has customer awareness in the 10:42
market. 10:42
BY MR. RETTEW: 10:42
Q. And so, were you trying to make a tie 10:42
between the commercial rifle and the military rifle 10:42
that had already gained popularity and acclaim? 10:42
**A. They are of the same family.** 10:42
Q. Okay. But what -- were you trying to make 10:42
a tie -- so when you say "they're of the same 10:42
family," FN tried to create a tie between the 10:42
commercial version of this rifle and its military 10:42
counterpart by using the same name. Correct? 10:42
**A. Yes.** 10:42
Q. Okay. Did -- all right. 10:42
All right. So I'm going to, I mean, jump 10:43
to the chase on this one. 10:43
There's -- if you look on Exhibit 2 -- 10:43
**A. Exhibit 2.** 10:43
Q. -- Page 9. 10:43
**A. Okay.** 10:43

Q. Okay. And what made it -- like, was this just better -- you used better materials? Or what made it more durable? 10:56

Was it the design? Was it the materials? Was it both? 10:56

**A. It could be a combination of the design, materials, manufacturing methods.** 10:56

Q. Okay. And you said "modularity" was another advantage. 10:56

What did you mean by that? 10:56

**A. Modularity of the system did include the ability of the operator to change the length of the barrel.** 10:56

**The -- one of the other small arms that came out of the SCAR program was the Mark 13 "ELGM," which would attach to either a Mark 16 or Mark 17.** 10:56

Q. Okay. Anything else on modularity? 10:56

**A. As resulted from the program? No.** 10:57

Q. Okay. And you said "it replaced different designs that were being used by U.S." -- "by SOCOM." 10:57

What did you mean by that? 10:57

**A. So at the time, SOCOM had it and had it in** 10:57

its inventory available for its operators to use. The M4, the Mark 18, I believe the M111 -- I believe, the M21 -- a host of other different firearms, all filling specific roles. 10:57 10:57 10:58 10:58

This -- the SCAR program was meant to replace all these different firearms of varying designs and vary -- varying operational uses. 10:58 10:58 10:58

So how the user inserts a magazine or how the user operates the safety is different on each one of these systems because they are dramatically different systems. 10:58 10:58 10:58 10:58

By replacing them with a family of firearms that all feel the same, have the same ergonomics, insert the magazines the same not only for the operator, they don't have to spend time training and stay proficient on multiple different firearm platforms. 10:58 10:58 10:58 10:58 10:58 10:58

But to support them in theater with different parts becomes much easier for the command, SOCOM, to do in theater. 10:58 10:58 10:58

Q. Okay. And when you say "in theater," does that mean in warfare? 10:59 10:59

A. **Yes. I mean "deployed."** 10:59
Q. Okay. 10:59
A. **"Actively deployed."** 10:59
Q. And was the SCAR meaningfully different from these guns, in design and operation? 10:59 10:59
MR. SHORES: Object to the form. 10:59
MR. RETTEW: Well, let me ask you this way -- sorry. 10:59 10:59
BY MR. RETTEW: 10:59
Q. Did you make -- did FN make the SCAR...? When -- strike that. 10:59 10:59
When FN made the SCAR, fair to say that it was designing it to be different from these existing guns that were being used by the military? 10:59 10:59 10:59
A. **No.** 10:59
Q. And why do you say that? 10:59
A. **Of the firearms that SOCOM was replacing, all this different host of different firearms that they wished to replace, the requirement for the new SCAR rifle would be that it operate as close to -- as possible, to the M4, which was the most familiar to SOCOM operators.** 10:59 10:59 10:59 10:59 11:00 11:00

**And across -- all U.S. forces are all familiar with how an AR or an M4 and an M16 operate.** 11:00 11:00

**So the SCAR requirement was that it operate in a similar very -- in a manner very similar to those, because those operators, those service members were already familiar with it, for the most part, they wouldn't have to relearn everything.** 11:00 11:00 11:00 11:00 11:00 11:00

Q. I see. 11:00

**A. They selected the most common one, which was the M4 and M4 sniper-type system.** 11:00 11:00

Q. Got it. Okay. That makes sense. Thank you. 11:00 11:00

Did the military at the time -- and forgive me if this is a silly question, but in the military at the time, were they using AR-10s at all? 11:00 11:00 11:00

