# EXHIBIT 2

Hines 42
EXHIBIT
DATE: 12/11/24
SUSAN ASHE

FN100411