# EXHIBIT 4

# OPERATOR

**ENVISIONED
TESTED
CHOSEN**

FROM CONCEPT TO REALITY- THE SCAR ASSAULT RIFLE EXCEEDS REAL WORLD EXPECTATIONS. CHOSEN BY THE US SPECIAL OPERATIONS COMMAND'S TO BE THE NEXT GENERATION MODULAR ASSAULT SYSTEM, THE FN SCAR IS A 21ST CENTURY ASSAULT RIFLE BUILT FROM THE GROUND UP FOR THE FINEST FIGHTING FORCES IN THE WORLD; RUGGED AND RELIABLE, THE SCAR IS A SHORT STROKE GAS OPERATED SYSTEM WITH A RIGID METAL RECEIVER AND UPPER FOR MAXIMUM ACCURACY IN ALL CONFIGURATIONS.

SOCOM'S SCAR WAS DEVELOPED TO PROVIDE FLEXIBILITY TO MATCH MODERN TACTICAL FIELD OPERATIONS. OPERATIONS THAT DEMAND AN INCREASED NEED FOR MODULARITY AND UNMATCHED RELIABILITY, LOWER MAINTENANCE TIMES WHILE SIGNIFICANTLY REDUCING THE PACK WEIGHT FOR SOLDIERS IN THE FIELD.

**Plaintiff's Exhibit P222**



|  | SCAR LIGHT 5.56mm STD | SCAR HEAVY 7.62 mm STD |
|---|---|---|
| Operating Principle | Gas Operated And Rotating Bolt Short Stroke Gas Piston | Gas Operated And Rotating Bolt Short Stroke Gas Piston |
| Firing Modes | Single Shot, Full Auto | Single Shot, Full Auto |
| Feed System | 30 Rounds M16 Magazine Type | 20 Rounds |
| Weight Without Magazine with Iron Sights | 6.613 lbs | 7.16 lbs |
| Maximum overall length | 35.00 in | 38.00 in |
| Minimum overall length | 32.09 in | 34.88 in |
| Maximum overall length stock folded | 24.61 in | 27.48 in |
| Barrel length | 13.82 in | 13.00 in |

## FNH USA SCAR DELIVERABLES

1. GROWTH POTENTIAL FOR THE USE OF FUTURE ENHANCED AMMUNITION
2. INTEGRATED GRENADE LAUNCHER WITH RANGING FIRE CONTROL
3. BARREL AND CALIBER MODULARITY
4. 90% PARTS COMPATIBILITY BETWEEN ALL SCAR VARIANTS
5. 90,000 ROUND SYSTEM SERVICE LIFE
6. 35,000 PLUS ROUND BARREL LIFE
7. OVERALL REDUCED LIFE CYCLE COST
8. REPLACES FIVE WEAPONS WITH TWO

|  | GRENADE LAUNCHER |
|---|---|
| Caliber | 40mm LV |
| Operating Principle | Pump action, rotating locking breach |
| Muzzle Velocity | 76 m/s |
| Length<br>Launcher<br>5.56<br>7.62<br>Stand-alone<br>SCAR + Launcher<br>Auxiliary stock + Launcher<br>Auxiliary stock + Launcher folded | 11.77 in<br>16.37 in<br>17.08 in<br>13.46 in<br>No increase to LOA<br>26.57 in<br>20.07 in |
| Barrel Length | 8.97 in |
| Weight<br>Empty<br>Auxiliary stock<br>Safety sight | 2.9 lbs<br>2.7 lbs<br>0.3 lbs |

## COMMON FEATURES

- OPERATION: SHORT STROKE GAS PISTON
- BARREL MODULARITY: CQC, STD AND SV
- 100% ERGONOMIC COMPATIBILITY
- ENHANCED FOLDING STOCK
- RATE OF FIRE 550RPM
- OTB CAPABLE (OVER THE BEACH)
- EGLM COMPATIBLE
- SOPMOD COMPATIBLE

SCAR FAMILY OF WEAPONS ACHIEVE ERGONOMIC AND PARTS COMMONALITY THEREBY ENHANCING MISSION EFFECTIVENESS, REDUCING TRAINING TIME AND LOGISTIC DOWN TIME.

### [ FN SCAR LIGHT SPECS ]

[illegible]

SCAR LIGHT

### [ FN SCAR HEAVY SPECS ]

[illegible]

SCAR HEAVY

## A SOLDIER IN THE FIELD COUNTS ON DEDICATION PRIDE COURAGE AND DEPENDABLE EQUIPMENT

FN HERSTAL- THE WORLDWIDE LEADING SMALL ARMS MANUFACTURER IS PROUD TO SERVE THOSE WHO SERVE OUR COUNTRY AND PROUD TO BE CHOSEN THE NEXT GENERATION PROVIDER OF THE SCAR WEAPON SYSTEM.

**WHEREVER THE SOLDIERS OF OUR MILITARY GO, WE'RE RIGHT BY THEIR SIDE.**

FNH USA

FNH USA, LLC
A SUBSIDIARY OF FN HERSTAL, S.A.
PO BOX 614 • MCLEAN, VA 22101
703-288-3500 • WWW.FNHUSA.COM

# SCAR

[ S.O.F. COMBAT ASSAULT RIFLE ]

FNH USA

WHEN THE MISSION IS DEFENDING FREEDOM, THE WEAPON IS MADE BY FN.



