# EXHIBIT 5





Rifles > FN SCAR® Series > FN SCAR® 20S NRCH Woodland

# FN SCAR® 20S NRCH Woodland **Limited Edition**

Available for commercial.

**MSRP: $5,199.00**

**Buy Now** ▼

## SPECS

**CALIBER:** 7.62x51 mm
**OPERATION:** Short-stroke gas piston
**MAG CAPACITY:** 10 Rd.
**BARREL LENGTH:** 20"
**OVERALL LENGTH:** 41"-42.8"
**WEIGHT:** 11.6 lbs.

## PRIMARY FEATURES

Available in woodland as a limited edition

New bolt carrier assembly with NRCH enables any shooting position or optic choice, reduces felt recoil

Extended monolithic receiver

Short-stroke gas piston

## RECEIVER & FRAME

Hydrographically camouflaged receiver and trigger module frame

Hard-anodized monolithic aluminum

MIL-STD-1913 accessory rails at 3, 6, 9, and 12 o'clock positions

## BARREL

Cold hammer-forged, chrome-lined, free-floating heavy contour barrel

## TRIGGER

Two-Stage Match trigger







The legendary FN SCAR® is upgraded with Non-Reciprocating Charging Handles. Available in woodland as a limited edition.

**Adaptable:** New, non-reciprocating, dual charging handles allow you to shoot from

1

any position without interfering with optics or grip.

**Reliable:** Short-stroke gas piston system with an adjustable low-flash gas regulator. The reduced reciprocating mass of the new bolt carrier produces less felt recoil.

**Accurate:** Fully free-floating, cold hammer-forged, chrome-lined barrel and one-piece machined aluminum upper.

**Tested:** FN's most tested rifle platform remains the choice of the U.S. military's most elite fighting forces. Rugged, precise and dependable, all SCARs have earned their stripes.

**Learn More about the FN SCAR®**

*Product follows USA specifications

**Limited Edition models are available at the following distributors: Sports South, Lipseys, RSR and Davidsons**

| PRODUCT | DESIGNATION | UPC |
|---|---|---|
| 38-101705-02 | FN SCAR® 20S NRCH 7.62, CAMO, DESERT, 10RD | 845737017958 |
| 38-101705-01 | FN SCAR® 20S NRCH 7.62, CAMO, WOODLAND, 10RD | 845737017941 |
| 38-100544-2 | FN SCAR® 20S NRCH 7.62 NATO BLK 20" 1:10" twist 1x10 Rd. | 845737013691 |
| 38-100542-2 | FN SCAR® 20S NRCH 6.5 CM BLK 20" 1:8" twist 1x10 Rd. | 845737013677 |
| 38-100545-2 | FN SCAR® 20S NRCH 7.62 NATO FDE 20" 1:10" twist 1x10 Rd. | 845737013707 |
| 38-100543-2 | FN SCAR® 20S NRCH 6.5 CM FDE 20" 1:8" twist 1x10 Rd. | 845737013684 |

**Shop FN SCAR Accessories**

**Related Products**

**FN SCAR® 20S NRCH Desert**



**FN SCAR® 17S NRCH Woodland**



(Geissele® "Super SCAR")

**STOCK**

Precision adjustable for LOP and comb height

Adjustable cheekpiece

Hogue® rubber grip with finger grooves

**OPERATING CONTROLS**

Dual, ambidextrous charging handles remain static under fire, user swappable left/right

Ambidextrous safety lever and magazine release

Enlarged trigger guard for easier access when wearing gloves

Composite polymer trigger module

**MAGAZINE**

Uses FN SCAR® 17S magazines

Steel magazine body

Low-friction follower

NEWSLETTER SIGN-UP

CONTACT US

COMMERCIAL SALES

LAW ENFORCEMENT SALES

ABOUT FN

CAREERS

PRESS RELEASES

PROMOTIONS – PROGRAMS

2

Case 1:24-cv-00218-LCB-JEP    Document 44-5    Filed 04/11/25    Page 3 of 41

AND MILITARY SALES

PHONE: 703-288-3500

CUSTOMER SUPPORT

PURCHASE CONFIRMATION

SHARE YOUR STORY

TRAINING

CORPORATE PARTNERSHIPS

MANUFACTURING

NIST SUPPLIER CYBERSECURITY

DEALER PORTAL

SALES & TRAINING PORTAL

MEDIA PORTAL

SERVICE & REPAIRS PORTAL

SUPPLIER PORTAL

**CONNECT WITH US**

FN CATALOG & WALLPAPERS

FN FIREARMS

Terms of Use | Privacy Policy | ©2024 FN America, LLC. All Rights Reserved.





Rifles > FN SCAR® Series > FN SCAR® 20S NRCH Desert

## FN SCAR® 20S NRCH Desert Limited Edition

Available for commercial.

**MSRP: $5,199.00**

[ Buy Now ▼ ]





⟨ ⟩

The legendary FN SCAR® is upgraded with Non-Reciprocating Charging Handles. Available in desert pattern as a limited edition.

**Adaptable:** New, non-reciprocating, dual charging handles allow you to shoot from

### SPECS

**CALIBER:** 7.62x51 mm
**OPERATION:** Short-stroke gas piston
**MAG CAPACITY:** 10 Rd.
**BARREL LENGTH:** 20"
**OVERALL LENGTH:** 41"-42.8"
**WEIGHT:** 11.6 lbs.

### PRIMARY FEATURES

Available in desert pattern as a limited edition

New bolt carrier assembly with NRCH enables any shooting position or optic choice, reduces felt recoil

Extended monolithic receiver

Short-stroke gas piston

### RECEIVER & FRAME

Hydrographically camouflaged receiver and trigger module frame

Hard-anodized monolithic aluminum

MIL-STD-1913 accessory rails at 3, 6, 9, and 12 o'clock positions

### BARREL

Cold hammer-forged, chrome-lined, free-floating heavy contour barrel

### TRIGGER

Two-Stage Match trigger

4

any position without interfering with optics or grip.

**Reliable:** Short-stroke gas piston system with an adjustable low-flash gas regulator. The reduced reciprocating mass of the new bolt carrier produces less felt recoil.

