# EXHIBIT 6



# THIS ONE IS A GAME CHANGER

The FN SCAR® now features the new non-reciprocating dual charging handles (NRCH). Add that to the almost never-ending list of features for the SCAR and you have a superior rifle fit for any use.

**CHECK IT OUT**

FN SCAR® 16S

FN SCAR® 17S

FN SCAR® 20S


Hines
EXHIBIT
DATE: 12/11/24
SUSAN ASHE

FN_R00000807