# EXHIBIT 11

 PISTOLS   REVOLVERS   RIFLES   CUSTOM SHOP   ACCESSORIES    

SFAR™



**BIGGER AND STRONGER WHERE IT NEEDS TO BE AND REMAINS SMALLER AND LIGHTER THAN COMPARABLE .308-SIZED RIFLES.**

 RIFLE OF THE YEAR

**A TRUE SMALL-FRAME AUTOLOADING RIFLE,** the SFAR™ is nearly identical in size to a traditional 5.56-caliber modern sporting rifle.

**AVAILABLE IN BOTH 7.62 NATO / .308 WIN. AND 6.5 CREEDMOOR,** the SFAR™ is a light-recoiling, long-range capable platform that's nearly identical in size to a traditional MSR.




 INSTRUCTION MANUAL    LOCKING DEVICES    ACCESSORIES    SERIAL # LOOKUP

EXHIBIT WERKMEISTER 18 LVF 12-10-24 depobook.com

# AVAILABLE WITH A 16.1 OR 20 INCH BARREL



| | |
|---|---|
| Model: | 5610 |
| Caliber: | 7.62 NATO / 308 Win |
| Capacity: | 20 |
| Barrel Length: | 16.10" |
| Handguard: | Lite Free-Float with M-LOK Attachment Slots |
| Stock: | Magpul MOE SL |
| MSRP: | $1329.00 |
| Availability: | *Available* |

Spec Sheet ▸   Buy Now ▸



| | |
|---|---|
| Model: | 5611 |
| Caliber: | 7.62 NATO / 308 Win |
| Capacity: | 20 |
| Barrel Length: | 20" |
| Handguard: | Free-Float with M-LOK Attachment Slots |
| Stock: | Magpul MOE SL |
| MSRP: | $1329.00 |
| Availability: | *Available* |

Spec Sheet ▸   Buy Now ▸



| | |
|---|---|
| Model: | 5612 |
| Caliber: | 6.5 Creedmoor |
| Capacity: | 20 |
| Barrel Length: | 20" |
| Handguard: | Free-Float with M-LOK Attachment Slots |
| Stock: | Magpul MOE SL |
| MSRP: | $1329.00 |
| Availability: | *Available* |

Spec Sheet ▸   Buy Now ▸



| | |
|---|---|
| Model: | 5613 |
| Caliber: | 6.5 Creedmoor |
| Capacity: | 20 |
| Barrel Length: | 20" |
| Handguard: | Free-Float with M-LOK Attachment Slots |
| Stock: | Magpul PRS Lite |
| MSRP: | $1399.00 |
| Availability: | *Available* |

Spec Sheet ▸   Buy Now ▸

 INSTRUCTION MANUAL    LOCKING DEVICES    ACCESSORIES    SERIAL # LOOKUP



CAPACITY COMPLIANT

| | |
|---|---|
| Model: | 5614 |
| Caliber: | 7.62 NATO / 308 Win |
| Capacity: | 10 |
| Barrel Length: | 16.10" |
| Handguard: | Lite Free-Float with M-LOK Attachment Slots |
| Stock: | Magpul MOE SL |
| MSRP: | $1329.00 |
| Availability: | *Available* |

Spec Sheet ▶   Buy Now ▶



CAPACITY COMPLIANT

| | |
|---|---|
| Model: | 5615 |
| Caliber: | 7.62 NATO / 308 Win |
| Capacity: | 10 |
| Barrel Length: | 20" |
| Handguard: | Free-Float with M-LOK Attachment Slots |
| Stock: | Magpul MOE SL |
| MSRP: | $1329.00 |
| Availability: | *Available* |

Spec Sheet ▶   Buy Now ▶



CAPACITY COMPLIANT

| | |
|---|---|
| Model: | 5618 |
| Caliber: | 6.5 Creedmoor |
| Capacity: | 10 |
| Barrel Length: | 20" |
| Handguard: | Free-Float with M-LOK Attachment Slots |
| Stock: | Magpul MOE SL |
| MSRP: | $1329.00 |
| Availability: | *Available* |

Spec Sheet ▶   Buy Now ▶

CAPACITY COMPLIANT

| | |
|---|---|
| Model: | 5619 |
| Caliber: | 6.5 Creedmoor |
| Capacity: | 10 |
| Barrel Length: | 20" |
| Handguard: | Free-Float with M-LOK Attachment Slots |
| Stock: | Magpul PRS Lite |
| MSRP: | $1399.00 |
| Availability: | *Available* |

Spec Sheet ▶   Buy Now ▶



 INSTRUCTION MANUAL    LOCKING DEVICES   ACCESSORIES    SERIAL # LOOKUP

**TALO DISTRIBUTOR EXCLUSIVE**

| | |
|---|---|
| Model: | 5617 |
| Caliber: | 7.62 NATO / 308 Win |
| Capacity: | 20 |
| Barrel Length: | 16.10" |
| Handguard: | Lite Free-Float with M-LOK Attachment Slots |
| Stock: | Magpul MOE SL |
| Availability: | *Limited Availability* |

Spec Sheet ▶   Buy Now ▶

### MADE FROM A 7075-T6 HARD-COAT ANODIZED ALUMINUM FORGING, the upper receiver is complete with brass deflector, forward assist, and full-length Picatinny rail. The lower receiver features a generous flare on the magazine well for easy magazine insertion.

### 4140 CHROME-MOLY STEEL BARREL is cold hammer-forged with ultra-precise 5R rifling. The heavy profile barrel balances nicely and its attractive, black nitride finish helps ensure exceptional accuracy, longevity, and easy cleaning.



### EQUIPPED WITH A RUGER® ELITE 452® TRIGGER that delivers a smooth, crisp 4.5-pound 2-stage trigger pull. A full-strength hammer spring and lightweight hammer ensure fast lock times and consistent primer ignition.

### 15" ALUMINUM HANDGUARD is free-floated for accuracy and features Magpul® M-LOK® accessory attachment slots along the 3:00, 6:00 and 9:00 positions. Sockets for Quick Detach (QD) sling swivels located at the muzzle end of the handguard allows for comfortable carry with a two-point sling.



 INSTRUCTION MANUAL    LOCKING DEVICES    ACCESSORIES    SERIAL # LOOKUP

4

RUG00000102

03:15

| Features | Disassembly | Cleaning |
|---|---|---|
| Reassembly | Gas Regulator Settings | |

Sturm, Ruger & Co., Inc. is one of the nation's leading manufacturers of rugged, reliable firearms for the commercial sporting market. With products made in America, Ruger offers consumers almost 800 variations of more than 40 product lines, across both the Ruger and Marlin brands. For 75 years, Sturm, Ruger & Co., Inc. has been a model of corporate and community responsibility. Our motto, "Arms Makers for Responsible Citizens®," echoes our commitment to these principles as we work hard to deliver quality and innovative firearms.

CONTACT | PATENTS | PRIVACY POLICY | TERMS OF USE | SOCIAL MEDIA RULES



Copyright © 2024 by Sturm, Ruger & Co., Inc.

CONNECT WITH **RUGER**
PRODUCT REGISTRATION ▶▶
JOIN OUR EMAIL LIST ✉

     

 INSTRUCTION MANUAL     LOCKING DEVICES     ACCESSORIES     SERIAL # LOOKUP