# EXHIBIT 12

   

PISTOLS    REVOLVERS    RIFLES    CUSTOM SHOP    ACCESSORIES    FIREARM SEARCH    MENU

# NEWS

Information in news articles is current as of the date of publication. Product specifications and other details are subject to change over time.



## Introducing the Ruger Small-Frame Autoloading Rifle
September 06, 2022



Sturm, Ruger & Company, Inc. (NYSE: RGR) is pleased to announce the latest addition to its modern sporting rifle lineup, the Small-Frame Autoloading Rifle, or SFAR™. Chambered in 7.62 NATO / .308 Win., the SFAR combines the ballistic advantages of .308 Winchester with the size of a traditional MSR. The smaller of the two initial configurations of this rifle features a 16" barrel model and weighs in at just 6.8 pounds unloaded. By utilizing superior materials and engineering, the SFAR is bigger and stronger where it needs to be and remains smaller and lighter than comparable .308-sized rifles.

Utilizing many mil-spec-compatible components and fitted with the Ruger® Elite 452® trigger, the construction and operation of the Ruger SFAR will be familiar to the millions of Americans who have already adopted traditional modern sporting rifles. The upper and lower receivers are both CNC-machined from 7075-T6 forgings and feature an oversized magazine well, forward assist, dust cover and brass deflector. Barrels are cold hammer-forged with 5R rifling, a 5/8"-24 muzzle thread, and finished with black nitride for accuracy, longevity and easy cleaning. CNC-machined from high-strength super alloy steel, the bolt and barrel extension feature tapered lugs that strengthen the breech by adding material in key areas.

Case 1:24-cv-00218-LCB-JEP    Document 44-12    Filed 04/11/25    Page 2 of 3    RUG00000001

Ben Parker, Lead Design Engineer for SFAR. "The proprietary design and material selection of the bolt and barrel extension help deliver a rugged, reliable, and safe rifle that we are proud to call a Ruger."

SFAR rifles are fitted with a 4-position regulated gas block to achieve ideal function across the wide range of ammunition available in the marketplace today, whether running the rifle dirty or clean, suppressed or unsuppressed. The included, on-board 3/16" ball-end wrench makes for easy regulator adjustment, while the 2-port Boomer muzzle brake makes the SFAR exceptionally soft shooting.

The handguard features Magpul® M-LOK® accessory attachment slots at the 3:00, 6:00, and 9:00 positions and sockets for QD sling swivels on both sides. Model 5610 features a 16" barrel, a mid-length gas system and a 15" Lite free-float handguard whose top rail has been docked in the middle for improved grip access and lighter weight. Model 5611 has a 20" barrel, a rifle-length gas system and a 15" handguard with a full Picatinny top rail. Both models feature Magpul MOE SL® stock, MOE® grip and ship with one, 20-round Magpul PMAG® magazine.

For more information on the SFAR family or to learn more about the extensive line of award-winning Ruger firearms, visit **Ruger.com**, **Facebook.com/Ruger**, or **Instagram.com/Rugersofficial**. To find accessories for the SFAR and other Ruger firearms, **ShopRuger.com** or your local independent retailer of Ruger firearms.

The acquisition, ownership, possession and use of firearms is heavily regulated. Some models may not be legally available in your state or locale. Whatever your purpose for lawfully acquiring a firearm – know the law, get trained, and shoot safely.

Sturm, Ruger & Co., Inc. is one of the nation's leading manufacturers of rugged, reliable firearms for the commercial sporting market. With products made in America, Ruger offers consumers almost 800 variations of more than 40 product lines, across both the Ruger and Marlin brands. For 75 years, Sturm, Ruger & Co., Inc. has been a model of corporate and community responsibility. Our motto, "Arms Makers for Responsible Citizens®," echoes our commitment to these principles as we work hard to deliver quality and innovative firearms.

CONTACT  |  PATENTS  |  PRIVACY POLICY  |  TERMS OF USE  |  SOCIAL MEDIA RULES



Copyright © 2024 by Sturm, Ruger & Co., Inc.



CONNECT WITH
**RUGER**
PRODUCT REGISTRATION ▶▶
JOIN OUR EMAIL LIST ✉

