# EXHIBIT 13

| From: | Ruger Firearms [ruger@ruger.com] |
|---|---|
| Sent: | 12/14/2023 5:52:33 PM |
| To: | ecappellino@ruger.com |
| Subject: | Ruger Distributor Update - SFAR in 6.5 Creedmoor |



# DISTRIBUTOR UPDATE

Dear Erica,

Ruger is pleased to announce new models of the award-winning Small-Frame Autoloading Rifle chambered in 6.5 Creedmoor. These models are equipped with a 20" barrel and rifle-length gas system, keeping the SFAR™ smaller and lighter than comparable rifles, while achieving the ballistic performance, low recoil, and accuracy that the 6.5 Creedmoor cartridge is known for. One configuration features a collapsible Magpul SL stock and MOE grip when size and weight are the priority in the field (05612 and 05618). The second configuration (05613 and 05619) is fitted with Magpul's PRS Lite stock and a more vertical Magpul MOE K2 grip that improves comfort and control. Like the .308 Winchester models, SFARs chambered in 6.5 Creedmoor feature a tuned, 4-position regulated gas block, nitride-coated, cold hammer-forged barrel, and 15" Magpul M-LOK handguard. The configurations listed above each ship with either a 20-round or a 10-round Magpul PMAG magazine.

| Pricing Information: | |
|---|---|
| **UMDRP** | |



| SFAR in 6.5 Creedmoor Information: | |
|---|---|
| **Spec Sheets** | **Product Images** |



| SFAR in 6.5 Creedmoor with Magpul PRS Lite Stock Information: | |
|---|---|
| **Spec Sheets** | **Product Images** |

EXHIBIT WERKMEISTER 23 LVF 12-10-24

CONFIDENTIAL 1 RUG00000209
Case 1:24-cv-00218-LCB-JEP Document 44-13 Filed 04/11/25 Page 2 of 3

We are building and shipping product now, so please send your order in as soon as possible for these great new product offerings.

Thank You,

Shawn

Shawn Leska
Vice President of Sales
Ruger

Ruger Firearms | Lacey Place, Southport, CT 06890

Unsubscribe ecappellino@ruger.com

Constant Contact Data Notice

Sent by sleska@ruger.com