# EXHIBIT 14

| | |
|---|---|
| From: | Ruger Firearms [ruger@ruger.com] |
| Sent: | 2/26/2024 6:40:14 PM |
| To: | ecappellino@ruger.com |
| Subject: | Ruger Retailer Roundup - February 26, 2024 |



# RETAILER ROUNDUP
## FEBRUARY 26, 2024



### SFAR™ in 6.5 Creedmoor

We are excited to introduce new models of the award-winning Small-Frame Autoloading Rifle chambered in 6.5 Creedmoor. Like the .308 Winchester models, the SFAR™ chambered in 6.5 Creedmoor features a tuned, 4-position regulated gas block, nitride-coated, cold hammer-forged barrel, and 15" Magpul M-LOK handguard. This model is also equipped with a 20" barrel and rifle-length gas system, keeping the SFAR smaller and lighter than comparable rifles, while achieving the ballistic performance, low recoil, and accuracy for which the 6.5 Creedmoor cartridge is known.

**LEARN MORE**



WHAT'S IN HIGHEST DEMAND TO "BUY NOW" ON RUGER.COM

LC Carbine™ in .45 Auto #19309

Ruger Collector's Series 10/22® 60th Anniversary #31260

 

# INDUSTRY INFORMATION

**The Future of Retail »**
Shooting Industry

**Building Momentum: NSSF Governors' Forum Highlights Efforts to Fight for Firearm Industry »**
NSSF

**Following the Gun Sales Trend »**
Shooting Sports Retailer



**RUGER RETAILER RESOURCES >**
A Media and Retailer Resources page to help you quickly and easily find what you are looking for!



Celebrating 75 Years of Rugged, Reliable Firearms®

**RUGER RETAILER ROUNDUP**

Ruger Firearms | 1 Lacey Place, Southport, CT 06890

CONFIDENTIAL

RUG00000195

Case 1:24-cv-00218-LCB-JEP   Document 44-14   Filed 04/11/25   Page 3 of 4

Unsubscribe ecappellino@ruger.com
Constant Contact Data Notice
Sent by ruger@ruger.com

CONFIDENTIAL
RUG00000196