**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| FN HERSTAL, S.A., and<br>FN AMERICA, LLC,<br><br>Plaintiffs,<br>v.<br><br>STURM, RUGER & CO., INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 1:24-cv-218-LCB-JEP |

## CONSENT MOTION TO SEAL CONFIDENTIAL MATERIAL

NOW COMES Defendant Sturm, Ruger & Co., Inc. ("Ruger") with the consent of Plaintiffs FN Herstal, S.A. and FN America, LLC, (collectively, "FN"), pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, this Court's Protective and Supplemental Protective Orders (D.E. 23; D.E. 24), this Court's Order approving the parties' Rule 26(f) and LR 5.5 Report, and LR 5.4 and respectfully move the Court for an order sealing the following documents, either in whole or in part, which are exhibits to the Declaration of Patrick Rodgers. Defendant hereby provides a non-confidential description of the documents filed temporarily under seal in support of Defendant's Motion for Summary Judgment.

1. All of the documents that Ruger seeks to seal, in whole or in part, are those that the parties have marked and designated as highly confidential attorneys' eyes only pursuant to this Court's Protective Orders. (D.E. 23; D.E. 24). All of these documents now

filed temporarily under seal relate to sensitive financial information, internal business strategy and/or research, and/or licensing agreements.

2. The documents identified below are documents that FN has marked and designated as highly confidential attorneys' eyes only pursuant to this Court's Protective Orders:

Exhibits to the Declaration of Patrick Rodgers. Defendant has filed as **Exhibits X** [D.E. ], a redacted version of the following exhibits:

**Exhibit 1** – A redacted copy of the Expert Report of Ashley Hlebinsky, which includes information that FN marked highly confidential attorneys' eyes only related to internal business research performed by FN.

**Exhibit 6** – Pages 43-44 of John Freiling Deposition.

**Exhibit 52** – Pages 89-92 to Daniel Hines Deposition.

**Exhibit 53** – Exhibit 4 from Daniel Hines Deposition.

**Exhibit 54** – Pages 94-95 to Daniel Hines Deposition.

**Exhibit 55** – Pages 95-96 to Daniel Hines Deposition.

**Exhibit 62** – Pages 500-501 to Daniel Hines Deposition.

**Exhibit 63 -** Exhibit 47 from Daniel Hines Deposition.

**Exhibit 66** – Pages 499-500 to Daniel Hines Deposition.

**Exhibit 72** – Pages 234 and 238-239 to John Freiling Deposition.

**Exhibit 73 -** Exhibit 11 from John Freiling Deposition.

**Exhibit 74** – Pages 239-243 to John Freiling Deposition.

**Exhibit 75 -** Exhibit 12 from John Freiling Deposition.

**Exhibit 76 -** Exhibit 13 from John Freiling Deposition.

**Exhibit 77 -** Exhibit 14 from John Freiling Deposition.

**Exhibit 78 -** Exhibit 15 from John Freiling Deposition.

**Exhibit 79** – Exhibit 16 from John Freiling Deposition.

**Exhibit 80 -** Exhibit 17 from John Freiling Deposition.

**Exhibit 81** – Pages 227-228 to John Freiling Deposition.

**Exhibit 82** – Pages 33-35 to Chris Cole Deposition.

**Exhibit 83** – Page 228 to John Freiling Deposition.

**Exhibit 138** – Pages 219-222 to Benjamin Voss Deposition.

**Exhibit 146** – Pages 530-532, 534-535, and 541 to Daniel Hines Deposition.

**Exhibit 147 -** Exhibit 50 from Daniel Hines Deposition.

**Exhibit 148** – Pages 506-512 to Daniel Hines Deposition.

**Exhibit 149 -** Exhibit 48 from Daniel Hines Deposition.

**Exhibit 170** – Page 52 to Dana Trexler Deposition.

3. Pursuant to Local Rule 5.4(c)(4), Plaintiffs will file a response showing why the documents above must be maintained under seal within 14 days from the date of the filing of this motion.

4. Ruger further respectfully moves the Court for an order sealing, in part, Exhibit 96 to the Declaration of Patrick Rodgers. The portion that Ruger seeks to seal is an exhibit introduced during the deposition of Ruger's Product Manager Mark Gurney, specifically, Deposition Exhibit 9 to Mr. Gurney's deposition, which is included as part of Exhibit 96. Deposition Exhibit 9 is a highly confidential product planning slide deck from

a Ruger Product Planning meeting that discloses sensitive financial projections related to a new product in development at the time, which Ruger has never revealed to the public. Accordingly, Ruger marked and designated this document as highly confidential attorneys' eyes only pursuant to this Court's Protective Orders. (D.E. 23; D.E. 24).

5. Pursuant to LR 5.4(c)(3) and (c)(4), Ruger submits the contemporaneously filed Declaration of Patricia Shepard to provide evidentiary support to show why sealing is necessary and why less drastic alternatives would be insufficient.

6. Pursuant to the Joint LR 5.5. Report, Ruger certifies that it properly conferred with FN to discuss narrowing the claim of confidentiality prior to the filing of this motion.

WHEREFORE, Ruger, with FN's consent, respectfully requests that this Court enter an order:

1. Granting the instant consent motion to seal regarding the documents the parties believe should be sealed and which the parties consent to be sealed; and
2. Pending resolution of this Motion to Seal Until, this Court treats the subject documents as under temporary seal as properly filed under LR 5.4(c)(8).

Respectfully submitted, this the 11th day of April 2025.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/Lorin J. Lapidus*
Lorin J. Lapidus, NC 33458
380 Knollwood Street, Suite 530
Winston Salem, NC 27103
Telephone: (336) 774-3329

Facsimile: (336)774-3299
Email: lorin.lapidus@nelsonmullins.com

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
Douglas A. Rettew (*pro hace vice*)
Patrick J. Rodgers (*pro hac vice*)
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
Email: doug.rettew@finnegan.com
Email: patrick.rodgers@finnegan.com
R. Gordon Wright (*pro hac vice*)
271 17th Street, NW
Suite 1400
Atlanta, GA 30363-6209
Telephone: (404) 653-6400
Facsimile: (404) 653-6444
Email: gordon.wright@finnegan.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed the foregoing using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

This the 11th day of April, 2025.

*/s/Lorin J. Lapidus*
Lorin J. Lapidus, NC 33458