IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FN HERSTAL, S.A., and<br>FN AMERICA, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>STURM, RUGER & CO., INC.,<br><br>Defendant. | Civil Action No.: 1:24-cv-218 -LCB-JEP |

**DECLARATION OF PATRICIA SHEPARD IN SUPPORT OF**
**DEFENDANT'S MOTION TO SEAL**

I, Patricia Shepard, hereby declare as follows:

1. I am Patricia Shepard, Deputy General Counsel at Sturm, Ruger & Co., Inc. ("Ruger"). I submit this declaration in support of Ruger's Motion to Seal. The facts in this Declaration are based on my personal knowledge.

2. The information Ruger seeks to redact in Exhibit 96 to the Declaration of Patrick Rodgers in Support of Ruger's Motion for Summary Judgment is from a slide deck used during an internal Product Planning Meeting held by Ruger in May 2017, during which Ruger discussed (among other things) its early plans for its new small-frame autoloading rifle, which eventually became the Ruger SFAR at issue in this case.

3. The specific information in that slide deck that Ruger seeks to redact relates to detailed financial projections for that new rifle.

4. Ruger has never made this information public, and it keeps the information discussed in Product Planning meetings confidential.

5. Revealing these financial projections, something Ruger has never done, would give others in the industry a competitive advantage by allowing access to these confidential projections and plans, which will give them insight into Ruger's product development that they would not otherwise have, giving them an unfair advantage over Ruger developing and planning for future products.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Wethersfield, Connecticut on April 11, 2025.

______________________________
Patricia Shepard
Deputy General Counsel
Sturm, Ruger, & Co., Inc.

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed the foregoing using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

This the 11th day of April, 2025.

/s/*Lorin J. Lapidus*
Lorin J. Lapidus, NC 33458