# EXHIBIT A



For Immediate Release:
March 2, 2006

Contacts:
Barbara Sadowy
703.288.3500, Ext.106
barbaras@fnhusa.com

David A. Golladay, Jr.
864.414.2405
dagolladay@bellsouth.net

# The Making of the 21st Century Assault Rifle: SCAR SOF Combat Assault Rifle

**McLEAN, Va.** - FN Herstal is now entering the final phase of the development of the SCAR SOF Combat Assault Rifle, the first assault rifle procured through an open competition since the M4/M16. After more than a year of product review and testing with United States Special Operation Command (USSOCOM) and Naval Surface Warfare Center (NSWC Crane) the SCAR represents the leading edge of current assault rifle design.

The development process demands a close interaction between USSOCOM, Special Operations Forces (SOF) operators and its chosen manufacturer partner, FN Herstal, to ensure that the new SCAR is the most reliable, accurate, rugged, safe and ergonomic weapon possible.

**Project Timeline:**

**2002-2003: The search begins for a new SOF assault rifle.**
In an effort to acquire a "Weapon Designed for SOF by SOF", USSOCOM initiated the SCAR program with an approved Joint Operational Requirements Document (JORD).

In order to meet the JORD, the SCAR program recognized the tremendous benefits that the SOF operator possesses, and therefore adopted a theme: "Operator Envisioned, Tested and Chosen." This theme encompasses the involvement of the SOF operator in the requirements initiation, generation, and testing prior to and after source selection.

*[Exhibit stamp: Voss 13, EXHIBIT, DATE: 12/02/24, SUSAN ASHE]*



## SCAR Requirements:

Reliability, Availability, and Maintainability (RAM) requirements include MRBS (Mean Rounds between Stoppage) - 2000 Threshold (T) and 8000 Objective (O); MRBF (Mean Rounds between Failure) – 15,000 (T) and 50,000 (O); Service Life (Weapon): 15,000 (T) and 90,000 (O); and Service Life (Barrel): 15,000 (T) and 35,000 (O). Modular System: SCAR-Light 5.56mm (T) and SCAR-Heavy 7.62mm (T). Additional barrel for each variant will allow current and future ammunition (O). Accuracy: SCAR-L: 70% hit ratio on 500 meter point target – 600 meter area target (T) and 600 meter point target - 800 meter area target (O) SCAR-H: 70% hit ratio on 600 meter point target – 800 meter area target (T) and 800 meter point target – 1000 meter area target (O). The SCAR-L and SCAR-H will not add more than 1 MOA (minute of angle) at 300 meters (T) and not more than .25 MOA at 300 meters (O).

The SCAR is developed in two threshold configurations, a SCAR-Light in 5.56x45mm NATO and a SCAR-Heavy in 7.62x51mm NATO, with the SCAR-L being the priority. Both the SCAR-L and SCAR- H possess the capability for barrel modularity and thus are available in the following variants: Standard (S), Close Quarter Combat (CQC) and Sniper Variant (SV). The SV can be either a modular enhancement or a separate weapon. The barrel modularity can be accomplished via changing the complete upper receiver changes or just the barrel. The SCAR-L will be optimized for 5.56x45mm NATO and thus will use an enhanced 5.56mm magazine. The SCAR-H provides an open architecture design to accommodate changing calibers from the standard 7.62x51mm NATO. The initial caliber change is projected as the 7.62x39mm. The ergonomic and parts commonality between the SCAR-L and SCAR-H will be maximized to create a family of SCAR weapons. This commonality is essential for training time reduction, enhancing mission effectiveness, and improving the SOF operators ingrained operational and emergency procedure autonomic responses that are critical during high stress situations.

The SCAR system is rugged, highly reliable, controllable in full automatic fire, has no unsafe failure modes, is highly ergonomic, corrosion resistant, capable of lube-less firing, and is capable of being operated and maintained by a single operator.

The SCAR-L with stock collapsed or folded does not exceed lengths of 29.9 in. / 33.6 in. extended, with standard barrel. The SCAR-L weighs no more than 6.97 lbs. unloaded. The SCAR-H is collapsible or foldable to lengths not greater than similar configurations of currently available 7.62 battle rifles (30.3 in. folded / 40.2 in. extended, with standard barrel). The SCAR-H will weigh no more than 8 lbs.

The following are the Key Performance Parameters for the SCAR: Adaptability, Modular/Family of Weapons, Reliability and Accuracy. The SCAR barrels/caliber are readily exchanged at the operator level, without headspace or timing adjustments, within 5 minutes.

The SCAR-L and SCAR-H, in threshold caliber configurations (5.56x45mm NATO and 7.62x51mm NATO) with M855 and M80 ball ammunition respectively (T), spirally developed/alternate caliber configurations (O), have a Mean Round Between Stoppages (MRBS) of 2,000 rounds (T), 8,000 rounds (O).



The SCAR-L and SCAR-H, in threshold caliber configurations (T), spirally developed/ alternate caliber configurations (O), have a Mean Round Between Failure (MRBF) of 15,000 rounds (T), 35,000 rounds (O).

The SCAR-L and SCAR-H, in threshold caliber configuration/ball ammunition (T), spirally developed/alternate caliber configurations (O), have a fully functional service life without overhaul for a minimum of 15,000 rounds (T), 90,000 rounds (O) for the weapon and 15,000 rounds (T), 35,000 rounds (O) for the barrel.

The SCAR, in threshold configuration (T) and all caliber/barrel configurations (O), does not add more than 1.0 MOA at 300 meters (T), .25 MOA at 300 meters (O) to baseline (M855, MK262, M80, M118) ammunition performance.

