# EXHIBIT F

1

IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF NORTH CAROLINA


FN HERSTAL, S.A., and

FN AMERICA, LLC,

       Plaintiffs,       Civil Action

  vs.                     No. 1:24-CV-218

STURM, RUGER & CO., INC.,

       Defendant.

_____


\*\* CONFIDENTIAL \*\*


REMOTE VIDEOTAPED DEPOSITION OF

DANA TREXLER

March 26, 2025

9:01 a.m. EST


Reported by:

Janice M. Kocek, CSR, CLR

Job No. 56862

```
 1              The videotaped deposition of
 2   DANA TREXLER, via Zoom videoconferencing, called
 3   by the Defendant for examination, reported
 4   stenographically by Janice M. Kocek, License
 5   No. 084-002871, Certified Shorthand Reporter,
 6   Certified LiveNote Reporter, and Notary Public
 7   for the State of Illinois, commencing at the hour
 8   of 9:01 a.m. EST, on the 26th day of March, 2025.
 9
10                       * * *
11
12
13
14
15
16
17
18
19
20
21
22
```

```
 1    information in the record.
 2        Q.    But no specialized knowledge on that
 3    point?
 4        A.    Correct.
 5        Q.    Am I correct that you're not an              10:47
 6    expert on how different firearms are used?
 7        A.    Correct.
 8        Q.    And no specialized knowledge in that
 9    area?
10        A.    Correct.                                    10:48
11        Q.    Am I correct that you're not an
12    expert on how firearms work?
13        A.    Correct.
14        Q.    No specialized knowledge on that?
15        A.    That is correct.                            10:48
16        Q.    Am I correct that you're not a legal
17    expert?
18        A.    I am not.
19        Q.    Not an expert on trademark law?
20        A.    I -- I have no legal opinions in this       10:48
21    matter.
22        Q.    Not an expert on likelihood of
```

```
 1   confusion?
 2        A.    No.  I understand likelihood of
 3   confusion as it fits into my world in this case
 4   as a damages experiment.  But I am not an expert
 5   on likelihood of confusion.                            10:48
 6        Q.    So you're not an expert on what is
 7   relevant to a likelihood of confusion analysis?
 8        A.    I am not an expert.
 9        Q.    You have no specialized knowledge on
10   what's relevant to a likelihood of confusion           10:48
11   analysis?
12        A.    I'm not a lawyer.
13        Q.    So you're not an expert -- strike
14   that.
15              You have no specialized knowledge on        10:48
16   what's relevant to a likelihood of confusion
17   analysis?
18        A.    I don't have a specialized --
19              MR. VAN ARNAM:  Let me just object to
20         form.  And asked and answered.                   10:49
21              THE WITNESS:  Yeah.  I do not have
22         any specialized knowledge.  I have a
```

```
19      Q.      Well, as a damages expert you assume
20   liability.  Right?                                  11:38
21      A.      I do, yes.
```