# EXHIBIT A



### THE FN SCAR® 15P

Configured in an ultra-compact pistol, this enduring platform enables all shooting positions to deliver unmatched maneuverability.



FN SCAR® 15P
5.56x45MM

**BUY NOW**


7.5" COLD HAMMER-FORGED BARREL


DUAL NON-RECIPROCATING CHARGING HANDLES


COMPATIBLE WITH AR-PATTERN MAGS


ADAPTABLE FOR SLINGS



©2024 FN America, LLC. All Rights Reserved.











**TELLS A STORY.**


FN_R00000820



Instagram
THE FN
510 TACTICAL
fn_america • Follow
fn_america Having an FN SCAR by your side is always a great feeling.
#FNAmerica
33w
4,051 likes
January 8
Add a comment...
Post




8/29/24, 4:14 PM — FN on X: "Reliability when it matters most. The FN SCAR, tested and proven, is the perfect choice for tactical training and personal defense. https://t.co/UIOK9Rwn6k https://t.co/0cna
https://x.com/FN_America/status/1819071892113817707 — 1/1
Case 1:24-cv-00218-WO-JEP    Document 77-1    Filed 05/16/25    Page 12 of 12    FN_R00000855