MR. SHORES: Object to foundation. 11:00 11:00

You can answer if you know. 11:00

THE WITNESS: I believe they were using a version of the AR-10. I think it was -- the M110 is the actual 11:00 11:00 11:00

A. **We may have. FN Herstal will use SCAR-L and SCAR Light in nonmilitary products that are not commercial use because SCAR -- FN Herstal doesn't do commercial products outside of the United States.** 11:08

Q. Okay. But SCAR, I guess what I'm just trying to get at: "SCAR" -- what you call -- what FN called the "SCAR-H" was the military -- was the heavy version of the military rifle. Correct? 11:08

A. **You'll have to restate that.** 11:08

Q. Sure. 11:08

What was the "SCAR-H"? 11:08

A. **The "SCAR-H" is the 7.62 carbine that resulted from the SCAR program.** 11:08

Q. Okay. And the SCAR 17S is the commercial version of that. Correct? 11:08

A. **That's a fair statement.** 11:08

Q. Okay. So explain to me the differences. 11:08

Let's start with the SCAR 16, okay, versus the commercial SCAR -- let me get my terminology right. Strike that. 11:09

Let's start with the SCAR 16S, which I understand is the commercial rifle. Correct? 11:09

Q. Okay. Do you have -- and again, this is not your topic, I understand. Do you have a general percentage? 11:45
**A. I don't.** 11:45
Q. Okay. The -- let's talk about that buttstock. 11:45
Would you agree that that is a unique-looking buttstock? 11:45
MR. SHORES: Object to form. 11:45
THE WITNESS: It is specific to the SCAR design, yes. 11:45
BY MR. RETTEW: 11:45
Q. Okay. And when you say "specific to the SCAR design," what do you mean by that? 11:45
**A. It is one of the designs that resulted from the SCAR program.** 11:45
Q. Okay. Do you know any other rifles out there that have a buttstock that looks similar to FN's buttstock? 11:46
MR. SHORES: Object to form and scope. 11:46
THE WITNESS: I mean, the fact 11:46

Q. And the SCAR was a substantial improvement over those other things? 12:59 12:59

**A. It met SOCOM's very stringent product requirements.** 12:59 12:59

Q. But was it a substantial -- was the SCAR a substantial improvement over those other prior rifles that you had mentioned earlier? 12:59 12:59 01:00

MR. SHORES: Object to form. 01:00

THE WITNESS: I think because SOCOM gave the "Mark 16," "Mark 17" designations, that is them saying that it is. 01:00 01:00 01:00 01:00

BY MR. RETTEW: 01:00

Q. Would you agree with that? 01:00

MR. SHORES: Same objection. 01:00

THE WITNESS: The United States Department of Defense has a very serious role. They don't take their selection lightly. 01:00 01:00 01:00 01:00

BY MR. RETTEW: 01:00

Q. No, I can imagine. 01:00

But I guess my question is: You had 01:00

mentioned that the firearms that the military had been using at the time the SCAR program was released was the -- were the M4, the Mark 18, the M111, and then the M21. Correct? 01:00

**A. Yes.** 01:00

Q. Okay. And would you agree -- would FN agree that the SCAR is a substantial improvement over those rifles? 01:01

MR. SHORES: Object to form. 01:01

THE WITNESS: The SCAR family of firearms or the SCAR program sought to replace those varying different platforms, and each one of them designed for a specific role with a single family of firearms that would handle all of those roles. 01:01

BY MR. RETTEW: 01:01

Q. Understood. 01:01

But I guess my question is: Do you believe, yes or no, that the FN SCAR represented a substantial improvement over these guns; namely, the M4, Mark 18, M111 and M21? 01:01

CERTIFICATE

I, SUSAN ASHE, a Certified Electronic Reporter and a Notary Public, hereby certify that the foregoing is a true and accurate transcript of the deposition of said witness, who was first duly sworn by me on the date and place hereinbefore set forth.

I FURTHER CERTIFY that I am neither attorney nor counsel, nor related to or employed by any of the parties to the action in which this deposition was taken, and further that I am not a relative or employee of any attorney or counsel employed in this action, nor am I financially interested in this case.

Dated this 23rd day of December 2024.

Susan Ashe, Notary Public
for the Commonwealth of Virginia

My commission expires: January 31, 2027.
Notary Registration Number: 100809.