**Accurate:** Fully free-floating, cold hammer-forged, chrome-lined barrel and one-piece machined aluminum upper.

**Tested:** FN's most tested rifle platform remains the choice of the U.S. military's most elite fighting forces. Rugged, precise and dependable, all SCARs have earned their stripes.

**Learn More about the FN SCAR®**

*Product follows USA specifications

**Limited Edition models are available at the following distributors: Sports South, Lipseys, RSR and Davidsons**

| PRODUCT | DESIGNATION | UPC |
|---------|-------------|-----|
| 38-101705-02 | FN SCAR® 20S NRCH 7.62, CAMO, DESERT, 10RD | 845737017958 |
| 38-101705-01 | FN SCAR® 20S NRCH 7.62, CAMO, WOODLAND, 10RD | 845737017941 |
| 38-100544-2 | FN SCAR® 20S NRCH 7.62 NATO BLK 20" 1:10" twist 1x10 Rd. | 845737013691 |
| 38-100542-2 | FN SCAR® 20S NRCH 6.5 CM BLK 20" 1:8" twist 1x10 Rd. | 845737013677 |
| 38-100545-2 | FN SCAR® 20S NRCH 7.62 NATO FDE 20" 1:10" twist 1x10 Rd. | 845737013707 |
| 38-100543-2 | FN SCAR® 20S NRCH 6.5 CM FDE 20" 1:8" twist 1x10 Rd. | 845737013684 |

**Shop FN SCAR Accessories**

(Geissele® "Super SCAR")

**STOCK**

Precision adjustable for LOP and comb height

Adjustable cheekpiece

Hogue® rubber grip with finger grooves

**OPERATING CONTROLS**

Dual, ambidextrous charging handles remain static under fire, user swappable left/right

Ambidextrous safety lever and magazine release

Enlarged trigger guard for easier access when wearing gloves

Composite polymer trigger module

**MAGAZINE**

Uses FN SCAR® 17S magazines

Steel magazine body

Low-friction follower

**Related Products**

**FN SCAR® 17S NRCH Desert**



**FN SCAR® 20S NRCH Woodland**



NEWSLETTER SIGN-UP

CONTACT US

COMMERCIAL SALES

LAW ENFORCEMENT SALES

ABOUT FN

CAREERS

PRESS RELEASES

PROMOTIONS – PROGRAMS

5

Case 1:24-cv-00218-LCB-JEP     Document 44-5     Filed 04/11/25     Page 6 of 41

AND MILITARY SALES

PHONE: 703-288-3500

CUSTOMER SUPPORT

PURCHASE CONFIRMATION

SHARE YOUR STORY

TRAINING

CORPORATE PARTNERSHIPS

MANUFACTURING

NIST SUPPLIER CYBERSECURITY

DEALER PORTAL

SALES & TRAINING PORTAL

MEDIA PORTAL

SERVICE & REPAIRS PORTAL

SUPPLIER PORTAL

FN CATALOG & WALLPAPERS

**CONNECT WITH US**

**FIREARMS**

Terms of Use | Privacy Policy | ©2024 FN America, LLC. All Rights Reserved.





Rifles > FN SCAR® Series > FN SCAR® 20S NRCH

# FN SCAR® 20S NRCH

Available for commercial and law enforcement.

**MSRP: $4,999.00**

**Buy Now ▼**

## SPECS

**CALIBER:** 6.5 Creedmoor or 7.62x51 mm
**OPERATION:** Short-stroke gas piston
**MAG CAPACITY:** 10 Rd.
**BARREL LENGTH:** 20"
**OVERALL LENGTH:** 41"-42.8"
**WEIGHT:** 11.6 lbs.

## PRIMARY FEATURES

New bolt carrier assembly with NRCH enables any shooting position or optic choice, reduces felt recoil

Extended monolithic receiver

Short-stroke gas piston

## RECEIVER

Hard-anodized monolithic aluminum

MIL-STD-1913 accessory rails at 3, 6, 9, and 12 o'clock positions







## BARREL

Cold hammer-forged, chrome-lined, free-floating heavy contour barrel

The legendary FN SCAR® 20S is upgraded with Non-Reciprocating Charging Handles. Perfectly calibrated for long-range fire, the FN SCAR 20S delivers surgical precision, with an enhanced set of controls to enable any shooting position or optic choice. The rugged, monolithic upper receiver with full-length MIL-STD-1913 rail provides more space for rail-mounted accessories, and a precision buttstock fits any shooter with adjustable length of pull and cheek rest height. The FN SCAR 20S is the benchmark for long-range precision from a gas-driven piston platform, delivering a highly accurate and proven design for target shooting and law enforcement applications.

**Learn More about the FN SCAR®**

**LE & Military pricing on request.**

**FN SCAR® 20s NRCH Product Sell Sheet**

## TRIGGER

Two-Stage Match trigger (Geissele® "Super SCAR")

## STOCK

7

*Product follows USA specifications

| PRODUCT | DESIGNATION | UPC |
|---|---|---|
| 38-101705-02 | FN SCAR® 20S NRCH 7.62, CAMO, DESERT, 10RD | 845737017958 |
| 38-101705-01 | FN SCAR® 20S NRCH 7.62, CAMO, WOODLAND, 10RD | 845737017941 |
| 38-100544-2 | FN SCAR® 20S NRCH 7.62 NATO BLK 20" 1:10" twist 1x10 Rd. | 845737013691 |
| 38-100542-2 | FN SCAR® 20S NRCH 6.5 CM BLK 20" 1:8" twist 1x10 Rd. | 845737013677 |
| 38-100545-2 | FN SCAR® 20S NRCH 7.62 NATO FDE 20" 1:10" twist 1x10 Rd. | 845737013707 |
| 38-100543-2 | FN SCAR® 20S NRCH 6.5 CM FDE 20" 1:8" twist 1x10 Rd. | 845737013684 |