The SCAR is also compatible with nearly all the SOPMOD Accessory Kit components via MIL-STD 1913 rails. The SCAR weapons are available with a sling, bipod, forward handgrip, blank firing capability and an operator's manual. The SCAR has a rigid MIL-STD 1913 rail at the 12 o'clock position running continuously from the rear sight to the front sight, which may be mounted to the upper receiver or integral to the weapon (T). The 12 o'clock rail has numbered the slots in alternate even numbers running the extent of the rail from back sight to front (T). The SCAR has additional MIL-STD 1913 rails at 3 o'clock, 6 o'clock, and 9 o'clock in the fore-arm/hand guard area (T). All rails are capable of maintaining the bore sight alignment (T). The MIL-STD 1913 rails were to be mounted to the weapon to maximize; rigidity (no loss of zero due to rough handling), independent from the barrel (no interference with the natural harmonic vibrations of the barrel during firing), and provision for mounting future 6 o'clock subsystems more closely to the gun barrel (decrease in offset between the 6 o'clock subsystems and the axis of the bore) (T). SOPMOD/MWS items mounted on rail system are not be blocked or interfered with by other SCAR components/features (T). The SCAR-L has to be compatible with the EGLM Enhanced Grenade Launcher Module (T). SCAR in any barrel length configuration mounts the EGLM 40mm grenade launcher on the 6 o'clock position (T). The rail interface is capable of withstanding the recoil forces generated by firing the 40mm grenade launcher with a cartridge producing a pressure of 230 bar (T). The SCAR rails are to exhibit no detectable shift in zero, when the EGLM 40mm weapon is fitted to the SCAR-L, and during firing of the EGLM (T).



## SCAR Contract Award

### January 2003- Solicitation #N 001164-03-R-0025 was created.
NSWC Crane, in association with USSOCOM, prepare a SCAR Sources Sought Announcement which was placed on FEDBIZ OPS under Solicitation # N001164-03-R-0025.

### August 5-7, 2003 - Preliminary Market Research Briefing

### SCAR Industry Day Conference.
Initial industry conference held in August 2003 as the critical first step in the solicitation process.

FN Herstal, along with nine other vendors, attend. After the Conference, the Program office, working in hand with the Integrated Product Team (IPT), revises the draft JORD and prepares the initial SCAR Performance Specifications.

### January 2004
After confirmation of the Performance Specifications and final revisions to the JORD, USSOCOM officially releases the SCAR Solicitation (January 24, 2005)

### June 2004
FN Herstal releases prototype weapons to NCSW Crane.

### November 5, 2004 - FN Herstal Awarded SCAR Contract.

### FN SCAR Prototypes exceed all requirements!
USSOCOM awards an Indefinite Delivery Indefinite Quantity (IDIQ) contract after conducting a full and open competition throughout ten months beginning in January 2004. The program provides the first 21st century modular assault rifle designed and built from the ground up for the finest fighting forces in the world.

During the four-month period after contract award, the SCAR program holds three Joint design reviews with the FN team.

These reviews keep FN Herstal, SOF operators and NSWC Crane engaged in a continuous improvement process prior to delivery of the SCAR test units. USSOCOM component command/user representatives, FN engineers representatives, and program office personnel attend these Joint reviews.

The reviews afforded the SOF operators opportunities to review design concepts in real time with the



use of rapid prototyping models. Interaction between the government team and the FN Herstal team proves to be invaluable. A single focus evolves throughout the process - to build a bridge between operational experience and engineering/design expertise and reduce risk prior to delivery of the SCAR test units.

This part of the process is the most productive ever, since it is the first time that users and engineers work together to develop side by side the next assault rifle.

### November 2005
The program completed Phase 2 of the testing process, which involved a 3-week operational assessment of the initial contract deliverables. Data from the assessment is provided to FN Herstal for further improvements. SOF operational personnel prior to entering into production, will again assess these improvements.

### January 2006
Performance data from users testing assessment is provided to FN Herstal for further enhancements. These product design improvements will be under further assessment by SOF operators prior to moving the product into the next production phase.

### February 2006
FN Herstal unveiled the new battle rifle systems SCAR-Light and SCAR-Heavy to the commercial and law enforcement (LE) markets at the 2006 SHOT Show in Las Vegas, Nevada, held February 8-11, 2006.

The SCAR-L and SCAR-H systems on display are the military prototypes prior to integration of the modifications detailed in the latest assessment that followed Phase 2 of the testing.

FN Herstal will provide USSOCOM with new Engineer Change Proposals (ECP) integrated into the system by the end of May 2006.

Production of a semi-automatic only version of the innovative modular rifle system with a target launch to LE and commercial markets will potentially be available in the next two years.

SCAR has involved SOF operators throughout the process and continues to do so. Communication and teamwork between SOF operators and the FN Herstal design team has been instrumental in acceleration of the project. An open dialogue and continuous communication flow are crucial to USSOCOM in acquiring and fielding an evolutionary new family of weapons in a condensed timeline.



**SCAR is operator envisioned, tested and chosen!**

Headquartered in McLean, Va., FNH USA, LLC., is a subsidiary of and the sales and marketing arm of FN Herstal, S.A., Belgium, whose corporate mission is to expand on its long standing leadership position in the defense, law enforcement and associated commercial firearms markets by providing the highest quality products as well as the finest in training and logistical support.

FNH USA, LLC., P.O. Box 697, McLean, VA 22101, www.fnhusa.com