**Shop FN SCAR Accessories**



**Related Products**

**FN SCAR® 20S NRCH Desert**



**FN SCAR® 20S NRCH Woodland**



Precision adjustable for LOP and comb height

Adjustable cheekpiece

Hogue® rubber grip with finger grooves

**OPERATING CONTROLS**

Dual, ambidextrous charging handles remain static under fire, user swappable left/right

Ambidextrous safety lever and magazine release

Enlarged trigger guard for easier access when wearing gloves

Composite polymer trigger module

**MAGAZINE**

Uses FN SCAR® 17S magazines

Steel magazine body

Low-friction follower

CONTACT US

COMMERCIAL SALES

LAW ENFORCEMENT SALES

AND MILITARY SALES

PHONE: 703-288-3500

CUSTOMER SUPPORT

PURCHASE CONFIRMATION

SHARE YOUR STORY

TRAINING

CORPORATE PARTNERSHIPS

MANUFACTURING

NIST SUPPLIER CYBERSECURITY

DEALER PORTAL

SALES & TRAINING PORTAL

MEDIA PORTAL

SERVICE & REPAIRS PORTAL

SUPPLIER PORTAL

CAREERS

PRESS RELEASES

PROMOTIONS – PROGRAMS

FN CATALOG & WALLPAPERS

**CONNECT WITH US**

**FIREARMS**

Terms of Use   |   Privacy Policy   |   ©2024 FN America, LLC. All Rights Reserved.

9





Rifles > FN SCAR® Series > FN SCAR® 17S NRCH Woodland

## FN SCAR® 17S NRCH Woodland Limited Edition

Available for commercial

**MSRP: $4,359.00**

Buy Now ▾

**SPECS**

**CALIBER:** 7.62x51mm
**OPERATION:** Short-stroke gas piston
**MAG CAPACITY:** 10 or 20 Rd.
**WEIGHT:** 8.0 lb.
**BARREL LENGTH:** 16.25"
**OVERALL LENGTH:** 36" - 38.5"
**TWIST RATE:** 1:12 RH

**PRIMARY FEATURES**

Limited-edition Woodland camouflage hydrodipped pattern

Bolt carrier assembly with NRCH enables any shooting position or optic choice, reduces felt recoil

Monolithic receiver

Short-stroke gas piston

**RECEIVER**

Hard-anodized monolithic aluminum

MIL-STD 1913 accessory rails at the 3, 6, 9 and 12 o'clock positions

Adjustable folding front and folding/removable rear iron sights

**BARREL**

Cold hammer-forged, chrome-lined, fully free-floating with compensator





The legendary FN SCAR® 17S is upgraded with Non-Reciprocating Charging Handles, and available in woodland pattern as a limited edition. The new, dual charging handles enable any shooting position, grip style or optic choice, user swappable in

10

the field. The FN SCAR 17S ensures any braced or barrier-contact position shoots flawlessly. The rugged, monolithic upper receiver with a full-length MIL-STD-1913 rail provides more space for rail-mounted accessories, and a folding buttstock fits any shooter with adjustable length of pull and cheek rest height. The FN SCAR 17S is the benchmark for accuracy and versatility from a light recoiling, piston-driven platform.

**Learn More about the FN SCAR®**

*Product follows USA specifications

**Limited Edition models are available at the following distributors: Sports South, Lipseys, RSR and Davidsons**

| PRODUCT | DESIGNATION | UPC |
|---------|-------------|-----|
| 38-101701-01 | SCAR 17S, 7.62, CAMO, WOODLAND, 20RD | 845737017903 |
| 38-101701-02 | SCAR 17S, 7.62, CAMO, DESERT, 20RD | 845737017910 |
| 98561-2 | FN SCAR 17S NRCH 7.62x51mm Blk 16-in 20-Rnd | 845737013653 |
| 98661-2 | FN SCAR 17S NRCH 7.62x51mm Blk 16-in 10-Rnd | 845737013660 |
| 98541-2 | FN SCAR 17S NRCH 7.62x51mm FDE 16-in 20-Rnd | 845737013578 |
| 98641-2 | FN SCAR 17S NRCH 7.62x51mm FDE 16-in 10-Rnd | 845737013646 |

**Shop FN SCAR Accessories**

**Related Products**

**FN SCAR® 17S NRCH Desert**



**FN SCAR® 20S NRCH Woodland**



### STOCK

Telescoping side-folding polymer stock

Adjustable cheekpiece

A2-style pistol grip

### OPERATING CONTROLS

Dual, ambidextrous charging handles remain static under fire, user swappable left/right

Ambidextrous safety lever and magazine release

Enlarged trigger guard for easier access when wearing gloves

### MAGAZINE

Steel body

Low friction follower

NEWSLETTER SIGN-UP

CONTACT US

COMMERCIAL SALES

LAW ENFORCEMENT SALES

AND MILITARY SALES

PHONE: 703-288-3500

CUSTOMER SUPPORT

PURCHASE CONFIRMATION

SHARE YOUR STORY

TRAINING

ABOUT FN

CAREERS

PRESS RELEASES

PROMOTIONS – PROGRAMS

FN CATALOG & WALLPAPERS

CORPORATE PARTNERSHIPS

MANUFACTURING

NIST SUPPLIER CYBERSECURITY

DEALER PORTAL

SALES & TRAINING PORTAL

MEDIA PORTAL

SERVICE & REPAIRS PORTAL

SUPPLIER PORTAL

**CONNECT WITH US**

**FIREARMS**

Terms of Use   |   Privacy Policy   |   ©2024 FN America, LLC. All Rights Reserved.

FIREARMS

Rifles > FN SCAR® Series > FN SCAR® 17S NRCH Desert

# FN SCAR® 17S NRCH Desert Limited Edition

Available for commercial

**MSRP: $4,359.00**

**Buy Now**

The legendary FN SCAR® 17S is upgraded with Non-Reciprocating Charging Handles, and available in desert pattern as a limited edition. The new, dual charging handles enable any shooting position, grip style or optic choice, user swappable in the field.

## SPECS

**CALIBER:** 7.62x51mm

**OPERATION:** Short-stroke gas piston

**MAG CAPACITY:** 10 or 20 Rd.

**WEIGHT:** 8.0 lb.

**BARREL LENGTH:** 16.25"

**OVERALL LENGTH:** 36" - 38.5"

**TWIST RATE:** 1:12 RH

## PRIMARY FEATURES

Limited-edition desert-inspired camouflage hydrodipped pattern

Bolt carrier assembly with NRCH enables any shooting position or optic choice, reduces felt recoil

Monolithic receiver

Short-stroke gas piston

## RECEIVER

Hard-anodized monolithic aluminum

MIL-STD 1913 accessory rails at the 3, 6, 9 and 12 o'clock positions

Adjustable folding front and folding/removable rear iron sights

## BARREL

Cold hammer-forged, chrome-lined, fully free-floating with compensator

The FN SCAR 17S ensures any braced or barrier-contact position shoots flawlessly. The rugged, monolithic upper receiver with a full-length MIL-STD-1913 rail provides more space for rail-mounted accessories, and a folding buttstock fits any shooter with adjustable length of pull and cheek rest height. The FN SCAR 17S is the benchmark for accuracy and versatility from a light recoiling, piston-driven platform.

**Learn More about the FN SCAR®**

*Product follows USA specifications

**Limited Edition models are available at the following distributors: Sports South, Lipseys, RSR and Davidsons**

| PRODUCT | DESIGNATION | UPC |
|---------|-------------|-----|
| 38-101701-01 | SCAR 17S, 7.62, CAMO, WOODLAND, 20RD | 845737017903 |
| 38-101701-02 | SCAR 17S, 7.62, CAMO, DESERT, 20RD | 845737017910 |
| 98561-2 | FN SCAR 17S NRCH 7.62x51mm Blk 16-in 20-Rnd | 845737013653 |
| 98661-2 | FN SCAR 17S NRCH 7.62x51mm Blk 16-in 10-Rnd | 845737013660 |
| 98541-2 | FN SCAR 17S NRCH 7.62x51mm FDE 16-in 20-Rnd | 845737013578 |
| 98641-2 | FN SCAR 17S NRCH 7.62x51mm FDE 16-in 10-Rnd | 845737013646 |

**Shop FN SCAR Accessories**

**Related Products**

**FN SCAR® 17S NRCH Desert**



**FN SCAR® 20S NRCH Woodland**



### STOCK

Telescoping side-folding polymer stock

Adjustable cheekpiece

A2-style pistol grip

### OPERATING CONTROLS

Dual, ambidextrous charging handles remain static under fire, user swappable left/right

Ambidextrous safety lever and magazine release

Enlarged trigger guard for easier access when wearing gloves

### MAGAZINE

Steel body

Low friction follower

NEWSLETTER SIGN-UP

CONTACT US

COMMERCIAL SALES

LAW ENFORCEMENT SALES

AND MILITARY SALES

PHONE: 703-288-3500

CUSTOMER SUPPORT

PURCHASE CONFIRMATION

SHARE YOUR STORY

TRAINING

ABOUT FN

CAREERS

PRESS RELEASES

PROMOTIONS – PROGRAMS

FN CATALOG & WALLPAPERS



CORPORATE PARTNERSHIPS

MANUFACTURING

NIST SUPPLIER CYBERSECURITY

DEALER PORTAL

SALES & TRAINING PORTAL

MEDIA PORTAL

SERVICE & REPAIRS PORTAL

SUPPLIER PORTAL

**CONNECT WITH US**

FIREARMS

Terms of Use   |   Privacy Policy   |   ©2024 FN America, LLC. All Rights Reserved.

15



Rifles > FN SCAR® Series > FN SCAR® 17S NRCH

# FN SCAR® 17S NRCH

Available for commercial and law enforcement.

**MSRP: $4,239.00**

**Buy Now ▼**





The legendary FN SCAR® 17S is upgraded with Non-Reciprocating Charging Handles. The new, dual charging handles enable any shooting position, grip style or optic choice, user swappable in the field. The FN SCAR 17S ensures any braced or barrier-contact position shoots flawlessly. The rugged, monolithic upper receiver with a full-length MIL-STD-1913 rail provides more space for rail-mounted accessories, and a folding buttstock fits any shooter with adjustable length of pull and cheek rest height. The FN SCAR 17S is the benchmark for accuracy and versatility from a light recoiling, piston-driven platform.

**Learn More about the FN SCAR®**

**LE & Military pricing on request.**

## SPECS

**CALIBER:** 7.62x51mm
**OPERATION:** Short-stroke gas piston
**MAG CAPACITY:** 10 or 20 Rd.
**WEIGHT:** 8.0 lb.
**BARREL LENGTH:** 16.25"
**OVERALL LENGTH:** 36" - 38.5"
**TWIST RATE:** 1:12 RH

### PRIMARY FEATURES

New bolt carrier assembly with NRCH enables any shooting position or optic choice, reduces felt recoil

Monolithic receiver

Short-stroke gas piston

### RECEIVER

Hard-anodized monolithic aluminum

MIL-STD 1913 accessory rails at the 3, 6, 9 and 12 o'clock positions

Adjustable folding front and folding/removable rear iron sights

### BARREL

Cold hammer-forged, chrome-lined, fully free-floating with compensator

### STOCK

Telescoping side-folding polymer stock

16

## FN SCAR® 17s NRCH Product Sell sheet

*Product follows USA specifications

| PRODUCT | DESIGNATION | UPC |
|---|---|---|
| 38-101701-01 | SCAR 17S, 7.62, CAMO, WOODLAND, 20RD | 845737017903 |
| 38-101701-02 | SCAR 17S, 7.62, CAMO, DESERT, 20RD | 845737017910 |
| 98561-2 | FN SCAR 17S NRCH 7.62x51mm Blk 16-in 20-Rnd | 845737013653 |
| 98661-2 | FN SCAR 17S NRCH 7.62x51mm Blk 16-in 10-Rnd | 845737013660 |
| 98541-2 | FN SCAR 17S NRCH 7.62x51mm FDE 16-in 20-Rnd | 845737013578 |
| 98641-2 | FN SCAR 17S NRCH 7.62x51mm FDE 16-in 10-Rnd | 845737013646 |

**Shop FN SCAR Accessories**



Adjustable cheekpiece

A2-style pistol grip

**OPERATING CONTROLS**

Dual, ambidextrous charging handles remain static under fire, user swappable left/right

Ambidextrous safety lever and magazine release

Enlarged trigger guard for easier access when wearing gloves

**MAGAZINE**

Steel body

Low friction follower

**Related Products**

**FN SCAR® 17S NRCH Woodland**



**FN SCAR® 17S NRCH Desert**



NEWSLETTER SIGN-UP

CONTACT US

COMMERCIAL SALES

LAW ENFORCEMENT SALES

AND MILITARY SALES

ABOUT FN

CAREERS

PRESS RELEASES

PROMOTIONS – PROGRAMS

FN CATALOG & WALLPAPERS

17

PHONE: 703-288-3500

CUSTOMER SUPPORT

PURCHASE CONFIRMATION

SHARE YOUR STORY

TRAINING

CORPORATE PARTNERSHIPS

MANUFACTURING

NIST SUPPLIER CYBERSECURITY

DEALER PORTAL

SALES & TRAINING PORTAL

MEDIA PORTAL

SERVICE & REPAIRS PORTAL

SUPPLIER PORTAL

**CONNECT WITH US**



**FIREARMS**

Terms of Use   |   Privacy Policy   |   ©2024 FN America, LLC. All Rights Reserved



Rifles > FN SCAR® Series > FN SCAR® 17S DMR

## FN SCAR® 17S DMR

Available for commercial and law enforcement.

**MSRP: $4,629.00**

**Buy Now ▼**





The SCAR 17S DMR is the benchmark for accuracy and versatility from a light-recoiling, piston-driven platform, extending range and precision with the addition of the 6.5 Creedmoor chambering. This model features the enhanced SCAR 20S rear stock and match trigger for filling the role of a DMR.

**Adaptable:** Dual, non-reciprocating charging handles ensure any braced or barrier-contact position shoots flawlessly, without interfering with optics or grip style. Fully-ambidextrous controls and precision buttstock adapt to any shooter.

**Reliable:** Short-stroke gas piston system with an adjustable low-flash gas regulator. The reduced reciprocating mass of the NRCH bolt carrier produces less felt recoil, making a soft-shooting rifle even easier to manage.

### SPECS

**CALIBER:** 6.5 Creedmoor
**OPERATION:** Short-stroke gas piston
**MAG CAPACITY:** 10 Rd.
**WEIGHT:** 9.5 lb.
**BARREL LENGTH:** 16.25"
**OVERALL LENGTH:** 36.8" - 38.6"

### PRIMARY FEATURES

Bolt carrier assembly with NRCH enables any shooting position or optic choice, reduces felt recoil

Monolithic receiver

Short-stroke gas piston

### RECEIVER

Hard-anodized monolithic aluminum

MIL-STD 1913 accessory rails at the 3, 6, 9 and 12 o'clock positions

Adjustable folding front and folding/removable rear iron sights

### BARREL

16.25-in. Cold hammer-forged, chrome-lined, free-floating barrel with muzzle device

6.5 Creedmoor, 1:8" twist

### STOCK

SSR Rear Stock

19

**Accurate:** Fully free-floating, cold hammer-forged, chrome-lined barrel and one-piece machined aluminum upper receiver.

**Tested:** The most tested rifle platform, SCAR remains the choice of the U.S. military's most elite fighting forces. Rugged, precise and dependable, all SCARs have earned their stripes.

**Learn More about the FN SCAR®**

**FN SCAR® 17s DMR Sell sheet**

\*Product follows USA specifications

| Product# | Designation | UPC |
|----------|-------------|-----|
| 38-101746 | SCAR 17S DMR 6.5CM NRCH FDE, 1x10rd, 16in | 845737017491 |
| 38-101747 | SCAR 17S DMR 6.5CM NRCH Black, 1x10rd, 16in | 845737017507 |

**Shop FN SCAR Accessories**



Adjustable cheek rest and length of pull

**OPERATING CONTROLS**

Dual, ambidextrous charging handles remain static under fire, user swappable left/right

Ambidextrous safety lever and magazine release

Enlarged trigger guard for easier access when wearing gloves

Geissele two-stage match trigger

**MAGAZINE**

Steel body, Low friction follower

**Related Products**

**FN SCAR® 16S NRCH**



**FN SCAR® 20S NRCH**



NEWSLETTER SIGN-UP

CONTACT US

COMMERCIAL SALES

ABOUT FN

CAREERS

PRESS RELEASES

20

LAW ENFORCEMENT SALES
AND MILITARY SALES

PHONE: 703-288-3500

CUSTOMER SUPPORT

PURCHASE CONFIRMATION

SHARE YOUR STORY

TRAINING

CORPORATE PARTNERSHIPS

MANUFACTURING

NIST SUPPLIER CYBERSECURITY

DEALER PORTAL

SALES & TRAINING PORTAL

MEDIA PORTAL

SERVICE & REPAIRS PORTAL

SUPPLIER PORTAL

PROMOTIONS – PROGRAMS

FN CATALOG & WALLPAPERS

**CONNECT WITH US**

FIREARMS

Terms of Use | Privacy Policy | ©2024 FN America, LLC. All Rights Reserved.





Rifles > FN SCAR® Series > FN SCAR® 16S NRCH Woodland

## FN SCAR® 16S NRCH Woodland Limited Edition

Available for commercial

**MSRP: $3,959.00**

Buy Now ▼





The fast-handling and quick-shooting FN SCAR® 16S is upgraded with Non-Reciprocating Charging Handles, and available in woodland pattern as a limited edition. The new, dual charging handles enable any shooting position, grip style or

### SPECS

**CALIBER:** 5.56x45mm
**OPERATION:** Short-stroke gas piston
**MAG CAPACITY:** 10 or 30 Rd.
**WEIGHT:** 7.25 lb.
**BARREL LENGTH:** 16.25"
**OVERALL LENGTH:** 34.5" - 37"

### PRIMARY FEATURES

Limited-edition woodland camouflage hydrodipped pattern

Bolt carrier assembly with NRCH enables any shooting position or optic choice, reduces felt recoil

Short-stroke gas piston

Monolithic receiver

### RECEIVER

Hard-anodized monolithic aluminum

MIL-STD 1913 accessory rails at the 3, 6, 9 and 12 o'clock positions

Adjustable folding front and folding/removable rear iron sights

### BARREL

Cold hammer-forged, chrome-lined, free-floating barrel with compensator

### STOCK

22

optic choice, ensuring any braced or barrier-contact position shoots flawlessly. A rugged, monolithic upper receiver with MIL-STD-1913 rail provides space for rail-mounted accessories, and a folding buttstock fits any shooter with adjustable length of pull and cheek rest height. The FN SCAR 16S in 5.56x45mm is the benchmark for reliability and versatility from a light recoiling, piston-driven platform.

**Learn More about the FN SCAR®**

*Product follows USA specifications

**Limited Edition models are available at the following distributors: Sports South, Lipseys, RSR and Davidsons**

| PRODUCT | DESIGNATION | UPC |
|---------|-------------|-----|
| 38-101699-02 | SCAR 16S, 5.56, CAMO, DESERT, 30RD | 845737017873 |
| 38-101699-01 | SCAR 16S, 5.56, CAMO, Woodland, 30RD | 845737017866 |
| 98521-2 | FN SCAR® 16S NRCH 5.56x45mm Blk 16-in 30-Rnd | 845737013622 |
| 98621-2 | FN SCAR® 16S NRCH 5.56x45mm Blk 16-in 10-Rnd | 845737013639 |
| 98501-2 | FN SCAR® 16S NRCH 5.56x45mm FDE 16-in 30-Rnd | 845737013561 |
| 98601-2 | FN SCAR® 16S NRCH 5.56x45mm FDE 16-in 10-Rnd | 845737013615 |

**Shop FN SCAR Accessories**

Telescoping side-folding polymer stock

Adjustable cheekpiece

A2-style pistol grip

**OPERATING CONTROLS**

Dual, ambidextrous charging handles remain static under fire, user swappable left/right

Ambidextrous safety lever and magazine release

Enlarged trigger guard for easier access when wearing gloves

**MAGAZINE**

Steel body

Low friction follower



**Related Products**

**FN SCAR® 17S NRCH Woodland**



**FN SCAR® 20S NRCH Desert**



NEWSLETTER SIGN-UP

CONTACT US

COMMERCIAL SALES

LAW ENFORCEMENT SALES

AND MILITARY SALES

PHONE: 703-288-3500

CUSTOMER SUPPORT

PURCHASE CONFIRMATION

SHARE YOUR STORY

TRAINING

ABOUT FN

CAREERS

PRESS RELEASES

PROMOTIONS – PROGRAMS

FN CATALOG & WALLPAPERS

Case 1:24-cv-00218-LCB-JEP    Document 44-5    Filed 04/11/25    Page 24 of 41

CORPORATE PARTNERSHIPS

MANUFACTURING

NIST SUPPLIER CYBERSECURITY

DEALER PORTAL

SALES & TRAINING PORTAL

MEDIA PORTAL

SERVICE & REPAIRS PORTAL

SUPPLIER PORTAL

**CONNECT WITH US**

FIREARMS

Terms of Use | Privacy Policy | ©2024 FN America, LLC. All Rights Reserved.





Rifles > FN SCAR® Series > FN SCAR® 16S NRCH

# FN SCAR® 16S NRCH

Available for commercial and law enforcement.

**MSRP: $3,839.00**

**Buy Now ▾**





The fast-handling and quick-shooting FN SCAR® 16S is upgraded with Non-Reciprocating Charging Handles. The new, dual charging handles enable any shooting position, grip style or optic choice, ensuring any braced or barrier-contact position shoots flawlessly. A rugged, monolithic upper receiver with MIL-STD-1913 rail provides space for rail-mounted accessories, and a folding buttstock fits any shooter with adjustable length of pull and cheek rest height. The FN SCAR 16S in 5.56x45mm is the benchmark for reliability and versatility from a light recoiling, piston-driven platform.

**Learn More about the FN SCAR®**

**LE & Military pricing on request.**

## SPECS

**CALIBER:** 5.56x45mm
**OPERATION:** Short-stroke gas piston
**MAG CAPACITY:** 10 or 30 Rd.
**WEIGHT:** 7.25 lb.
**BARREL LENGTH:** 16.25"
**OVERALL LENGTH:** 34.5" - 37"

## PRIMARY FEATURES

New bolt carrier assembly with NRCH enables any shooting position or optic choice, reduces felt recoil

Short-stroke gas piston

Monolithic receiver

## RECEIVER

Hard-anodized monolithic aluminum

MIL-STD 1913 accessory rails at the 3, 6, 9 and 12 o'clock positions

Adjustable folding front and folding/removable rear iron sights

## BARREL

Cold hammer-forged, chrome-lined, free-floating barrel with compensator

## STOCK

Telescoping side-folding polymer stock

Adjustable cheekpiece

25

## FN SCAR® 16S NRCH Product Sell Sheet

*Product follows USA specifications

| PRODUCT | DESIGNATION | UPC |
|---|---|---|
| 38-101699-02 | SCAR 16S, 5.56, CAMO, DESERT, 30RD | 845737017873 |
| 38-101699-01 | SCAR 16S, 5.56, CAMO, Woodland, 30RD | 845737017866 |
| 98521-2 | FN SCAR® 16S NRCH 5.56x45mm Blk 16-in 30-Rnd | 845737013622 |
| 98621-2 | FN SCAR® 16S NRCH 5.56x45mm Blk 16-in 10-Rnd | 845737013639 |
| 98501-2 | FN SCAR® 16S NRCH 5.56x45mm FDE 16-in 30-Rnd | 845737013561 |
| 98601-2 | FN SCAR® 16S NRCH 5.56x45mm FDE 16-in 10-Rnd | 845737013615 |

**Shop FN SCAR Accessories**



A2-style pistol grip

### OPERATING CONTROLS

Dual, ambidextrous charging handles remain static under fire, user swappable left/right

Ambidextrous safety lever and magazine release

Enlarged trigger guard for easier access when wearing gloves

### MAGAZINE

Steel body

Low friction follower

**Related Products**

**FN SCAR® 16S NRCH Desert**



**FN SCAR® 16S NRCH Woodland**



NEWSLETTER SIGN-UP

CONTACT US

COMMERCIAL SALES

LAW ENFORCEMENT SALES

AND MILITARY SALES

ABOUT FN

CAREERS

PRESS RELEASES

PROMOTIONS – PROGRAMS

FN CATALOG & WALLPAPERS

26

PHONE: 703-288-3500

CUSTOMER SUPPORT

PURCHASE CONFIRMATION

SHARE YOUR STORY

TRAINING

CORPORATE PARTNERSHIPS

MANUFACTURING

NIST SUPPLIER CYBERSECURITY

DEALER PORTAL

SALES & TRAINING PORTAL

MEDIA PORTAL

SERVICE & REPAIRS PORTAL

SUPPLIER PORTAL

**CONNECT WITH US**

**FIREARMS**

Terms of Use  |  Privacy Policy  |  ©2024 FN America, LLC. All Rights Reserved.

27



Rifles > FN SCAR® Series > FN SCAR® 16S NRCH Desert

# FN SCAR® 16S NRCH Desert Limited Edition

Available for commercial

**MSRP: $3,959.00**

**Buy Now ▼**





The fast-handling and quick-shooting FN SCAR® 16S is upgraded with Non-Reciprocating Charging Handles, and available in desert pattern as a limited edition. The new, dual charging handles enable any shooting position, grip style or optic

## SPECS

**CALIBER:** 5.56x45mm
**OPERATION:** Short-stroke gas piston
**MAG CAPACITY:** 10 or 30 Rd.
**WEIGHT:** 7.25 lb.
**BARREL LENGTH:** 16.25"
**OVERALL LENGTH:** 34.5" - 37"

### PRIMARY FEATURES

Limited-edition desert-inspired camouflage hydrodipped pattern

Bolt carrier assembly with NRCH enables any shooting position or optic choice, reduces felt recoil

Short-stroke gas piston

Monolithic receiver

### RECEIVER

Hard-anodized monolithic aluminum

MIL-STD 1913 accessory rails at the 3, 6, 9 and 12 o'clock positions

Adjustable folding front and folding/removable rear iron sights

### BARREL

Cold hammer-forged, chrome-lined, free-floating barrel with compensator

### STOCK

28

choice, ensuring any braced or barrier-contact position shoots flawlessly. A rugged, monolithic upper receiver with MIL-STD-1913 rail provides space for rail-mounted accessories, and a folding buttstock fits any shooter with adjustable length of pull and cheek rest height. The FN SCAR 16S in 5.56x45mm is the benchmark for reliability and versatility from a light recoiling, piston-driven platform.

**Learn More about the FN SCAR®**

*Product follows USA specifications

**Limited Edition models are available at the following distributors: Sports South, Lipseys, RSR and Davidsons**

| PRODUCT | DESIGNATION | UPC |
|---|---|---|
| 38-101699-02 | SCAR 16S, 5.56, CAMO, DESERT, 30RD | 845737017873 |
| 38-101699-01 | SCAR 16S, 5.56, CAMO, Woodland, 30RD | 845737017866 |
| 98521-2 | FN SCAR® 16S NRCH 5.56x45mm Blk 16-in 30-Rnd | 845737013622 |
| 98621-2 | FN SCAR® 16S NRCH 5.56x45mm Blk 16-in 10-Rnd | 845737013639 |
| 98501-2 | FN SCAR® 16S NRCH 5.56x45mm FDE 16-in 30-Rnd | 845737013561 |
| 98601-2 | FN SCAR® 16S NRCH 5.56x45mm FDE 16-in 10-Rnd | 845737013615 |

**Shop FN SCAR Accessories**

Telescoping side-folding polymer stock

Adjustable cheekpiece

A2-style pistol grip

**OPERATING CONTROLS**

Dual, ambidextrous charging handles remain static under fire, user swappable left/right

Ambidextrous safety lever and magazine release

Enlarged trigger guard for easier access when wearing gloves

**MAGAZINE**

Steel body

Low friction follower

**Related Products**

**FN SCAR® 16S NRCH Woodland**



**FN SCAR® 17S NRCH Desert**



NEWSLETTER SIGN-UP

CONTACT US

COMMERCIAL SALES

LAW ENFORCEMENT SALES

AND MILITARY SALES

PHONE: 703-288-3500

CUSTOMER SUPPORT

PURCHASE CONFIRMATION

SHARE YOUR STORY

TRAINING

ABOUT FN

CAREERS

PRESS RELEASES

PROMOTIONS – PROGRAMS

FN CATALOG & WALLPAPERS

CORPORATE PARTNERSHIPS

MANUFACTURING

NIST SUPPLIER CYBERSECURITY

DEALER PORTAL

SALES & TRAINING PORTAL

MEDIA PORTAL

SERVICE & REPAIRS PORTAL

SUPPLIER PORTAL

**CONNECT WITH US**

**FIREARMS**

Terms of Use | Privacy Policy | ©2024 FN America, LLC. All Rights Reserved.



## FN SCAR® Series

**FN SCAR® 16S NRCH Desert**



**FN SCAR® 16S NRCH Woodland**



**FN SCAR® 17S NRCH Desert**



**FN SCAR® 17S NRCH Woodland**



**RIFLES BY SERIES**

FN PS90®
FN SCAR® Series
FN 15® Series
FN M249S® Series
FN Expert®
See All

**RIFLES BY USE**

Home Defense
Tactical
Military Collector



Hines 31
EXHIBIT
DATE: 12/11/24
SUSAN ASHE

Case 1:24-cv-00218-LCB-JEP    Document 44-5    Filed 04/11/25    Page 32 of 41

**FN SCAR® 20S NRCH Desert**



**FN SCAR® 20S NRCH Woodland**



**FN SCAR® 17S DMR**



**FN SCAR® 20S NRCH**



**FN SCAR® 16S NRCH**



**FN SCAR® 17S NRCH**



**FN SCAR® 15P**



NEWSLETTER SIGN-UP

CONTACT US

COMMERCIAL SALES

LAW ENFORCEMENT SALES

ABOUT FN

CAREERS

PRESS RELEASES

PROMOTIONS – PROGRAMS

32

AND MILITARY SALES

FN CATALOG & WALLPAPERS

PHONE: 703-288-3500

CUSTOMER SUPPORT

PURCHASE CONFIRMATION

SHARE YOUR STORY

TRAINING

CORPORATE PARTNERSHIPS

MANUFACTURING

NIST SUPPLIER CYBERSECURITY

DEALER PORTAL

SALES & TRAINING PORTAL

MEDIA PORTAL

SERVICE & REPAIRS PORTAL

SUPPLIER PORTAL

**CONNECT WITH US**

FIREARMS

Terms of Use   |   Privacy Policy   |   ©2024 FN America, LLC. All Rights Reserved.

34



EXPLORE CAREERS   SUPPORT   SHOP ESTORE   FIND A DEALER

PISTOLS   RIFLES   ACCESSORIES   AMMUNITION   SUPPRESSORS   LAW ENFORCEMENT   MILITARY

# UNCOMPROMISING.

Military-born, forged by the battlefield, FN's home defense firearms are manufactured to perfection for precision when it matters most.

## FN PS90® Series

**FN® PS90™**



## FN 15® Series

**FN 15® TAC3 Duty**



**FN 15® DMR3**



**FN 15® TAC3**



**FN 15® SRP G2**





**RIFLES BY SERIES**

FN PS90®
FN SCAR® Series
FN 15® Series
FN M249S® Series
FN Expert®
See All

**RIFLES BY USE**

Home Defense
Tactical
Military Collector



Hines 32
EXHIBIT
DATE: 12/11/24
SUSAN ASHE



NEWSLETTER SIGN-UP     ABOUT FN                    CUSTOMER SUPPORT              DEALER PORTAL

CONTACT US             CAREERS                     PURCHASE CONFIRMATION        SALES & TRAINING PORTAL

COMMERCIAL SALES       PRESS RELEASES              SHARE YOUR STORY             MEDIA PORTAL

LAW ENFORCEMENT SALES  PROMOTIONS – PROGRAMS       TRAINING                     SERVICE & REPAIRS PORTAL

AND MILITARY SALES     FN CATALOG & WALLPAPERS     CORPORATE PARTNERSHIPS       SUPPLIER PORTAL

PHONE: 703-288-3500                                MANUFACTURING

                                                   NIST SUPPLIER CYBERSECURITY

**CONNECT WITH US**

Terms of Use   |   Privacy Policy   |   ©2024 FN America, LLC. All Rights Reserved.







# HISTORY MAKERS.

The FN Military Collector Series features semi-automatic, civilian-ready versions of four FN military rifles, including the FN M249S™ – the semi-automatic version of the FN® M249 SAW.

## FN 15® Series

**FN 15® Military Collector M4**



**FN 15® Military Collector M16**



**RIFLES BY SERIES**

FN PS90®
FN SCAR® Series
FN 15® Series
FN M249S® Series
FN Expert®
See All

**RIFLES BY USE**

Home Defense
Tactical
Military Collector

## FN M249S® Series

**FN M249S® PARA FDE**



**FN M249S® Standard FDE**



**FN M249S®**



**FN M249S® PARA**





NEWSLETTER SIGN-UP          ABOUT FN                    CUSTOMER SUPPORT              DEALER PORTAL

CONTACT US                  CAREERS                     PURCHASE CONFIRMATION        SALES & TRAINING PORTAL

COMMERCIAL SALES            PRESS RELEASES              SHARE YOUR STORY             MEDIA PORTAL

LAW ENFORCEMENT SALES       PROMOTIONS – PROGRAMS       TRAINING                     SERVICE & REPAIRS PORTAL

AND MILITARY SALES          FN CATALOG & WALLPAPERS     CORPORATE PARTNERSHIPS       SUPPLIER PORTAL

PHONE: 703-288-3500                                     MANUFACTURING

                                                        NIST SUPPLIER CYBERSECURITY   **CONNECT WITH US**

Terms of Use  |  Privacy Policy  |  ©2024 FN America, LLC. All Rights Reserved.



# UNRELENTING.

All we know, all we learn, all we build is a result of the innovations spurred by real-world experience in tactical environments around the globe. You can trust FN to bring you the most dependable, rock-solid tactical solutions available anywhere.

## FN PS90® Series

**FN® PS90™**



## FN SCAR® Series

**FN SCAR® 17S DMR**



**FN SCAR® 16S NRCH**



**FN SCAR® 17S NRCH**



**FN SCAR® 15P**



**RIFLES BY SERIES**

FN PS90®
FN SCAR® Series
FN 15® Series
FN M249S® Series
FN Expert®
See All

**RIFLES BY USE**

Home Defense
Tactical
Military Collector



Hines 3A
EXHIBIT
DATE: 12/11/24
SUSAN ASHE

39

## FN 15® Series

**FN 15® TAC3 Duty**



**FN 15® DMR3**

**FN 15® TAC3**

**FN 15® SRP G2**



NEWSLETTER SIGN-UP

CONTACT US

COMMERCIAL SALES

LAW ENFORCEMENT SALES

AND MILITARY SALES

PHONE: 703-288-3500

ABOUT FN

CAREERS

PRESS RELEASES

PROMOTIONS – PROGRAMS

FN CATALOG & WALLPAPERS

CUSTOMER SUPPORT

PURCHASE CONFIRMATION

SHARE YOUR STORY

TRAINING

CORPORATE PARTNERSHIPS

MANUFACTURING

NIST SUPPLIER CYBERSECURITY

DEALER PORTAL

SALES & TRAINING PORTAL

MEDIA PORTAL

SERVICE & REPAIRS PORTAL

SUPPLIER PORTAL

CONNECT WITH US

FN FIREARMS

Terms of Use | Privacy Policy | ©2024 FN America, LLC. All Rights Reserved.

40