# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| FN HERSTAL, S.A., and<br>FN AMERICA, LLC,<br><br>Plaintiffs,<br>v.<br><br>STURM, RUGER & CO., INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 1:24-cv-218-LCB-JEP |

**REBUTTAL EXPERT REPORT OF DAN O'KELLY**

## I. INTRODUCTION

1. My name is Dan O'Kelly. I am a retired ATF Special Agent and have spent my career studying firearm design, history, manufacture, and use. Plaintiffs FN Herstal, S.A. and FN America, LLC (collectively, "FN") have retained me in connection with the above captioned litigation. I respectfully submit this report on behalf of FN. I have personal knowledge of the matters set forth herein and could competently testify to these matters if called as a witness.

2. I have been asked to review and respond to the opinions and statements expressed in Defendant Sturm, Ruger and Co. Inc.'s ("Ruger" or "Defendant") Expert Report of Ashley Hlebinsky dated December 23, 2024 (hereinafter, "Hlebinsky Report").

3. My report is based on information currently available to me. I intend to continue my investigation and study, which may include a review of additional documents and information as well as deposition testimony. Therefore, I expressly reserve the right to expand or modify my opinions as my investigation and study continue, and to supplement my opinions in response to any additional information that becomes available to me. Moreover, I reserve the right to provide rebuttal testimony regarding any analyses and opinions raised in opposition to my report or in response to any report or supplemental information produced by the Defendant.

4. To prepare the opinions offered in this report, I have reviewed the Hlebinsky Report in its entirety. I have also independently searched for relevant public information and relied on my education, industry knowledge, experience, and technical expertise in developing my opinions in this case.

5. A comprehensive list of the materials I have reviewed is attached hereto as **Exhibit A.**

**a. Compensation**

6. My compensation for preparing this report, and other work on this case, is at the rate of $350 per hour. My compensation for providing testimony, in depositions or at trial, is $350 per hour. My compensation is not dependent on the outcome of this case or on any opinions I express in this matter.

**b. Prior Expert Witness Testimony**

7. In the past four years, I have provided the following testimony:

- *U.S. vs. Steven Grijalva*, CR 20-00042-JGB (2021-Riverside, CA)
- *Texas vs. Ray Battles* (2021-Dallas, TX)
- *U.S. v. Cesar Isais,* 2:20-mj-01170-DUTY-1 (2021-Los Angeles, CA)
- *Texas v. Destin Bailey*, No. 05-23-00005-CR (2021-Dallas, TX)
- *U.S. v. Brian Downey*, 21-DA-00446 (2021-NY, NY)
- *U.S. v. Kristopher Ervin*, 3:21-cr-00022 (2021-Jacksonville, FL)
- *U.S. v. Alex Friedmann*, 3:21-cr-00095 (2021-Nashville, TN)
- *U.S. v. Alan Garcia*, 2:19-cr-0179 (2021-Sacramento, CA)
- *U.S. v. Taylor Gates*, 4:19-cr-237 (2021-Dallas, TX)
- *U.S. v. Gregory Hay*, 19-cr-170 (2021-Western District of NY)
- *U.S. v. Jordan Holt*, 21-cr-205 (2021-Oklahoma)
- *N.Y. v. Jerry's Firearms*, CR6798-21SU (2021-Hauppage, NY)
- *U.S. v. Aaron Johnson*, 2961CR 2021 (2021-Harrisburg PA)
- *Rare Breed Triggers v. US*, 6:2021cv01245 (2021- Orlando, FL.)
- *Texas v. Kevin Mock* (2021-Navasota, TX)
- *California v. Polymer 80*, 21-cv-06257 (2021-Los Angeles, CA)
- *U.S. v. Yousef Mohammad Ramadan*, Cr. No. 17-20595 (2021-Detroit, MI)
- *U.S. v. Marc Taylor II* (2021-St. Louis, MO)
- *U.S. v. Kevion K. Wallace,* CR21-133-RAW (2021-Oklahoma)
- *U.S. v. Chrizawn White* (2021-Houston, TX)

- *Texas v. Victor Williams*, F19-75364-J (2021-Dallas, TX)
- *Rarebreed Triggers v. ATF*, 4:23-cv-00830-O (2021-Orlando, FL)
- *Texas v. David McMillian*, F21-75442-V (2022-Dallas, TX)
- *U.S. v. Calvin Padgett*, 5:21-cr-00131 (2022- Lubbock, TX)
- *U.S. v. Terry Bruggeman*, 1:23-cv-00369-NRM-RML (2022-Corpus Christi, TX)
- *U.S. v. Wilmer Curras*, 22-511 (FAB) Atty. Suzette Brito (2022-Puerto Rico)
- *Texas vs. Jaqualyn Davis,* F18-75814X (2022-Dallas)
- *U.S. v. Howard Davis*, 5:18-CR-457 (2022-Raleigh, NC)
- *U.S. v. Jose Acquino*, CRIMINAL NO. 22-473 (2022- Puerto Rico)
- *U.S. v. Adamiak*, 2:22-cr-00047-AWA-LRL (2023-Norfolk, VA)
- *U.S. v. Jonathon Perez*, et al CR17-0314. (2023- Central California)
- *U.S. v. Bachman*, 8:23-cr-304-VMC-CPT (2023-Tampa, FL)
- *U.S. v. Gaither*, 23-CR-00189 (2024-Toledo, OH)
- *U.S. v. Beltran Fernando*, BA473833-02 (2024-Los Angeles, CA)
- *Florida v. Qurashi*, 20-06991-CF-T (2024-St. Petersburg, FL)

## II. SUMMARY OF OPINIONS

8. It is my opinion that Ms. Hlebinsky is incorrect in claiming that Ruger and FN advertise their firearms in different ways or to different consumers. The Hlebinsky Report inappropriately and inaccurately seeks to segment and characterize the relevant market. In fact, FN and Ruger are direct competitors that market and sell the firearms in question—the SCAR and the SFAR—to the same market through the same marketing channels to consumers of Modern Sporting Rifles ("MSR"). The Hlebinsky Report relies on historical and intentionally selective FN advertising which frames a false picture of how FN actually advertises the SCAR rifles. Similarly, the Hlebinsky Report selectively choses data from a consumer purchaser study, she did not author or undertake, to inaccurately define differences between the purchasing consumers of the SCAR and SFAR. In fact, the consumer study has no relation to the SFAR. The study was completed prior to the release of the SFAR.

9. Although the SCAR originated as a military rifle, it has been sold commercially for close to fifteen years. It has enjoyed great success and significant recognition as a high quality rifle that is sold to MSR buyers for a variety of purposes, and not to just a niche set of customers.

While the SCAR and SFAR may sell at different price points, at least before any dealer discounts, they are sold in the same retail outlets, gun shops and big box retailers, to the same type of consumers. In contrast to the Hlebinsky Report, I conclude that in addition to sharing a highly similar name, the SCAR and SFAR rifles share numerous visual and functional similarities and are direct competitors in the MSR category of firearms. Based on my experience in the market, it is not atypical that a competitor uses similar names or looks of a well-known product to try to trade off that recognition to sell a cheaper gun. Therefore, I disagree with the assumption made in the Hlebinsky Report that customers would not confuse the SCAR and SFAR rifles.

## III. BACKGROUND AND QUALIFICATIONS

10. A current copy of my curriculum vitae setting forth additional details of my background and relevant experience is attached hereto as **Exhibit B**.

11. I have over 40 years of full-time experience as a Police Officer, ATF Agent/Firearm Specialist, Criminal Investigator, Range Instructor, teacher of firearm technology, ammunition and firearm manufacturer, and collector. I have examined well over 100,000 firearms and even more pieces of ammunition. I have been involved in numerous investigations concerning them, and I have testified continually in criminal & civil cases in State, Superior, Circuit, District and Federal Courts since 1978.

12. I have been recognized as an expert witness in Federal and State courts since 1990 and have testified and/or consulted as an expert on the topics of firearms, ballistics, gunshot residue, interstate nexus, federal and state firearm regulations, IP and trade dress, ATF rulings, compliance and procedures, shooting reconstruction, firearm classification, firearm design, and wrongful death. I was retained as the Defense expert in the Alec Baldwin case. Also, my testimony

in four trials on the topic of federal firearm definitions from 2014 to 2019 resulted in the Bureau of ATF undertaking a 2-5 year rewrite of the definition of a firearm "frame or receiver."

13. I have worked undercover in three illicit international arms dealing cases and am one of only two ATF Agents who have performed an undercover investigation of illicit international firearm trafficking in Europe. I was the undercover Agent in the investigation of international arms dealer Efraim Diveroli; a case which resulted after the activity portrayed in the 2016 movie "War Dogs".

14. In addition, since 1996 I have been a full-time instructor of most facets in the field of firearms and am well versed in the firearms industry and market. I co-wrote the lesson plans for the ATF National Academy, and the firearm technology and compliance training program for Cabela's, Inc., which is the largest firearm retailer in the world. As a Corporate Senior Manager at Cabela's, I was directly responsible for ensuring Cabela's compliance with ATF guidelines, including those related to the advertising of firearms. In this role, it was my duty to ensure that I understood how Cabela's was advertising its firearms, as well as the demographics of the purchasing consumers and their perceptions of Cabela's advertising.

15. My training is also approved as continuing education by the American Board of Medico-legal Death Investigators and the International Association for Identification, and I have also been a contracted instructor for several federal law enforcement agencies. I also am a firearm designer and hold a patent, as registered with the U.S. Patent Office.[1]

## IV. REBUTTAL TO HLEBINSKY REPORT

### A. Terminology

[1] U.S. Patent No. 9,568,263.

16. I have reviewed the glossary provided in the Hlebinsky Report, and while not particularly relevant to the present dispute, numerous inaccuracies raise questions about the Report's reliability. To provide some context, the only universally recognized set of firearms definitions are those found in Title 18 and 26 of the U.S. Code.

17. The Hlebinsky Report is just one example of a set of definitions which follows but inaccurately describes the official definitions of terms found in Title 18 and 26 of the U.S. Code. By way of example, the Hlebinsky Report defines "Firearm" as "A Portable Gun."[2] This is inconsistent with the definition provided in 18 U.S.C. §921 which defines a "Firearm" as *"(A) any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; (B) the frame or receiver of any such weapon; (C) any firearm muffler or firearm silencer; or (D) any destructive device."*[3] The Hlebinsky Report further misidentifies a "Gun" as "[a] device incorporating a tube from which bullets, shells, or other projectiles are propelled by explosive or expanding gases."[4] By this definition, the Hlebinsky Report would apparently classify flare guns, nail guns, bang sticks, and even certain fireworks as "guns," and from the definitions provided in the Hlebinsky Report, any portable flare gun, nail gun, bang stick, and even certain fireworks would be classified as a firearm. This is wholly inconsistent with federal law, which explicitly exempts from the definition of firearms. [5]

18. The Hlebinsky Report also misidentifies the definition of a "Machine Gun" which the Report describes as "[a]n automatic firearm, either portable or mounted."[6] This is a vastly different interpretation of the actual definition provided by in the United States Code: "[t]*he term*

[2] Hlebinsky Report at 7.
[3] 18 U.S.C. § 921(a)(3).
[4] Hlebinsky Report at 7.
[5] 28 U.S.C. § 5845(a), (f).
[6] Hlebinsky Report, at 7.

*"machinegun" means any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person.*"[7]

19. The Hlebinsky Report even creates definitions for terms not recognized at all by the federal government. For example, the Hlebinsky Report defines a "Carbine" as "[a] shorter rifle."[8] First, there is no universally recognized definition of a "Carbine." Second, the definition proposed in the Hlebinsky Report nearly guarantees misinterpretation by both law enforcement and civilians because it is unclear what is meant by "shorter."

20. There are other examples of incorrect definitions as well. The Report defines "Assault Rifle" as "[a] single-person portable firearm, capable of semi-automatic and automatic fire through use of a selector switch, that is chambered in an intermediate cartridge and has a detachable magazine."[9] This definition has nothing in common with the definition currently found in the Federal Sentencing Guidelines[10] nor the two which existed in the Public Safety and Recreational Firearm Act of 1994, which ended in 2004.[11] Another example is her proposed definition of "Gas Port" as "[a] hole in the barrel that allows gas to escape from the barrel of a gun after it has been fired."[12] This definition is improper as it would also necessarily include the firearms muzzle.

---

[7] 26 U.S.C. § 5845(b).
[8] Hlebinsky Report at 7.
[9] Hlebinsky Report at 7.
[10] U.S. SENTENCING GUIDELINES MANUAL, § 2K2.1(a)(1) (U.S. Sentencing Comm'n 2024).
[11] Violent Crime Control and Law Enforcement Act of 1994, Pub. L. 103-322, §§ 110102, 110106 (1994).
[12] Hlebinsky Report at 8.

21. Most relevant to this dispute is the Hlebinsky Report's incorrect definition of a "Receiver/Frame," which the Report defines as: "the part of the firearm that holds together barrel, hammer, and trigger."[13] This is vastly different definition than what is provided by the federal government, which defines a receiver as "[t]hat part of a firearm which provides housing for the hammer, bolt or breechblock, and firing mechanism, and which is usually threaded at its forward portion to receive the barrel."[14] This definition also ignores the fact that in 2022, the ATF attempted to rewrite the definition of a receiver, which was enjoined in the 5th Circuit, and is awaiting SCOTUS decision which heard oral arguments on the issue in October of 2024.[15]

**B. Consumer Research**

22. The Hlebinsky Report falsely equates information that may be available to firearms purchasers to such purchasers being informed consumers. That may or may not be the case, as the information from which they are informed varies greatly.

23. In my experience, a large section of gun buyers are primarily interested in the firing of firearms, rather than collecting. Some gun buyers have the finances available and interest in buying more firearms, but they have no need for another gun which fills a hunting or personal protection purpose. Nor are they collectors of a specific brand or type of firearm. These buyers are interested in purchasing firearms which they consider to be useful for fun and entertaining range sessions. There are many firearms which due to their design, size, weight, ammunition capacity, caliber, or method of operation are useful primarily as "range toys". This slang term does not imply horseplay or any other unsafe use, rather it serves to indicate that the only purpose it generally serves is informal shooting at targets. In most instances, firearms fall into this category in the

[13] Hlebinsky Report at 8.
[14] 27 C.F.R. § 478.11.
[15] Amy Howe, *Justices to hear challenge to regulation of unserialized 'ghost guns',* SCOTUSBLOG, (Oct. 2, 2024) https://www.scotusblog.com/2024/10/justices-to-hear-challenge-to-regulation-of-unserialized-ghost-guns/.

buyer's mind based on their appearance. Although the intended use is up to the purchaser, these "range toy" firearms are generally poorly suited for hunting and self-protection due to size, weight, and caliber restrictions. Examples of such firearms might be Desert Eagle pistol in .50 caliber, which weighs 4.5 lbs. when unloaded, or any other handgun which is too large to conceal, and not legal for hunting. This could also apply to any firearm in .50 caliber. Other examples might be semi-automatic belt-fed firearms, surplus military rifles, and firearms which are perceived to be variants of famous firearms.

24. It is my understanding that the Hlebinsky Report is relying on the July 2023 National Shooting Sports Foundation ("NSSF") report regarding first-time firearm purchasers and the research they perform prior to purchasing a firearm.[16] In my opinion, the Hlebinsky Report's reliance on the NSSF report is misguided, as this report is limited to "first-time firearm buyers," and disregards the research (or lack thereof) undertaken by non-first time buyers.[17] Although first-time firearm purchasers do form a portion of the relevant firearm-purchasing consumers, the amount and type of research performed by a first-time firearm purchaser is likely to be very different from a repeat purchasers.

25. As for the "research" that buyers do before making a firearm purchase, Ms. Hlebinsky offers that buyers rely on internet forums and talk with fellow attendees at gun shows as sources.[18] But in my experience, just research does not mean such purchasers are informed consumers. Indeed, I founded my company because of the substantial knowledge gap and great amount of misinformation about firearms which prevails in the U.S. I have had great success with teaching various firearm-related courses and seminars for 14 years, which has proven to me that

[16] Hlebinsky Report at 11.
[17] *See* FN_R00001386.
[18] Hlebinsky Report at 12.

the U.S. is generally misinformed about firearms and that there is a constant stream of false information about firearms. For example, many people assume that Police Officers are firearm "experts." Likewise, most people would be sure that ATF employees must be "experts" in firearms. In fact, ATF Agents are only taught 60% of the lesson plans which I co-wrote in 1998 for the purpose of making them fully competent at firearm identification. Police Officers are taught even less than that, and private citizens get zero training in the accurate identification of firearms.

26. Likewise, the amount of online misinformation related to firearms is widespread, and in my experience stems from an array of varying motives. For example, individuals opining online about firearm laws are rarely legal experts, and often misinterpret the laws themselves. Likewise, a portion of misinformation related to firearms online is politically motivated, often over or underestimating firearm statistics in a more favorable manner, or relying on selective data sets to achieve their desired effect.

27. As it pertains to this dispute, there is also a substantial amount of misinformation, including exaggerated expertise related to firearms. This includes, for examples, opinions about the best calibers for hunting/self-defense, the most (and least) reliable firearms and firearm components, incorrect statements about firearm capabilities, and unsubstantiated claims on the best and worst firearm types and manufacturers. In my experience, firearm misinformation online is even more rampant than in other hobbies, particularly due to the sheer amount of sources of misinformation and the number of unqualified individuals sharing information. So, the NSSF's findings that a high percentage of first-time firearm purchasers conduct some research is unsurprising but not revealing, and if anything indicates that the information first time buyers are exposed to may be incorrect and even detrimental to their research quest.

28. It is also my opinion that the Hlebinsky Report's reliance on FN's marketing study misrepresents the results of that study. More specifically, the Hlebinsky Report incorrectly states that "[t]he NSSF's July 2023 study is consistent with that conducted by FN related to the SCAR specifically,"[19] It is unclear how the Hlebinsky Report reaches this conclusion. I have reviewed FN's SCAR Buyer Study[20] in detail, and there is nothing in this study distinguishing between first-time and repeat purchasers. In fact, the criterion for the study requires that each respondent "[p]ersonally owns at least one carbine rifle *or* be intending to purchase one in the next 9 months,"[21] (emphasis added) but no distinction is made throughout the study. Likewise, there is nothing in the NSSF's July 23 study relating to the SCAR specifically. To say that these studies are consistent with one another is improper.

29. Another issue with the Hlebinsky Report's reliance on the SCAR Buyer Study is that this study only compares SCAR purchasers against "other gun owners."[22] The category "other gun owners" is not defined in the SCAR Buyer Study, and cannot include SFAR purchasers. This study was published in January 2022, meaning the survey itself was taken in 2021. It is my understanding that Ruger did not release the SFAR until the fall of 2022[23], meaning it would have been impossible for any SFAR purchasers to even be accounted for by the SCAR Buyer Study. Reliance on the SCAR Buyer Study as an indicator of the differences between SCAR and SFAR purchaser's is improper for this reason alone.

30. An additional shortcoming of the Hlebinsky Report's reliance on the SCAR Buyer Study is that the "other gun owners" category of the SCAR Buyer Study does not distinguish

---

[19] Hlebinsky Report at 13.
[20] FN_R00001507.
[21] FN_R00001510.
[22] FN_R00001517.
[23] RUG00000222.

between rifle, handgun, or shotgun owners.[24] While the SCAR Buyer study does provide some insight into the types of consumers purchasing SCAR rifles, it does not provide sufficient information to compare purchasers of the SCAR against purchasers of the SFAR specifically, and was never intended to serve this purpose.

31. In addition to misinterpreting the results of the NSSF report and FN's SCAR Buyer Study, the Hlebinsky Report also makes unsupported conclusions about whether consumers would be confused researching the SFAR and SCAR rifles. More specifically, the Hlebinsky Report states that "even the most basic searches of either SFAR or the SCAR – including just searching SFAR rifle or SCAR rifle without the brand names – shows that people easily differentiate these very different firearms and do not confuse them or mix them up."[25] In support of this assertion, the Hlebinsky Report cites a string of Yahoo searches she conducted for the SFAR and SCAR rifles.[26] The Yahoo searches cited in the Hlebinsky Report do nothing more than provide evidence of the results of a particular typed search through the Yahoo search engine, searches Ms. Hlebinsky herself conducted, and which provide no evidence (or lack thereof) of public perception or confusion. Simply providing the results of her own online search is not sufficient to explain how the public perceives these results, nor is it sufficient to assert a lack of confusion, particularly when Ms. Hlebinsky has not shown an expertise in the field of public perception or confusion.

32. For at least these reasons, it is my opinion that the conclusions reached in the Hlebinsky Report regarding consumer research and lack of confusion are unreliable and improperly interpret or skew the NSSF study and FN's SCAR Buyer Study.

---

[24] FN_R00001517.
[25] Hlebinsky Report at 14.
[26] *Id* at n.19.

### C. Manufactures Often Produce Firearms That Mimic Successful Models

33. There are firearm designs which are considered "classics" because of the popularity they have achieved. Once popularity is reached, the demand for them persists. This demand creates a market for firearms which mimic the original design in general contours, size, general features, colors, and functionality. Examples of classic designs are the Thompson "Tommy Gun," the Colt model 1873 "western six-shooter," the Winchester lever action rifle "cowboy rifle," the model 1911 "Army .45" pistol, the AK47, and many others. I believe that the SCAR is one such classic, and others have similarly tried to copy the design of the SCAR.[27]

34. Not only do firearm manufacturers offer clones and variants of classic designs, but toy companies manufacture toy clones and variants of classic designs because there is a billion-dollar yearly market for these toys which are marketed and sold as nearly identical looking copies of popular firearms. These toys are unofficially referred to as "airsoft" toys, a name derived from one of the first companies to market them. In some cases, airsoft toys are famous for being so exacting in detail as to include match-head sized stampings of the "proof marks" which are stamped on real firearms by manufacturers and government agencies. This industry allows the perceived ownership of classic firearms without lethality, since these toys are harmless, but also without legality since they are not firearms. With this, I note that there are airsoft versions of the SCAR, but none for the SFAR.

### D. Historical Background of FN and Ruger

35. During my review of the Hlebinsky Report, I noted numerous inaccuracies surrounding the historical background of Ruger and FN. Likewise, the Hlebinsky Report makes

---

[27] FN_R00001120.

unsupported assertions about the public perception of Ruger and FN. I address these inaccuracies and unsupported assertions in turn below:

**1. Sturm, Ruger and Co., Inc.**

36. According to the Hlebinsky Report, "Ruger has no history with the U.S. military."[28] This is false. In fact, William B. Ruger, one of Ruger's co-founders, played a significant role in designing military firearms. One of William Ruger's first firearms that he designed was the experimental T10/T23E1 light machine gun, the likes of which were so profound by the U.S. Army that they hired William Ruger to design firearms for Springfield Armory.[29] After his resignation from Springfield Armory, Mr. Ruger worked on another machine gun design for Auto-Ordnance with the intention of designing a machine gun to replace Browning's offering at the time.[30] Thus, it appears Ruger has been closely intertwined with the U.S. Military since its inception.

37. Even in more recent times, Ruger has bid, and been awarded contracts with the U.S. Military. For example, according to a press release on Ruger's website, in 2004 Ruger was chosen for a contract to supply the U.S. Army 5,000 Ruger KP95D pistols for the U.S. Army Tank-automotive and Armaments Command.[31] Although the Ruger KP95D was not chosen for military use until 2004, Ruger had submitted the KP95D for military testing as far back as the early 1980s when the U.S. Military began accepting bids for testing and to supply a new service handgun. Ruger, like nearly every firearm manufacturer, jumped at the opportunity to provide a new service handgun to the U.S. Military.[32]

---

[28] Hlebinsky Report at 15.
[29] Chris Eger, *The Odd Story Behind Some of Ruger's Early Offerings,* GUNS.COM, https://www.guns.com/news/2018/07/17/the-odd-story-behind-some-of-rugers-early-offerings-video (last accessed January 16, 2025).
[30] Pierre Van Der Walt, *The Genius of Bill Ruger,* SA JAGTER HUNTER, September 1, 2021.
[31] *U.S. Army Awards Sturm, Ruger & Co., Inc. Contract for 5,000 Pistols,* RUGER.COM, https://ruger.com/news/2004-12-23.html (last accessed January 16, 2025).
[32] Francis Borek, *Gun Review Ruger P95 Semi-Auto Handgun in 9mm,* GUNS.COM, https://www.guns.com/news/review/gun-review-ruger-p95-handgun-in-9mm (last accessed January 16, 2025).

38. The Ruger KP95D is not the only firearm that Ruger designed with the intention of competing for military contracts. In fact, one of Ruger's most popular handguns, the Ruger American Pistol was initially designed from the ground up with the intention of entering it into the U.S. Army's Modular Handgun System competition.[33] Ruger never entered the American Pistol, allegedly because the cost of manufacturing a new facility to manufacture the requested 100,000 Ruger American Pistols was prohibitive.[34] According to Ruger product manager Mark Gurney, "A good way to make a little money from federal government sales is to invest a lot of money."[35] Nonetheless, Ruger designed the Ruger American Pistol with the full intention of supplying the pistol to the U.S. Military. Likewise, the U.S. Military has also previously purchased and retains a current inventory of Ruger Mini-14 Rifles, previously employed by Delta Force[36] and with occasional use by U.S. Marines guarding US Embassies overseas. [37]

39. I also disagree with the position taken in the Hlebinsky Report that most of Ruger's "products are best suited for hunting, target shooting, competition, and personal defense."[38] The Hlebinsky Report conveniently ignores Ruger's "long history of serving the Law Enforcement and Military communities with both handguns and Rifles," a point Ruger itself makes clear on its own website, as depicted below:

---

[33] Steve Balestrieri, *Ruger American Pistol: The Gun Built for the US. Army You Can Buy,* 19FORTYFIVE.COM, https://www.19fortyfive.com/2024/12/ruger-american-pistol-the-gun-built-for-the-u-s-army-you-can-buy/ (last accessed January 16, 2025).
[34] *Id.*
[35] Denis Prisbey, *Torture Test: 5,500 Rounds With the Ruger American Pistol*, ATHLONOUTDOORS.COM, https://athlonoutdoors.com/article/ruger-american-pistol-torture-test/ (last accessed January 16, 2025).
[36] Mike Ryan, *The Operators: Inside the World's Special Forces*, p. 187 (2008).
[37] *Id.*
[38] Hlebinsky Report at 15.



[39]

40. Ruger's long-standing law enforcement relationships can be traced back to at least as early as the early 1970's when Ruger sough to expand into the law enforcement market by introducing the Ruger Security-Six double action revolvers in an attempt to compete with Smith & Wesson and Colt.[40] In fact, the use of Ruger firearms by law enforcement personal is extensive: the Ruger Mini-14 was one of the primary firearms issued by the California Department of Corrections and Rehabilitation, the North Carolina Department of Correction,[41] and the Nevada

---

[39] Image captured from https://ruger.com/LE/ (last accessed January 16, 2025).
[40] Rick Hacker, *Classics: Ruger Security-Six Revolver,* SHOOTINGILLUSTRATED.COM, https://www.shootingillustrated.com/articles/2017/8/3/classics-ruger-security-six-revolver/ (last accessed January 16, 2025).
[41] *First Firearm Conference Held,* NC DEPARTMENT OF CORRECTION NEWS, (May 1998) https://www.doc.state.nc.us/NEWS/1998/985news/firearms.htm (last accessed January 16, 2025).

Department of Corrections.[42] Likewise, the Ruger Mini-14 were previously used by the New York City Police Department Emergency Service Unit before being replaced by the M4 carbine, and the New York City Police Department's Organized Crime Control Bureau also employed the Mini-14.[43]

41. The Ruger AR-556 is a firearm also used by the law enforcement community, often chosen by law enforcement personnel as their patrol weapon of choice and referred to as "surprising workhorse[s]"[44] as depicted below:




[42] *Summary of Changes, AR 412 – Armory Weapons and Control* (effective August 29, 2024), NEVADA DEPARTMENT OF CORRECTIONS ADMINISTRATIVE REGULATION, (last accessed January 16, 2025).
[43] Larry Celona, *Terror-Wary NYPD Testing New Assault Rifle*, NEW YORK POST, JULY 4, 2002.
[44] Uncle Freedom, *My Patrol Rifle for Work Ruger AR-556, a Surprising Workhorse,* YOUTUBE.COM, https://www.youtube.com/watch?v=Mvml_fRhjX0 (last accessed January 16, 2025).

42. The Hlebinsky Report also inaccurately states that Ruger does "not engage in fear-based advertising."[45] While the definition of "fear-based advertising" is open to interpretation, Ruger has previously published advertisements drawing on military connotations or intended to stoke connotations of dangerous or risky self-defense situations:



[46]

[45] Hlebinsky Report at 17.
[46] Image captured from https://laststandonzombieisland.com/tag/ruger-ar-5556/ (last accessed January 16, 2025).



47

43. While Ruger, like other manufacturers, may have recently shifted away from fear-based or military-focused advertising, it is undeniable that the company, along with many others, have previously utilized this type of marketing:

[47] Image captured from https://www.ruger.com/pdf/ads/HARD-R-Family.pdf (last accessed via wayback machine on January 16, 2025)



48



49

44. Although some of FN's advertising may have invoked military connotations, that appears to have been well prior to Ruger's launch of the SFAR and is not particular to FN. In my experience, nearly every firearm manufacturer in one way or another relies (or has relied) on military connotations for its advertising.[50] So, this practice throughout the industry does not

---

48 Image captured from https://www.ruger.com (last accessed via wayback machine on January 16, 2025).
49 Image captured from http://www.ruger.com/products/lcp/index.html (last accessed via wayback machine on January 16, 2025).
50 Jon Schuppe, *Gun-makers have always invoked the military to lure customers. Could it be their undoing?*, NBC NEWS, https://www.nbcnews.com/news/us-news/gun-makers-have-always-invoked-military-lure-customers-could-it-n989081 (last accessed January 16, 2025).

support the Hlebinsky Report conclusion that FN markets with military connotations and Ruger and others do not.

### 2. Fabrique Nationale Herstal and FN America

45. According to the Hlebinsky Report, FN has built a reputation among gun enthusiasts that is "meaningfully and materially different from Ruger's reputation."[51] Further, according to the Hlebinsky Report, "FN is known for making high-end, niche products based on the company's emphasis and focus on government contracts in the United States and abroad."[52] These assertions are made without any support and are highly subjective. For example, a "high-end" or "niche" firearm is more likely something like a Holland & Holland Royal Super .30 Double Rifle because of its cost ($40,000+) and because it is a double barrel rifle:



[53]

46. Yet, for others, a "high-end, niche" firearm example may include something like an engraved, golden Desert Eagle Pistol in .50 caliber:

---

[51] Hlebinsky Report at 19.
[52] *Id.*
[53] Image captured from https://www.gunbroker.com/item/1075977099 (last accessed January 16, 2025).



[54]

47. In my experience, these high-end, niche firearms, such as the Holland & Holland double rifle or the Golden Desert Eagle are sold in limited quantities and are generally only available online, through boutique stores, at specialty retailers, or through their own branded stores. This is because high-end firearm manufacturers seek to maintain an exclusive image, and are intended only to target a limited market of buyers who intentionally seek out this type of product and are willing pay a premium for these firearms. Likewise, because these high-end, niche firearms are produced in limited quantities, potential purchasers often must wait until a firearm that meets the specifications they are searching for becomes available. That is to say that a purchaser cannot usually just walk into a typical big box outdoor/sporting goods store to purchase true high-end, niche firearms.

[54] Image captured from https://shopkahrfirearmsgroup.com/magnum-research/pistols/desert-eagle/ (last accessed January 16, 2025).

48. The Hlebinsky Report does not elaborate on why the SCAR would be considered "high-end" or "niche," and provides no real support for her attempt to try and differentiate Ruger from FN, and the SCAR from the SFAR.

49. To the contrary, both the SCAR and SFAR are mass-produced and widely available through the same distribution channels and sold at many of the same gun shops and big box sporting goods stores. Therefore, there seems to be no support for Ms. Hlebinsky's conclusion that the SCAR is a "high-end" or "niche" rifle.

50. Unlike high-end firearms sold through more exclusive means, firearms sold through big box stores often share a display rack with a variety of other MSRs, usually from an array of manufactures and at multiple price points. These stores often do not have the space or the staff necessary to separate each and every manufacture from one another, and generally the firearms on display at big box stores are sorted more broadly by function rather than cost or manufacture. For example, stores like Bass Pro Shops or Cabela's will generally separate firearms on display first by their functionality (i.e. MSRs, hunting rifles, shotguns, muzzleloaders), then attempt to group firearms together by manufacture within their larger categorization to the extent possible. As a result, one can expect to see a variety of MSRs, including the SCAR and SFAR directly adjacent to one another on display at a big box store.

51. Firearms sold online through big box stores are organized and displayed online in a similar manner. Typically, a user will navigate to the firearm section of the website (often from a dropdown menu), and from there will be prompted to further narrow their search by firearm type. For example, to view MSRs sold on Cabelas.com, a prospective purchaser must first choose the "firearm" menu option, then choose specifically the "centerfire rifles" menu option:



55

52. From there, a user would then select the "semi-automatic" filter option which eliminates bolt action and lever action rifles. After applying the "semi-automatic" filter, a prospective purchaser is then shown a display of a MSRs from a variety of manufactures, the order in which the firearms being displayed being typically defaulted to "relevance:"

[55] Image captured from https://www.cabelas.com/shop/en# (last accessed January 16, 2025).



[56]

As shown above, big box stores like Cabela's do not allow a user to easily sort firearms into subcategories narrower than "semi-automatic firearm," and they generally display all semi-automatic firearms under the same tab, including the SFAR (shown above) and the SCAR, shown below:

[56] Image captured from https://www.cabelas.com/l/centerfire-rifles#f-action=Semi-Automatic (last accessed January 16, 2025).



[57]

53. In my experience, this is typical for most online big box stores that sell MSRs. As an additional example, Scheels, another well-known sporting goods store, operates in a similar manner. From the homepage of Scheels.com, a prospective purchaser is prompted to choose from the following rifle options:

[57] *Id.*



[58]

54. Upon choosing the "semi-automatic rifles" option, prospective purchasers are shown the following display of available MSRs:



[59]

55. The Hlebinsky Report's efforts to differentiate between how and where the SCAR and SFAR are sold is unavailing, particularly given the manner in which big-box stores display MSRs – both in person and online.

---

[58] Image captured from https://www.scheels.com/ (last accessed January 16, 2025).
[59] Image captured from https://www.scheels.com/c/semi-automatic-rifles/ (last accessed January 16, 2025).

56. There are other issues with the Hlebinsky Report's summary of FN as well. For example, the assertions that FN only began manufacturing in the U.S. to fulfill government contracts,[60] ignores the obvious fact that North America has the largest market share of firearms sales and ownership in the world.[61] Of course, FN America (like Ruger) does compete for government contracts within the United States (among many other countries), but these government contracts are only a small portion of FN's total sales.[62]

57. I also find the Hlebinsky Report's reference to FN's "Military Collectors Series"[63] to be of little relevance. While it is undeniable that FN did produce a "Military Collectors Series" of certain firearms, it is irrelevant to his matter for at least two reasons: 1) A majority of the SCAR models were never included in this collection; and 2) this collection was highly limited, with only 200 of each included firearm being produced as a collector's set. This type of collector's item is highly limited, and a vast majority of the purchasing public will have no exposure to these items. This has nothing to do with the routine FN sales through distributors to gun shops and retailers.

58. The assertion that FN's reputation among gun enthusiasts is meaningfully and materially different from Ruger's is equally unfounded. Both firearm manufactures are well-respected firearm manufactures known for producing a variety of American-made quality handguns and long guns for a variety of purposes. There is nothing to support the assertions that FN and Ruger's reputations among gun enthusiasts are materially different.

59. Likewise, the Hlebinsky Report greatly mischaracterizes the class of purchasers of FN firearms. Although FN does generally categorize firearms on its website as Concealed Carry, Home Defense, Tactical, and Collector, its customers and their uses of FN products vary greatly.

---

[60] Hlebinsky Report at 19.
[61] Trends in International Arms Transfers, 2023 (Report), SIPRI (March 2024).
[62] FN_R00000636.
[63] Hlebinsky Report at 19.

In addition to its military, law enforcement, and self-defense uses, the SCAR is also a respectable long-range competition rifle, capable of hitting targets out to over 1,000 yards as evidenced below:



[64]

[64] Image captured from https://www.youtube.com/watch?v=m39VC2HkRWk (last accessed January 16, 2025)



65



66

---

[65] Image captured from https://www.youtube.com/watch?v=0OhIlJ3bKik (last accessed January 16, 2025).
[66] Image captured from https://www.youtube.com/watch?v=D3XkvPHJ4zc (last accessed January 16, 2025).

60. But not all range use of the SCAR is limited to extreme long-distance shooting. Many individuals use the SCAR for regular range use as well, shooting either at paper targets or metallic silhouettes, as shown below:



67



68

[67] Image captured from https://www.youtube.com/watch?v=KQJ65gsKt-o (last accessed January 16, 2025).
[68] Image captured from https://www.youtube.com/watch?v=pQYP_ytaJ5Q (last accessed January 16, 2025).



[69]

61. FN actually encourages consumers to use its products for competitive shooting. For example, photographs of consumers using their products during competitions are posted directly to the FN America Instagram Page, as depicted below:



[70]

[69] Image captured from https://www.youtube.com/watch?v=jOvJUdJlkNk (last accessed January 16, 2025).
[70] Image captured from https://www.instagram.com/p/DEDlF02tndA/?img_index=1 (last accessed January 16, 2025).

62. Additionally, FN sells competition versions of its most popular firearms, including the SCAR, the FN 15, and the FNS-9 handgun:



**FNS™-9 Longslide**

**CALIBER:** 9mm
**OPERATION:** Double-action
**MAG CAPACITY:** 10 or 17 Rd.
**WEIGHT:** 26.5 oz.
**BARREL LENGTH:** 5.0″
**SIGHTS:** Fixed 3-dot
**WIDTH:** 1.35″ (top) – 1.55″ (bottom)
**HEIGHT:** 5.5″
**OVERALL LENGTH:** 8.25″
**TRIGGER PULL:** 5.5 – 7.7 lb.
**TWIST RATE:** 1:10 RH
**MSRP:** $649.00

Engineered from 400,000 rounds of testing, the FNS™-9 Longslide offers unmatched reliability, speed, and accuracy. Which is why Dave Sevigny, winner of over 200 major championships, competes with FN. He says, "Relentless practice paired with perfect engineering is what gives me my advantage."

READ MORE >

[71]



**FN 15® Competition**

**CALIBER:** 5.56x45mm
**OPERATION:** Direct impingement
**MAG CAPACITY:** 10 or 30 Rd.
**WEIGHT:** 8.1 lb.
**BARREL LENGTH:** 18″
**OVERALL LENGTH:** 35.7″ – 39″
**TRIGGER PULL:** 3.25 – 4.5 lb.
**TWIST RATE:** 1:8 RH
**MSRP:** $2,249.00

If you share a love of shooting sports, FN is ready to share our know-how through the FN 15® Competition. The near custom-built rifle, tested on the firing lines of the 3-Gun Nation Finals, features an 18-inch alloy-steel, cold hammer-forged, and chrome-lined match grade barrel for a very stable and flat-shooting rifle

READ MORE >

---



**FN SCAR® 17S**

**CALIBER:** 7.62x51mm
**OPERATION:** Short-stroke gas piston
**MAG CAPACITY:** 10 or 20 Rd.
**WEIGHT:** 8.0 lb.
**BARREL LENGTH:** 16.25″
**SIGHTS:** Folding adjustable iron
**OVERALL LENGTH:** 28.5″ – 38.5″
**TWIST RATE:** 1:12 RH
**TRIGGER PULL:** 4.75 – 7.75 lb.
**MSRP:** $3,499

There are two proving grounds for firearms – the first is the battlefield. The second is the competitive field. The SCAR has learned much from both and is a perfect combination of all that knowledge and all that experience.

READ MORE >

[72]

---

[71] Image captured from https://fnamerica.com/competition/ (last accessed January 16, 2025).
[72] *Id.*

63. In addition to its prominent use as a target rifle, the SCAR is a popular hunting rifle in states where use of semi-automatic rifles are permitted. Hunters often appreciate the ability for rapid follow-up shots provided by the SCAR, as well as the variety of available calibers for use in a variety of varmints and large game at both close and long distances.



[73]

[73] Image captured from https://www.youtube.com/watch?v=P2UGa5D1aw0 (last accessed January 16, 2025).



74



75

[74] Image captured from https://www.youtube.com/watch?v=NQrew2Y7AeM (last accessed January 16, 2025).
[75] Image captured from https://www.youtube.com/watch?v=xrHMRFjfK2I (last accessed January 16, 2025).



[76]

64. The SFAR is also commonly used for nearly identical purposes, further supporting that there is significant overlap between prospective SFAR and SCAR purchases.

65. For example, there are numerous examples online of the SFAR being used as a hunting rifle:

[76] Image captured from https://www.reddit.com/r/FNSCAR/comments/118el5k/scar_nation_rate_my_east_texas_feral_big_night/ (last accessed January 16, 2025).



77



78

---

[77] Image captured from https://www.youtube.com/watch?v=llRawOr1WbE (last accessed January 16, 2025).
[78] Image captured from https://www.youtube.com/watch?v=fzoDJ1dTZ50 (last accessed January 16, 2025)



[79]

66. Similarly, the SFAR has gained traction as a range rifle, with people using the SFAR to target shoot at a variety of distances and target types:



[80]

[79] Image captured from https://www.youtube.com/watch?v=pdiY-VrelIM (last accessed January 16, 2025).
[80] Image captured from https://www.youtube.com/results?search_query=sfar+accuracy (last accessed January 16, 2025).

67. Taking into account both how the SCAR and SFAR are sold, as well as the similar manner in which the average consumer uses the two rifles, I disagree with the assertion in the Hlebinsky Report that FN advertises to a separate group of consumers than Ruger, and that there is no overlap between purchases of the SCAR and SFAR.

**E. Similarities between the SCAR and the SFAR**

68. I have reviewed the portion of the Hlebinsky Report relating to the alleged differences between the SCAR and the SFAR rifles and note numerous inaccuracies related to both the history and development of the SCAR, as well as to the form and function of the SCAR and SFAR rifles. I address these inaccuracies below in the order they are presented in the Hlebinsky Report.

**1. Design and Development of the SCAR.**

69. A substantial portion of the Hlebinsky Report is dedicated to explaining the military background of the SCAR.[81] While I agree that the SCAR was originally designed to meet certain military specifications, it is erroneous for the Hlebinsky Report to rely on the historical background of the SCAR as an indicator of the present consumer perception of the SCAR. Again, the SCAR has been sold commercially for many years and is marketed to and utilized by a diverse range of users for various purposes, including hunting, self-defense, law enforcement, and competitive shooting.

70. Further, as a firearm historian, it should be no surprise to Ms. Hlebinsky that many firearms, such as the SCAR, the M16, the Ruger American Pistol, and even Glock firearms were initially designed for military use but later found success in the civilian market as well.

[81] Hlebinsky Report at 30-35.

### 2. SCAR's Appearance.

71. The Hlebinsky Report dedicates an entire section to "SCAR's Distinct Appearance," but only discusses the shape of the SCAR's stock, and the Flat Dark Earth ("FDE") color of the SCAR.[82] In my opinion, the Hlebinsky Report's analysis of the SCAR's distinct appearance is improper because the Report fails to acknowledge that commercial variants of the SCAR are available with multiple different stock configurations, including a configuration with no stock, and because the SCAR is sold and marketed in numerous other colors besides FDE.

72. With respect to the color of the SCAR, the Hlebinsky Report overstates the predominance of the FDE color in relation to FN's Advertising of the SCAR. As the Hlebinsky Report correctly points out, the SCAR is advertised and sold in multiple colors and patterns.[83] For example, the SCAR 17S NRCH, one of FN's most popular SCAR models, is currently available for sale in four different color variations: 1) woodland camo; 2) desert camo; 3) black; and 4) FDE, as shown below:

**FN SCAR® 17s NRCH Product Sell sheet**

*Product follows USA specifications

| PRODUCT | DESIGNATION | UPC |
|---|---|---|
| 38-101701-01 | SCAR 17S, 7.62, CAMO, WOODLAND, 20RD | 845737017903 |
| 38-101701-02 | SCAR 17S, 7.62, CAMO, DESERT, 20RD | 845737017910 |
| 98561-2 | FN SCAR 17S NRCH 7.62x51mm Blk 16-in 20-Rnd | 845737013653 |
| 98661-2 | FN SCAR 17S NRCH 7.62x51mm Blk 16-in 10-Rnd | 845737013660 |
| 98541-2 | FN SCAR 17S NRCH 7.62x51mm FDE 16-in 20-Rnd | 845737013578 |
| 98641-2 | FN SCAR 17S NRCH 7.62x51mm FDE 16-in 10-Rnd | 845737013646 |

[84]

73. In support for its assertion that the "SCAR is still prominently marketed by FN in the FDE (brown) color to this day,"[85] the Hlebinsky Report includes a single FN Instagram post

---

[82] Hlebinsky Report at 36-48.
[83] *Id.* at 38.
[84] Image captured from https://fnamerica.com/products/rifles/fn-scar-17s-nrch/ (last accessed January 16, 2025).
[85] Hlebinsky Report at 36.

referencing the FDE color, and a single screenshot of the FN Website (which shows the SCAR is available in black, woodland camo, desert camo, and FDE).[86] I disagree that the SCAR is predominantly marketed by FN in FDE, and a review of FN's website supports my position.

74. First, the "Rifle" Section of FN America's Website[87] includes a banner at the top with three SCAR rifles – two black, and one FDE, as shown below:




75. Similarly, the dropdown tab for the "Rifles" section of the FN Website also includes a separate picture of three SCAR rifles – one black, one woodland camo, and one FDE:

[86] *Id.* at 37-38.
[87] Image captured from https://fnamerica.com/rifles/ (last accessed January 16, 2025).



88

76. Further investigation into the FN Website also reveals that FDE is not the predominant color used in advertising the SCAR. For example, after clicking on any of the specific SCAR rifle models for additional information, a user is shown an equal amount of product photos displaying the SCAR in both black and FDE colors:



89

[88] *Id.*
[89] Image captured from https://fnamerica.com/products/rifles/fn-scar-16s-nrch/ (last accessed January 16, 2025).

77. The display of black SCARs is even more predominant on FN Herstal's website, where a majority of the product information photographs display the SCAR in black:



[90]



[91]



[92]

78. FN's social media also regularly displays the SCAR in black. For example, FN America's Instagram account (@FN_America) currently has three "pinned" posts on its account page. It is my understanding that these pinned posts remain at the top of the account's social media page, regardless of how many posts are made. This is how account owners ensure that these posts

---

[90] Image captured from https://fnherstal.com/en/defence/portable-weapons/fn-scar-h-mk2/ (last accessed January 16, 2025).
[91] Image captured from https://fnherstal.com/en/defence/portable-weapons/fn-scar-h-pr/ (last accessed January 16, 2025).
[92] Image captured from https://fnherstal.com/en/defence/portable-weapons/fn-scar-l-mk2/ (last accessed January 16, 2025).

are shown first when someone visits their account page. All three of the pinned posts on FN's Instagram page reference the SCAR:



[93]

79. The first post (far left) is an introduction post for the SCAR 15P in .300 BLK, and includes a photograph of two SCAR 15Ps – one in black and one in FDE. The second pinned post (center) is the post referenced in the Hlebinsky Report describing the history of the SCAR. This posts includes a photograph of three SCARs – one in black and two in FDE. Lastly, the third pinned post (far right) is a photograph announcing the release of new accessories for the SCAR.

[93] Image captured from https://www.instagram.com/fn_america/ (last accessed January 16, 2025).

This post includes a photograph of the new accessories for the SCAR, including a new stock and two new barrel assemblies – all in black.

80. Additional FN Instagram posts also regularly include photographs of the SCAR in black:



[94]

81. FN's other social media similarly advertises the SCAR in both black and FDE. For example, the header on FN's YouTube channel (@FNAmericaLLC) includes a black and FDE SCAR Rifle directly next to one another:

[94] Image captured from https://www.instagram.com/p/DCH4JM6vYRa/ (last accessed January 16, 2025).




[95]

82. It is my understanding that FN also hires influencers to advertise certain FN products, including the SCAR. One such influencer, Colin Noir (@colinnoir) regularly posts photographs of himself firing a black SCAR:




[96]

83. These examples are just a small sample size of existing advertising of the SCAR in black, and clearly demonstrate that the Hlebinsky Report's claim that the SCAR is predominantly advertised in FDE is inaccurate.

---

[95] Image captured from https://www.youtube.com/c/fnamericallc (last accessed January 16, 2025).
[96] Image captured from https://www.instagram.com/p/DDBEtPXR6MQ/?hl=en&img_index=1 (last accessed January 16, 2025).

84. Regarding the design of the SCAR's butt stock, it is my opinion that the Hlebinsky Report overemphasizes the prevalence of the "UGG" boot shaped stock of the SCAR. In fact, the Hlebinsky Report completely ignores the fact that the SCAR family of rifles is available with two distinctive stock shapes, as well as a model that does not include a stock at all:




[97]




[98]

[97] Image captured from https://fnamerica.com/products/fn-scar-series/fn-scar-20s-nrch/ (last accessed January 16, 2025).
[98] Image captured from https://fnamerica.com/products/rifles/fn-scar-16s-nrch/ (last accessed January 16, 2025).




99

85. In addition to the SCAR being configured for sale with three distinctive stock options, FN also sells a collapsible rear stock which is compatible with any of the SCAR Models:




100

86. FN displays these various stock options throughout its marketing materials and social media. For example, the "Rifle" Section of FN America's Website includes a banner at the

[99] Image captured from https://fnamerica.com/products/pistols/fn-scar-15p/ (last accessed January 16, 2025).
[100] Image captured from https://fnestore.com/fn-scar-sc-rear-stock (last accessed January 16, 2025).

top with three SCAR rifles. Two of these rifles are configured with the "UGG Boot" shaped stock, while the other stock displayed is the precision adjustable stock offered by FN:



101

87. Similarly, the dropdown tab for the "Rifles" section of the FN America website also includes a separate picture of three SCAR rifles. Here, the top SCAR rifle is configured with the precision adjustable stock, while the other two are configured with the "UGG Boot" stock:



102

[101] Image captured from https://fnamerica.com/rifles/ (last accessed January 16, 2025).
[102] *Id.*

88. The product information page for the SCAR also reflects the various butt stock configurations available for the SCAR, displaying six models with the "Ugg Boot" stock, four models with the precision adjustable stock, and one model with no butt stock:




103

89. FN's social media also regularly displays the SCAR with various stock configurations. For example, the FN's most recent Instagram post related to the SCAR depicts the SCAR 15P, shown in the configuration without a stock:




104

---

[103] Image captured from https://fnamerica.com/rifles/fn-scar-series/ (last accessed January 16, 2025).
[104] Image captured from https://www.instagram.com/p/DD7V6QMNh8j/?img_index=1 (last accessed January 16, 2025).

90. FN's next most recent post related to the SCAR depicts the rifle configured with the precision adjustable stock:



105

91. FN's third most recent post related to the SCAR again depicts a configuration of the SCAR with the precision adjustable stock:



106

---

105 Image captured from https://www.instagram.com/p/DD0Dif_pB2G/?img_index=1 (last accessed January 16, 2025).

106 Image captured from https://www.instagram.com/p/DDkn50hzc1J/ (last accessed January 16, 2025).

92. FN's fourth most recent post related to the SCAR again depicts the SCAR 15P with no stock:



[107]

93. While certain configurations of the SCAR butt stock may resemble an UGG Boot, the Hlebinsky Report ignores the other butt stock configurations and FN's advertising of these available alternatives.

94. I also disagree with the conclusion the Hlebinsky Report reaches that the "striking and memorable juxtaposition between a rifle and Ugg boot has made a mark on SCAR purchasers/owners and broadly in gun culture for at least a decade." The Hlebinsky Report cites no authority for this assertion, and instead appears to rely on her own personal assumption which she bases on a narrow and selective sample of FN and third party social media and reddit posts. The compilation of these posts do not accurately portray how the SCAR is advertised a majority of the time.

[107] Image captured from https://www.instagram.com/p/DDZ0qG2yz18/ (last accessed January 16, 2025).

### D. Purchasers of the FN's SCAR.

95. To try to draw a distinction between the SCAR and SFAR, the Hlebinsky Report erroneously claims that "Purchasers of FN's SCAR are not typical of normal purchasers of Modern Sporting Rifles."[108] In support of this assertion, the Hlebinsky Report cites certain statistical information from FN's 2022 SCAR Buyer Study.[109] While the SCAR Buyer Study suggests certain SCAR purchasers are educated males, and that certain SCAR purchasers may have a higher average income, these factors do not mean that the SCAR and SFAR do not compete in the same market or that they could be confused by consumers.

96. First, I believe even well-educated individuals are susceptible to cognitive overload, particularly when presented with too much information at once. This is even more likely when the individual is presented with numerous similar options, such as at a crowded gun store. Having spent a vast amount of time in and around gun stores, I have personal knowledge that both the SCAR and SFAR are sold at the same locations, and that it is not uncommon for a gun store to have a wall comprising multiple shelves filled with black assault rifles from numerous brands. Often, these rifles will be lined up as shown below, making it nearly impossible to discern the rifles on their own:

[108] Hlebinsky Report at 48.
[109] FN_R00001507.


[110]


[111]

97. In this type of common display, the only way to discern between particular rifles is to examine the rifle's hang tag (if one is even provided), or to ask to see a particular firearm for closer inspection. And even when a hang tag is provided, the name of the manufacturer is not always prominent. In my experience, more often than not, this type of gun store will have an

---

[110] Image captured from https://www.independent.co.uk/news/world/americas/mchenry-chicago-second-amendment-sports-ar15-gun-raffle-prize-raise-funds-oneorlando-victims-a7111386.html (last accessed January 16, 2025).
[111] Image captured from https://esquire.com/news-politics/a19040017/bass-pro-shops-guns/ (last accessed January 16, 2025).

employee behind a counter to hand over a firearm for inspection, upon receiving a verbal request from a prospective purchaser. I believe this is a common point of consumer confusion regardless of the type of prospective purchaser involved. In this example, confusion is much more likely when two firearms share a nearly identical name, such as the SFAR and SCAR, particularly when the firearms share numerous nearly identical visual features.

98. There are other reasons that reliance on factors such as income, education, and gender are unreliable indicators of an absence of confusion. For example, education and background do not necessarily correlate with expertise and familiarity with firearms. Confusion between products typically arises from branding and other product similarities, not education. Even highly-educated consumers may struggle to differentiate between two similar products, particularly when the products themselves share similar characteristics and the products share a nearly identical name. This, of course, is compounded by the fact that firearms from various manufacturers are often displayed next to each other as described above. For at least these reasons, it is my opinion that the SCAR Buyer Study is an unreliable indicator regarding lack of consumer confusion.

**1. The Alleged "New" Collector Market.**

99. I generally disagree with the portions of the Hlebinsky Report related to the alleged "New" collector market.[112] The practice of collecting weapons, and particularly those with military significance has a long and storied history that can be traced back for centuries. Those that collect firearms typically appreciate that they are more than just a tool. Rather, their interest in collecting firearms are based on the cultural, technological, and historical significance of firearm.

[112] Hlebinsky Report at 49.

100. Those that collect firearms for their historical value often do so because certain firearms have deep historical ties. These firearms, such as the M1 Garand, the Colt 1911, or M-16 were the firearms that propelled nations through great wars. Collectors may seek to preserve these firearms as artifacts of the war and to connect with and honor the past.

101. Other firearm collectors choose to collect firearms to preserve and honor their personal or cultural heritage. These collectors may choose to collect firearms in which they have personal ties to, such as firearms they themselves carried in war, or firearms their ancestors used in war or to hunt with. This type of collector keeps certain firearms to honor their ancestry.

102. A third type of collector is the type of collector who appreciates the craftmanship, mechanical innovation, and/or artistic detail of some firearms. This type of collector may build a collection of firearms based on their unique engravings, finishes, or materials. People also collect firearms for a myriad of other reasons, including but not limited to their investment potential, education and preservation, and preparation for war/natural disaster.

103. The Hlebinsky Report's assertions that (i) SCAR purchasers are just collectors; (ii) they are limited to a younger, more knowledgeable audience; and (iii) that this group of individuals collect SCAR rifles because they are similar to military versions of the SCAR vastly understates the type of purchaser and their basis for purchasing the SCAR, and disregards all of the other reasons an individual may collect firearms.

**2. Design and Development of the SFAR.**

104. The Hlebinsky Report's assertion that the "Ruger SFAR is a semi-automatic rifle that was made for the non-military commercial market"[113] conveniently disregards the fact that Ruger offers law enforcement pricing for the SFAR rifle with the intention that this rifle be used

[113] Hlebinsky Report at 50.

by law enforcement personal for off-duty use as well as departmental issue use. Specifically, Ruger's Individual Officer Purchaser (IOP) program is designed to allow **all** credentialed law enforcement professional and military personal to purchase the SFAR (and all standard Ruger rifles) at a discounted cost for personal and departmental use:

INDIVIDUAL OFFICER PURCHASE (IOP)

**WHO DOES THIS INCLUDE?**

Credentialed Law Enforcement professional and Military personnel are eligible to participate in Ruger's Law Enforcement Program. The following individuals qualify to purchase from one of our Law Enforcement Distributors with their credentials:

- Active or retired Law Enforcement officers including Federal, State County and Local officers.
- Active, retired, active-reserve and disabled members of the Military or active members of the National Guard who possess a valid Military ID.
- Credentialed corrections officers, parole and probation officers.
- Federal flight deck officers.
- State licensed security company or licensed security officers.
- Judges, District Attorneys, Assistant District Attorneys, Deputy District Attorneys.
- First responders, including firefighters and rescue personnel.

**HOW CAN I PARTICIPATE?**

Individuals will need to contact a Ruger® Law Enforcement Distributor for pricing and availability. A copy of the individual's credentials may be retained by the Ruger® Law Enforcement Distributor with a firearm purchase.

**WHAT PRODUCTS DOES THIS COVER?**

All standard models are available for purchase through the IOP program. Excludes Distributor Exclusives. [114]

**F. Similarities between the SFAR and SCAR.**

105. An overarching conclusion of the Hlebinsky Report is that despite the SCAR and SFAR rifles both being a part of the MSR family, they are sufficiently distinctive such that there is no likelihood of consumer confusion.[115] This conclusion is based on numerous incorrect assumptions and assertions, starting with the statement that the SCAR "is a part of a small niche subcategory of exotic semi-automatic rifles."[116]

106. While most would agree that the SCAR is neither an AR-10 or AR-15, the same can be said of the SFAR. Rather, both the SCAR and SFAR are classified as MSRs a term

[114] Image captured from https://ruger.com/LE/index.html (last accessed January 16, 2025).
[115] Hlebinsky Report at 52-53.
[116] *Id.* at 54.

introduced by the NSSF to replace the term "assault weapon."[117] According to the NSSF, MSRs are "used by hunters, competitors, millions of Americans seeking home-defense guns and many others who simply enjoy going to the range."[118]

107. I do not believe that further attempts to segment these firearms beyond their MSR classification is appropriate because that is how the market and retailers are selling these guns. I also conclude that there are numerous similarities between the SCAR rifle and the SFAR rifle. These similarities include both visual and functional aspects:

**1. Action Type**

108. Both the SCAR and SFAR rifles are magazine-fed, semi-automatic rifles.[119] This type of firearm is designed to automatically chamber a new round after each shot, requiring the trigger to be pulled for each successive shot. In the case of the SCAR and SFAR, these rifles feature a fixed magazine, which holds multiple rounds of ammunition, enabling quick reloading and extended firing without manual cycling of the action.

109. Traditional semi-automatic rifles, such as the SCAR and SFAR utilize the energy from each shot to cycle the firearm, meaning this energy is used to expel the spent cartridge and load each successive cartridge into the chamber. More specifically, semi-automatic rifles capture a portion of the expanding gasses produced from the firing process, and divert a portion of this gas through a small port in the barrel backwards to force the bolt carrier group back, thereby expelling the spent cartridge. The bolt carrier group contacts an internal spring within the receiver of the firearm, forcing the bolt carrier group forwards at which point it picks up the topmost cartridge in

---

[117] *Modern Sporting Rifles: The Facts,* NATIONAL SHOOTING SPORTS FOUNDATION, https://www.nssf.org/msr/ (last accessed January 16, 2025).

[118] *Id.*

[119] FN also sells Automatic Versions of the SCAR, but civilians are generally legally barred from purchasing these variations.

the magazine and forces it into the chamber, while simultaneously resetting the trigger and firing mechanism for the next round.

110. The Hlebinsky Report attempts to draw a distinction between the operating systems of the SCAR and SFAR because the SCAR utilizes a gas piston system, while the SFAR utilizes a direct gas impingement system.[120] For all intents and purposes, these systems are nearly identical, and the ATF does not distinguish between the two systems. They are both referred to as "gas operated" systems, and the only real difference is where the gas makes contact inside the gun, causing cycling of the bolt. Both systems rely on the gas of a first round to expel the spent case and load the successive cartridge into the chamber. The only difference between a gas piston system and a direct gas impingement system is that the gas piston system includes an additional piston mechanism located between the re-routed gas and the bolt carrier group to prevent the re-routed gas from reaching all the way to the chamber, thereby causing a cleaner operation. In all other aspects, these two gas operation systems for the SCAR and SFAR are identical. Further, the manufacturers of a number of other AR-type firearms offer their rifles with the piston system instead of the direct impingement system. (Adams Arms, Wing Tactical, Ranier Arms, Syrac Ordnance, Superlative Arms, Brownell's, Lewis Machine & Tool). Either system can be utilized easily.

**2. Overall Similar Impressions**

111. Considering all the individual visual aspects mentioned above as a whole, I believe that the SCAR and SFAR are extremely similar in appearance and highly susceptible to being mistaken for one another by prospective purchasers:

[120] Hlebinsky Report at 55.

 [121]  [122]

112. Considering all the individual visual aspects mentioned above as a whole, I believe that the SCAR and SFAR are extremely similar in appearance and highly susceptible to being mistaken for one another by prospective purchasers. This is especially true when viewing the firearms as the average prospective purchaser would see them – grouped together with similar firearms lining a display shelf or on a webpage with numerous brands and models displayed adjacently.

**3. Magazine Well Location & Ejection Port**

113. Both the SCAR and SFAR rifles are non-bullpup assault rifle styles, meaning that the magazines are located in front of the trigger mechanism. This also means that the ejection ports on the receivers of the SCAR and SFAR are located in the same location. Visually, the shape and location of the magazine, the shape of the magazine well, and the location of the ejection port on the SCAR and SFAR are nearly identical:

[121] Image captured from https://ruger.com/products/sfar/specSheets/5610.html (last accessed January 16, 2025).
[122] Image captured from https://fnamerica.com/products/rifles/fn-scar-20s-nrch/ (last accessed January 16, 2025).



[123]



[124]

#### 4. Magazine Release

114. Both the SFAR and SCAR are magazine-fed rifles. This means there must be a method for releasing empty magazine from the rifle. Most modern sporting rifles, including the SFAR and SCAR include a magazine release which when activated, allows the empty magazine to be removed from the firearm. The magazine release of the SFAR and SCAR are both push button releases, located just above and towards the front of the trigger guard:



[125]



[126]

[123] Image captured from https://ruger.com/products/sfar/specSheets/5610.html (last accessed January 16, 2025).
[124] Image captured from https://fnamerica.com/products/rifles/fn-scar-17s-nrch/ (last accessed January 16. 2025).
[125] Image captured from https://ruger.com/products/sfar/specSheets/5610.html (last accessed January 16, 2025).
[126] Image captured from https://fnamerica.com/products/rifles/fn-scar-17s-nrch/ (last accessed January 16. 2025).

5. **Safety Mechanism**

115. Another nearly identical functional and visual element of both the SFAR and the SCAR rifle is the location, size, and shape of the safety mechanism. Although the safety mechanism may vary across different modern sporting rifles, both the SCAR and the SFAR utilize a rotating, thumb-actuated lever located just above and behind the trigger assembly on the side of the receiver. Use of this type of mechanism allows an operator to easily alternate between safety and fire mode during use by rotating the lever with the same hand used to operate the trigger mechanism, without requiring the operator to adjust their grip from their standard firing position:


[127]


[128]

116. Similarly, the safety mechanism for the SFAR and SCAR is visible from both sides of the rifles, allowing an operator to assess whether the rifle is in safe or fire mode from either side of the rifle:

[127] Image captured from https://ruger.com/products/sfar/specSheets/5610.html (last accessed January 16, 2025).
[128] Image captured from https://fnamerica.com/products/rifles/fn-scar-17s-nrch/ (last accessed January 16. 2025).

 [129]

 [130]

#### 6. Bolt Catch

117. Magazine fed modern sporting rifles, such as the SCAR and SFAR typically also incorporate a bolt catch and release mechanism. After the last cartridge is fired from the magazine, the bolt catch will stop the bolt carrier group from fully reciprocating forward so that a new magazine may be inserted. Once the new magazine is inserted, the bolt release is pressed, allowing the bolt carrier group to spring forward, grabbing a new cartridge and inserting it into the chamber. On the SCAR and SFAR, the bolt catch is located on the left side of the rifles, just above the front of the trigger mechanism. In both rifles, the bolt catch is identical is size, location, shape, and functionality:

[129] Image captured from https://ruger.com/products/sfar/specSheets/5610.html (last accessed January 16, 2025).
[130] Image captured from https://fnamerica.com/products/rifles/fn-scar-17s-nrch/ (last accessed January 16. 2025).



131



132

**7. Muzzle Brake**

118. Like many modern sporting rifles, the SCAR and SFAR are sold with muzzle brakes attached to the end of the barrels. Traditional muzzle brakes, such as those on the SCAR and SFAR are intended to redirect a portion of the gases leaving the barrel to counter backwards recoil and unwanted muzzle rise during rapid fire. Although there are hundreds of variations of muzzle brakes, the SFAR is sold with a nearly identical muzzle brake to the SCAR:

[131] Image captured from https://ruger.com/products/sfar/specSheets/5610.html (last accessed January 16, 2025).
[132] Image captured from https://fnamerica.com/products/rifles/fn-scar-17s-nrch/ (last accessed January 16. 2025).



133



134

**8. Pistol Grip**

119. Another nearly identical feature of the SCAR and SFAR rifles is the shape of the angled pistol grip. As depicted below, the SFAR utilizes a nearly identical pistol grip to the SCAR:



135



136

**9. Functional Similarities**

120. In addition to the numerous visual similarities, the SCAR and SFAR also share multiple functional similarities. For example, both rifles are advertised as including two-stage triggers:

---

133 Image captured from https://ruger.com/products/sfar/specSheets/5610.html (last accessed January 16, 2025).
134 Image captured from https://fnamerica.com/products/rifles/fn-scar-17s-nrch/ (last accessed January 16. 2025).
135 Image captured from https://ruger.com/products/sfar/specSheets/5610.html (last accessed January 16, 2025).
136 Image captured from https://fnamerica.com/products/rifles/fn-scar-17s-nrch/ (last accessed January 16. 2025).



**ACCURATE**

Fully free-floating, cold hammer-forged, chrome-lined barrel and one-piece machined aluminum upper receiver deliver sub-minute accuracy. A 2-stage Geissele trigger in SCAR 20S brings 1000-M shots in range.

- Chrome-lined barrel
- Monolithic aluminum upper receiver
- 2-stage Geissele trigger (SCAR 20S)

[137]

- Equipped with a Ruger Elite 452® trigger that delivers a smooth, crisp 4.5-pound 2-stage trigger pull. A full-strength hammer spring and lightweight hammer ensure fast lock times and consistent primer ignition. [138]

121. Similarly, the SCAR and SFAR are available in many overlapping calibers, including .308 Win / 7.62 NATO, 6.5 Creedmoor, and .300 BLK. These calibers are larger than the traditional AR-15 .223 / 5.56 NATO calibers, and generally there are fewer firearms available for sale in these larger calibers than in the traditional .223 / 5.56 NATO configurations.

122. Another important shared characteristic is that both the SCAR and SFAR include Adjustable Gas Systems. This type of system allows an operator to adjust how much gas is harnessed into the operating system of the rifle. Adjustable gas systems, such as the ones in the SCAR and SFAR rifles permit the operator to cycle between different predetermined gas settings, thereby allowing the operator to use tune the rifle for various ammunition and the use of a suppressor:

---

[137] Image captured from https://fnamerica.com/scar/ (last accessed January 16, 2025).
[138] Image captured from https://ruger.com/products/sfar/specSheets/5615.html (last accessed January 16, 2025).



[139]

- The rifle-length gas system features a 0.750" 4-position rotary-regulator gas block to achieve ideal function across the wide range of ammunition available in the marketplace today. The included, on-board 3/16" ball-end wrench makes for easy regulator adjustment. [140]

123. There are other similarities between the SCAR and SFAR as well. For example, both the SCAR and SFAR are available for purchase with 16" and 20" barrels. Likewise, both rifles include telescoping butt stocks to allow for customization for the shooter. Lastly, both the SFAR and SCAR are sold with Picatinny rails, which allow an operator to mount a variety of accessories to the handrails of the rifles.

**D. Firearm Naming Conventions**

124. It is my understanding that an *acronym* is a naming convention which takes the first letter of each word, and combines them to create a new word. In comparison, an *initialism* is when the first letter of each word is spoken separately. The Hlebinsky Report takes the position that initialisms are employed by the civilian market, and that acronyms are typically employed by the military market.[141] Similarly, the Hlebinsky Report's position is that: 1) FN uses initialism for non-military firearms, 2) FN uses acronyms for military firearms, and 3) Ruger uses predominantly initialisms when naming their firearms.[142] I disagree with these assertions, particularly with the assertion that Ruger intentionally uses predominantly initialisms. In my experience, if an acronym

---

[139] Image captured from https://fnamerica.com/scar/ (last accessed January 16, 2025).
[140] Image captured from https://ruger.com/products/sfar/specSheets/5615.html (last accessed January 16, 2025).
[141] Hlebinsky Report at 64.
[142] *Id.*

is available for a firearm naming convention, regardless of whether for military or civilian use, this acronym will eventually be adopted. It has also been my observation that a large percentage of the gun-buying public enjoys emulating military terms and acronyms. I do not believe that Ruger is intentionally choosing to use initialisms for its naming convention for firearms to signify civilian use. Rather, the more plausible explanation is simply that a majority of the Ruger firearm model names comprising more than one word have not contained a word where the first letter of the word is a vowel, and as a result no words can be formed into an acronym using the first letters of the Ruger firearm names. For example, none of the Ruger firearm names cited in the Hlebinsky report, including the Ruger LCR (Lightweight Compact Revolver), LCP (Lightweight Compact Pistol), EC9S, LC Carbine (Lightweight Compact Carbine), or PC Carbine (Pistol Caliber Carbine) [143]contain a first letter vowel for any of the words contained within their full names. As such, it is not possible to form an acronym and users are forced to use an initialism when describing the firearm.

125. I further understand that counsel for FN hired a private investigator to explore how the firearm store employees were pronouncing SFAR. The results of this investigation support my assertion that if an acronym is available, people will gravitate towards its use. From what I understand, approximately half of the gun store employees who were recorded pronounced the "SFAR" as "S-FAR."

126. Likewise, it is my understanding that FN has collected numerous examples of videos online evidencing the inconsistency in which the general public pronounces SFAR. By way of example, despite Ruger asserting that the general public recognizes and pronounces SFAR as

[143] Hlebinsky Report at 64.

"S-F-A-R," there is substantial evidence that a many recognize and pronounce the SFAR Mark as "S-FAR."[144]

127. There is also evidence on the internet that video game players have also confused the SFAR with the SCAR, by saying "Here's what you'll need to turn the successor of the SCAR-H into a fast-firing beast." It then refers to the SFAR-M GL. It continues by saying that "This gun, which is the big brother to the SCAR-H …"[145] The question is then, "Who are video gamers?" Obviously, they are many among us, and it logically follows that a cross-section of them which participate in military or gun-using games are gun buying adults. The above information proves that they believe that the SFAR is the "big brother" of the SCAR, meaning that they have come to believe that these two firearms are far from being only different guns with coincidentally similar names.

128. I further understand that Ruger does not publish any guidance on the pronunciation of SFAR, either internally or externally. Nor does Ruger employ the use of dashes or periods to indicate that SFAR is intended to be pronounced as an initialism, rather than an acronym. Left unchecked, I believe that the public will eventually settle on the "SFAR" pronunciation, rather than the "S-F-A-R" or "S-FAR."

## IV. Conclusion

129. In conclusion, the Hlebinsky Report inaccurately describes the market for the SCAR and the SFAR to try to differentiate these products. Based on my experience, knowledge of the industry and review of the marketing of these two rifles, I conclude that they are both promoted

[144] FN_R00001374, FN_R00001379, FN_R00001380, FN_R00001375, FN_R00001377, FN_R00001378, FN_R00001376, FN_R00001382, FN_R00001381.
[145] Jess Bone, *Best SFAR-M Battlefield 2042 loadout,* THELOADOUT.COM, Nov. 21, 2021, https://www.theloadout.com/battlefield-2042/sfar-m-loadout (last accessed January 16, 2025).

and sold in the commercial MSR market to the same class of consumers, that they are both visually and functionally similar and that they have almost the identical name. As such, I believe that consumers could confuse these products or their manufacturers and that the Hlebinsky Report is incorrect when it tries to suggest otherwise.

Dated: January 17, 2025

/Daniel O'Kelly/

Daniel G. O'Kelly

# EXHIBIT A

## Documents Considered

### Documents Filed with the Court

- Complaint, dated March 12, 2024, with Exhibits
- Answer to Complaint, dated April 5, 2024

### Plaintiff Documents

- FN_R00000636
- FN_R00001120
- FN_R00001374
- FN_R00001375
- FN_R00001376
- FN_R00001377
- FN_R00001378
- FN_R00001379
- FN_R00001380
- FN_R00001381
- FN_R00001382
- FN_R00001386
- FN_R00001507

### Defendant Documents

- RUG00000222

### Other Documents

- Various documents, websites, books, statutes, laws, and reports cited throughout the report.

# EXHIBIT B

**RESUME OF**
**DANIEL G. O'KELLY**
**DIRECTOR**

INTERNATIONAL FIREARM SPECIALIST ACADEMY, INC.

GUNLEARN.com

FIREARM EXPERT/CONSULTANT

---

**PO Box 350760** **(813) 422-4674**
**Grand Island, Florida 32735**
**E-mail: Info@GunLearn.com**
**Website: www.GunLearn.com**

**EDUCATION:**

College: -Valparaiso University, Valparaiso, Indiana
Attended from fall 1974 through Spring of 1975.
-Indiana University
Transferred to Indiana University in fall 1975 and graduated January, 1981 (Bachelor's degree).

**EXPERIENCE:**

I have over 40 years of full-time experience as a Police Officer, ATF Agent/Firearm Specialist, Criminal Investigator, Range Instructor, teacher of firearm technology, ammunition and firearm manufacturer, and collector. I have examined well over 100,000 firearms and even more pieces of ammunition. I've been involved in numerous investigations concerning them, and I have testified continually in criminal & civil cases in State, Superior, Circuit, District and Federal Courts since 1978. I have been recognized as an expert witness in Federal and State courts since 1990 and have given numerous depositions in criminal and civil cases. I have testified and/or consulted as an expert on the topics of use of force, self-defense with a firearm, ballistics, gunshot residue, interstate nexus, federal and state firearm regulations, trade dress, ATF rulings, ATF compliance and procedures, shooting reconstruction, firearm classification, firearm design, and wrongful death. I was retained as the Defense expert in the Alec Baldwin case. Also, my testimony in four trials on the topic of federal firearm definitions from 2014 to 2019 resulted in the Bureau of ATF undertaking a 2-5 year rewrite of the definition of a firearm "frame or receiver", as the one which they have applied for 48 years does not match 60% of the firearms on the market. That change was ratified 8/24/22, and then ATF was enjoined from enforcing it two days later by a Federal Judge.

I have worked undercover in three illicit international arms dealing cases and am one of only two ATF Agents who have performed an undercover investigation of illicit international firearm trafficking in Europe. I was the undercover Agent in the investigation of international arms

dealer Efraim Diveroli; a case which resulted after the activity portrayed in the 2016 movie "War Dogs". Since 1996 I have been a full-time instructor of most facets of the field of firearms, including ballistics, forensics, ATF compliance and regulations, markings, manufacture, classification, and specialize in establishing the interstate nexus of firearms and ammunition in federal court. I have taught these topics countless times from coast to coast, and several times each, in Europe and Africa, and am a Technical Advisor to the Association of Firearm and Tool Mark Examiners, as well as an Advisory Board Member of the Sonoran Desert Institute. I co-wrote the lesson plans for the ATF National Academy, and the firearm technology and compliance training program for Cabela's, Inc., which is the largest firearm retailer in the world. I also served for two years as one of Cabela's corporate ATF Compliance Managers. My training is also approved as continuing education by the American Board of Medico-legal Death Investigators and the International Association for Identification, and I have also been a contracted instructor for several federal law enforcement agencies. I also am a firearm designer and hold a patent, as registered with the U.S Patent Office.

**WORK EXPERIENCE:**

11/11 to Present: **DIRECTOR & CONSULTANT**
International Firearm Specialist Academy
Denton, Texas

Self-employed consultant with a staff of fellow consultants, specializing in firearm and forensics-related services for law enforcement, the legal profession, the firearm industry, and the insurance industry.

Clients include civil Attorneys, prosecuting and defense Attorneys, law enforcement agencies and individual law enforcement personnel, licensed firearm dealers, manufacturers, importers and collectors.

Services offered include firearm and ammunition identification, training seminars on firearm technology, subject-matter expert court testimony, shooting scene reconstruction, shooting accident investigations & reconstructions, gun safety & design-related consultations, ATF compliance consultation and examinations/audits, armorer schools, range instruction, tool mark examinations, crime scene examinations & reconstruction, general criminalistics related examinations, gunshot residues issues, distance determination examinations, forensic pathology casework consultations, etc. I have provided training, testing and certification to over one thousand people as Certified Firearm Specialists.

11/11 to 12/13: **CORPORATE SENIOR MANAGER**
**FIREARM COMPLIANCE TEAM**
Cabela's, Inc.
Sidney, Nebraska

Responsible for the auditing and inspection of the firearm departments of the company's 50 stores. This was in order to ensure and maintain ATF compliance, for one of the world's largest

firearm retailers. I also co-wrote and delivered their training program to hundreds of employees on firearm ID, ATF compliance, Ammunition, the Gun Control Act and the National Firearms Act.

03-01 to 11/11: **ATF SENIOR SPECIAL AGENT**
Tampa, Florida

Duties included investigations of violations of the federal gun laws and explosives laws, bombings, arsons and undercover investigations of organized crime. Further, it included firearm interstate nexus determinations and the teaching of same, firearm technology determinations, court testimony, and the training of ATF Agents and Investigators and other law enforcement personnel on all aspects of firearms. I was the commonly preferred Agent of the U.S Attorney's Office, for testimony on firearm matters.

05/02 to 05/03: **FIREARM INSTRUCTOR COORDINATOR (as ATF Agent)**
Tampa Field Division, Florida

During my tenure as an ATF Agent in Tampa, I served for 2 years in this capacity also. Duties included the firearm training of ATF personnel for the northern 2/3 of the State of Florida. This supervisory responsibility included:

- Firearm identification
- Ammunition casing, bullet and cartridge identification
- Firearm Interstate Nexus determinations for U.S. District Court
- NFA firearm examinations/determinations
- Oversight of 15 Range Instructors
- Maintenance of the firearm training budget, maintenance of over 200 firearms in inventory and maintenance of over 50,000 rounds of ammunition
- Assisting U.S. Attorneys and other Agents in firearm and ballistics related determinations
- Teaching seminars statewide, to thousands of police, legal, medical, and other personnel, on firearm and ammunition- related topics.
- Made determinations as to whether an item is a non-gun vs. a firearm, according to Title 18 and Title 26, U.S. Code
- Performed function checks on firearms as to their ability to fire
- Acted as the Armorer/repairman for all duty-issued firearms
- Purchased supplies- ammunition, equipment, etc... as needed for the Field Division.
- Testifying in court (local, state, and Federal) concerning my examinations. (several hundred times at last count).

01-96 to 03/01 **ATF SENIOR SPECIAL AGENT/ PROGRAM MANAGER**
ATF National Academy
Glynco, Georgia

I was the Chief Firearm Technology Instructor at the ATF National Academy, where I wrote and co-wrote the entire firearm technology course of study that is still taught to new Agents and compliance Investigators. I also instructed courses for U.S. Customs on firearm importation. I also was custodian of the firearm reference vault which contained over 800 firearms, including numerous NFA firearms. It was my duty to maintain, repair and have a teaching-level familiarity with the operation of all of them.

I also became certified by ATF as an Interviewing (Train-The Trainer) Instructor, and administered several Interviewing Schools around the U.S., as sponsored by the ATF National Academy. I also served as the Program Manager of ATF's Undercover School during 1998-99. I delivered and co-instructed numerous 2-week undercover courses to State, Local and Federal law enforcement officers, including ATF.

03-00 to 5-00 **Temporary Duty as Supervisory ATF Resident Agent-in-Charge**
Wilmington, Delaware

Tasked with correcting the multitude of problems in a rogue office which was being considered for closure due to the many failures of its Agents. Success was achieved in only six weeks as the Agent in Charge of the State of Delaware, resulting in my being awarded for Special Service by the Baltimore Field Division.

09-88 to 01-96 **ATF SPECIAL AGENT**
Merrillville, Indiana

Duties included investigations of violations of the federal gun law, explosives laws, bombings, arsons and organized crime. Heavy emphasis was given to undercover investigations of armed narcotics dealers and organized crime. Further, duties included firearm interstate nexus determinations, firearm technology determinations, court testimony, and the training of ATF Agents, Investigators and other law enforcement personnel on all aspects of firearms. I was the commonly preferred Agent of the U.S Attorney's Office for testimony on technical firearm matters.

03-77 to 09-88 **POLICE OFFICER**
**Porter County, Indiana**

Duties included public safety and service, investigations and arrests for violations of municipal ordinances, State and Federal law. Also included was routine traffic patrol, and answering calls and taking reports of crimes. I served also as department firearm range instructor, providing range oversight, and classroom instruction. I also served for two years in a full-time undercover capacity attached to the Porter County Drug Unit. My duties there were to make purchases of narcotics, firearms and other contraband and investigate the perpetrators. I served the last two years as a Detective Corporal, doing follow-up investigation of everything from misdemeanors to violent felonies.

**Specialized Training:**

- Attended Binary Trigger Armorer Course at Franklin Armory, Minden, NV – 10/24
- Tour of Franklin Armory manufacturing plant in Minden, NV – 10/24
- Tour of Bushmaster manufacturing plant in Minden, NV – 10/24
- Tour of the Institute of Military History (Knight's Armament) Titusville, FL – 7/24
- Completed Foreign Weapons Armorer's School at Phoenix Defence, Henderson, NV – 10/22
- Attend the Vickers Machinegun Armorer School at Phoenix Defence, Henderson, NV – 6/22
- Attend the CMP M1 Advanced Maintenance Class, Anniston, AL – 7/20
- Tour of Franklin Armory manufacturing plant in Minden, NV – 9/18
- Recognizing an 80% Receiver in Casework (AFTE 2018 - Kingery) – 6/18
- Tour of LRB firearm manufacturing facility Floral Park, NY - 1/18
- Tour of the Museo Del Ejercito (Army Museum) in Toledo, Spain – 9/17
- Tour of the Imperial War Museum London, England – 9/17
- Tour of War and Peace Museum Oban, Scotland – 9/17
- Staged Homicide Crime Scenes seminar (Forensic Pieces) - 5/17
- Shooting Incident Reconstruction Course (40 hours, by Tritech Forensics) - 5/17
- Tour of Military Musem Menege (Finnish Government Military) museum in Suomenlinna, Finland - 9/16
- Tour of Freedom Ordnance mfg. facility – Chandler, IN 2016
- Tour of Armemuseum (Swedish Government Military) museum, Stockholm, Sweden – 9/16
- Barrel Making Techniques (AFTE 2016 – Offringa) -6/16
- The Silencer in Court for the Expert Witness (ATF FTB – Kingery) - 4/15
- The Machineguns and Machinegun Conversions (ATF FTB – Kingery) - 4/15
- Tour and research at HS Precision Rifles mfg. facility in Rapid City, SD, and Dakota Arms mfg. facility in Sturgis, SD – 2013
- Tour and research at Connecticut Shotgun in New Britain, CT., and Charter Arms, Sheldon, CT. – 2013
- Tour and research at STI Firearms mfg. facility, Austin, TX.- 2013
- Tour and research at North American Arms, Provo, UT. - 2013
- International Exchange of Military Technology, Titusville, FL - 2012
- Tour and research at Patriot Ordnance Factory, Phoenix, AZ. – 2012
- Tour and research at Arms Tech Ltd. in Phoenix, AZ. - 2012
- Tour and research at Windham Weaponry in Windham, ME.- 2012
- Armorer training, Kimber Firearms, West Palm Beach, FL. – 2011
- Tour and research at the Bundesamt fur Wehrtechnick und Beschaffung (BWB) (Federal Office of Defense Technology and Procurement) in Koblenz, Germany. – 2010
- Armorer training, DS Arms (FAL), Springfield Armory (XD), and Smith & Wesson (M&P), San Antonio, TX. - 2010
- Tour and research at Kel-Tec CNC Industries, Cocoa Beach, FL. – 2009
- Tour and research at Diamondback Arms, Titusville, FL. - 2009
- Tour and research at the German Police (BKA) firearm technology reference collection, Wiesbaden, Germany - 2005
- Tour and research at Vektor Firearms factory, and the New Generation Ammunition Factory, Pretoria, South Africa. – 2004

- Remington Armorer School (870, 1187 and 700), Cape Girardeau, Missouri. – 2003
- Tour and research at MFS ammunition factory, Sirok, Hungary. – 2003
- International Association of Law Enforcement Firearm Instructors (IALEFI) annual training conference, Orlando, Florida. – 2003
- Tour and research at Sellier & Bellot ammunition factory, Vlasim, Czech Republic. – 2003
- Tour and research at the U.S. Military Academy firearm museum at West Point, NY. – 2003
- Firearm Instructor Recertification/Enhancement Workshop, ATF Special Operations Division, Orlando, Florida. – 2002
- Colt Armorer school (AR-15/M-16/M-4 series), (Model O pistols), Fairfax, Virginia. – 2002
- Beretta Armorer school (model 92/96), San Diego, California. – 2002
- Fabrique Nationale Herstal (FNH) Armorer school (P90) San Diego, California. – 2002
- Tour and research at Pretoria Metal Pressings (PMP) ammunition factory, Pretoria, South Africa. - 2002
-Tour and research at Vektor firearm mfg., Pretoria, South Africa.- 2002
- IALEFI Training Conference, San Diego – 2002
- Tour and research at Fegarmy firearm factory (2nd tour), Budapest, Hungary. -2001
- Tour and research at the Hungarian Police Laboratory firearm reference collection, Budapest, Hungary -2001
- Tour and research at Ceska Zbrojovka (CZ) firearm factory (my 2nd tour) and the Czech government Proof House, Uhersky-Brod, Czech Republic. – 2001
- Tour and research at Glock firearm factory (my 2nd tour), Deutsch-Wagram, Austria. -2001
- Tour and research at the Vienna proof house in Deutsch- Wagram, Austria. – 2001
- Tour and research at Carl Walther firearm factory (my 2nd tour), Ulm, Germany. - 2001
- Tour and research at the government proof house, Ulm, Germany – 2001
- Tour and research at Heckler & Koch firearms (my 2nd tour), Oberndorf, Germany. -2001
- Tour and research at Sig-Sauer firearms (my 2nd tour), Eckernforde, Germany. – 2001
- Tour and research at the Kiel proof house, Eckernforde, Germany – 2001
- Tour and research at the Fabrique Nationale (FN) firearm Factory, Liege, Belgium. -2001
- Tour and research at the government proof house, Liege, Belgium -2001
- Tour and research at the Austrian Police Headquarters Waffen Referat (Weapons Reference Collection), Vienna, Austria. – 2001
- Tour and research at the Heeresgeschichtlen (Military History) Museum, Vienna, Austria. – 2001
- ATF Youth Crime-Gun Interdiction Initiative Instructor school, Washington, D.C. – 2000
- Tour and research (my 2nd tour) at the Heeresgeschichtlichen (Military History) Museum, Vienna, Austria. – 1999
- ATF Advanced Firearm Interstate Nexus course on ammunition manufacturing. Included tours and research at Hornady in Grand Island, Nebraska, 3D in Doniphan, Nebraska, Lake City Army Ammunition Depot in Independence, Missouri, Starline Brass and Sierra Bullets in Sedalia, Missouri, and the Winchester-Olin ammunition plant in East Alton, Illinois - 1999
- ATF Advanced Firearm Interstate Nexus course on firearm manufacturing. Included tours and research at Sturm-Ruger (my 2nd tour) and Pine Tree Castings in New Hampshire, Smith & Wesson and Springfield Armory in Massachusetts, and Colt and Mossberg in Connecticut. – 1998
- Sturm-Ruger Armorer course (Mini-14, Police Carbine, P89, P95) Newport, NH – 1997
- Tour and research at Sturm-Ruger firearm factory, Newport, New Hampshire. - 1997

- Tour and research at Pine Tree (firearm) Castings facility, Newport, New Hampshire. – 1997
- Tour and research at Ceska Zbrojovka (CZ) firearm factory in Uhersky-Brod, Czech Republic. - 1997
- Tour and research at Steyr firearm mfg. plant, Steyr, Austria.- 1997
- Tour and research at the Fegarmy' firearm mfg. plant, Budapest, Hungary. – 1997
- Tour and research at Glock pistol mfg. plant, Deutsch- Wagram, Austria. 1997
- Heckler & Koch Armorer, Sterling, Virginia. – 1996
- Sig-Sauer Armorer course (P225, P226, P228) Fort McClellan, Alabama. – 1996
- Reid Interviewing Seminar – 1996
- ATF Interviewing Instructor and Neuro-Linguistic Programming School – 1996
- SIMUNITIONS Scenario-Based (Train the Trainer) Seminar – 1996
- Tour and research at Sig-Sauer mfg plant, Eckernforde, Germany, - 1995
- Tour and research at Carl Walther firearm mfg. plant, Ulm, Germany, where I consulted on development of the model P99 pistol. – 1995
- ATF Advanced Arson and Explosives Investigation School – 1995
- Violent Crime/Homicide Investigation School (USDOJ) – 1994
- Tour and research at the Ministry of Defense, Pattern Room, Nottingham, England. – 1994
- Tour and research at Holland & Holland, Ltd., firearms London, England. – 1994
- Bureau of ATF Academy Instructor Certification – 1994
- Glock Armorer Course, Springfield, Illinois. – 1993
- Advanced Interviewing and Interrogation (Portage PD)- 1992
- Sig-Sauer Armorer Course, Greenwood, Indiana. - 1990
- FLETC Distinguished Weapons Expert Certification – 1990
- ATF Basic Firearm Interstate Nexus course, Washington D.C., (included examination of over 4,500 firearms) - 1990
- Firearm Instructor certification course at the Federal Law Enforcement Training Center, Marana, AZ. – 1990
- New Agent Training at the Federal Law Enforcement Training Center, Glynco, Georgia. – 1988
-Criminal Investigator School, at the Federal Law Enforcement Training Center, Glynco, Georgia. – 1988
- Smith & Wesson Revolver Armorer Course, Kent State University -1987
- Smith & Wesson's Scope -Sighted Rifle School - 1987
- Indiana L.E. Training Board, Instructor Certification – 1987
- Aerko International Chemical Weapons Specialist School, Camp Atterbury, Indiana. – 1987
- NRA Police Firearms Instructor Certification - 1985
- FBI Hostage Negotiator School – 1984
- Firearm Instructor Training Course at the Indiana Law Enforcement Academy, Plainfield, IN. – 1982
- Monadnock PR-24 Police Baton (Portage PD) – 1981
- Police Officer Street Survival (L/SPSTC) – 1981
- Chemical Tests for Intoxication Certification (ILEA) - 1979
- Police Officer Certification, Indiana Law Enforcement Academy, Plainfield, Indiana. – 1979
- NRA Police Expert (Range Qualification) - 1978

**PROFESSIONAL AFFILIATIONS**

NSSF (The National Shooting Sports Foundation)
ARIN (ATF's Ammunition Research and Identification Network)
IAA (The International Ammunition Association)
NDIA (The National Defense Industrial Association)
IALEFI (The International Association of Law Enforcement Firearm Instructors)
NRA (The National Rifle Association)
ABMDI (Association of Medico-legal Death Investigators)
PEAF (Property an Evidence Association of Florida)
FDIAI (Florida Division- International Association of Identification)
IAI (International Association for Identification – National Chapter)
ILEETA (International Law Enforcement Educators and Trainers Association)
AFTE (Association of Firearm and Tool Mark Examiners)

**PRESENTATIONS**

1. Certified Firearm Specialist Course (3-day seminar) – Pensacola, FL 11/23
2. Certified Firearm Specialist Course (3-day seminar) – West Palm Beach, FL 2/23
3. Certified Firearm Specialist Course (3-day seminar) – Albuquerque, NM 9/22
4. Certified Firearm Specialist Course (3-day seminar) – Honolulu, HI 6/22
5. Certified Firearm Specialist Course (3-day seminar) – Pensacola, FL 2/22
6. Certified Firearm Specialist Course (3-day seminar) – Seattle, WA 9/21
7. Certified Firearm Specialist Course (3-day seminar) – El Cajon, CA 9/21
8. Certified Firearm Specialist Course FBI (3-day seminar) – Little Rock, AR 5/21
9. Certified Firearm Specialist Course (3-day seminar) – Seattle, WA 9/20
10. Certified Firearm Specialist Course FBI (3-day seminar) – Kansas City, MO 8/19
11. Certified Firearm Specialist Course FBI (3-day seminar) – Las Vegas, NV 8/19
12. Certified Firearm Specialist Course (3-day seminar) – St. Louis, MO 8/19
13. Certified Firearm Specialist Course FBI (3-day seminar) – Charlotte, NC 7/19
14. Certified Firearm Specialist Course (3-day seminar) – Oceanside, CA 7/19
15. Certified Firearm Specialist Course FBI (3-day seminar) – San Antonio, TX 7/19
16. Certified Firearm Specialist Course FBI (3-day seminar) – New Haven, CT 6/19
17. How to Identify "Other" Firearms – AFTE 50th Annual Conf. Nashville, TN 5/19
18. Machineguns and Clandestine Conversions – Nashville Police Department/AFTE 5/19
19. Certified Firearm Specialist Course Seattle, WA – 5/19
20. Certified Firearm Specialist Course Orlando, FL – 5/19
21. Certified Firearm Specialist Course Skokie, IL – 4/19
22. Certified Firearm Specialist Course FBI (3-day seminar) – Chicago, IL 7/18
23. Advanced NFA Firearm Training – Houston, TX 6/18
24. "Other Firearms" (AFTE 2018) - Charleston, WV 6/18
25. Firearm Technology and Specialist Training (3-day seminar) – Boston, MA 5/18
26. Firearm Technology and Specialist Training (3-day seminar) – Brighton, CO 4/18
27. Firearm Technology and Specialist Training (3-day seminar) – Santa Cruz, CA 3/18
28. Firearm Technology and Specialist Training (3-day seminar) – Floral Park, NY 1/18
29. Firearm Technology and Specialist Training (3-day seminar) – Oceanside, CA 11/17
30. Firearm Technology and Specialist Training (3-day seminar) – Pensacola, FL 11/17

31. Firearm Technology and Specialist Training (3-day seminar) – St. Louis, MO 8/17
32. Firearm Technology and Specialist Training (3-day seminar) – Kissimmee, FL 6/17
33. Firearm Technology and Specialist Training (3-day seminar) – Seattle, WA – 4/17
34. Firearm Technology and Specialist Training (3-day seminar) – Chicago, IL – 4/17
35. Firearm Technology and Specialist Training (3-day seminar) – Escondido, CA – 10/16
36. Firearm Technology and Specialist Training (3-day seminar) – Ft. Myers, FL – 10/16
37. Home-made Firearms, Silencers, Disguised Firearms, and Court Testimony – SWAFS - Galveston, TX - 9/16
38. Firearm Classification and Markings – IAI/Cincinnati, OH – 8/16
**39.** Certified Firearm Specialist Course (3-day seminar) – FDLE Jacksonville, FL - 7/16
**40.** Firearm Technology and Specialist Training (3-day seminar) – New Jersey St. Police – 7/16
**41.** Firearm Technology and Specialist Training (3-day seminar) – Pensacola, FL PD - 7/16
**42.** Firearm Technology and Specialist Training (3-day seminar) – CSI Academy Alachua, FL – 7/16
43. Firearm Classification and Markings – AFTE/New Orleans, LA – 6/16
**44.** Discerning real guns from fakes with video/photo evidence – AFTE/New Orleans, LA – 5/16
**45.** Firearm Technology and Specialist Training (3-day seminar) – Santa Fe, NM – 5/16
**46.** Firearm Technology and Specialist Training (3-day seminar) – St. Louis, MO – 4/16
**47.** Firearm Technology and Specialist Training (3-day seminar)– Seattle, WA – 4/16
**48.** Firearm Technology and Specialist Training (3-day seminar) – Miami, FL – 1/16
**49.** Firearm Technology and Specialist Training (3-day seminar) – Biddeford, Maine – 1/16
**50.** Firearm Technology and Specialist Training (2-day seminar) – Jacksonville, FL – 9/15
**51.** Firearm Technology and Specialist Training (2-day seminar) – Windham, Maine – 8/15
**52.** ATF Firearm Licensee Compliance; Jeffersonville, IN – 8/15
**53.** Firearm Technology and Specialist Training (2-day seminar) –Pensacola, FL PD – 7/15
**54.** Firearm Technology and Specialist Training (2-day seminar) - Kissimmee, FL – 7/15
**55.** Firearm Technology and Specialist Training (2-day seminar) – Seattle, WA - 5/15
**56.** Firearm and Ammunition Classification – PNWIAI Conference – Portland, OR 5/15
**57.** Firearm Technology and Specialist Training (2-day seminar) – Miami, FL – 3/15
**58.** Firearm Technology and Testimony (2-day seminar) – Orange Beach, AL - 11/14
**59.** Firearm Technology and Testimony (2-day seminar) – Albuquerque, NM – 10/14
**60.** Basic Firearm Technology and Testimony – Ft. Myers, FL – 7/14
**61.** Advanced Firearm Technology – Institute of Military Technology – Titusville, FL. 10/12
**62.** Firearm Recognition/Handling/Testimony – Orange Co. Sher. Ofc. – Orlando, 7/5/12
**63.** Firearm Recognition/Handling/Testimony – Florida Dept. of Law Enf. - Orlando, 6/4/12
**64.** Firearm ID – How to Read a Gun – Florida Assn. of Lic. Inv. – Tampa, FL 6/11/11
**65.** Firearm Hist. and Development – A Primer/ Becoming an Expert – W. P. Bch, FL, 5/26/11
**66.** Contributor to the book **Cartridges & Firearms Identification** by Robert Walker, ISBN #9781466502062 – 2010
**67.** Firearm Technology and Enforcement – Int'l LE. Academy – Budapest, Hungary, 7/10
**68.** Crime-Gun Safety, Recognition and Handling – Daytona Beach Police Department, 09/09
**69.** Crime-Gun Safety, Rec. and Handling – Brevard County, FL Sheriff's Office, 06/09
**70.** Ammunition Technology – Property and Evidence Association of Florida, Orlando, 02/09
**71.** Firearm Interstate Nexus – ATF and South African Police Service - Orlando, FL, 01/09

**72.** Industry Operations Investigator Basic Course – Glynco, GA, 10/07
**73.** Firearm Technology and Enforcement – Gabarone, Botswana (Africa), 08/07
**74.** Small Arms Trafficking – ILEA – Gabarone, Botswana (Africa), 08/07
**75.** Firearm Recognition, Technology and Anti-Smuggling – ILEA Budapest, Hungary, 12/08
**76.** Firearm Recognition/Technology – Orange County Sheriff Orlando, FL 08/08
**77.** Crime-Gun Rec., Handling, Tech. and Prosecution – FDIAI – Panama City, FL, 11/05
**78.** Reloading Metallic Cartridges - Florida Dept. Of Law Enforcement – Tampa, FL 03/08
**79.** New Developments in Ammunition – FDLE Orlando, FL, 10/04
**80.** Firearm Technology and Enforcement – Gabarone, Botswana (Africa), 09/04
**81.** Small Arms Trafficking – ILEA – Gabarone, Botswana (Africa),
**82.** Man-Portable Air Defense Systems – Florida Intelligence Unit – Daytona Bch, FL 07/04
**83.** Reloading Metallic Cartridges - Florida Dept. Of Law Enforcement – Tampa, FL, 08/03
**84.** Firearm Recognition, Technology and Anti-Smuggling – ILEA Budapest, Hungary, 06/03
**85.** Firearm Technology and Enforcement – Gabarone, Botswana (Africa), 08/02
**86.** Firearm Recognition, Technology and Anti-Smuggling – ILEA Budapest, Hungary, 02/97
**87.** Firearm Technology for Law Enforcement Gary, IN, 12/95

**AWARDS & ACHIEVEMENTS**

Fraternal Order of Police (Past-President) Westchester Lodge #152 - 1980
Presented Distinguished Weapons Expert Award by FLETC - 1990
Presented Special Act or Service Award by ATF - 1993
Presented U.S. DOJ Award for Public Service by U.S Attorneys Office - 1995
Presented Special Act or Service Award by ATF - 1999
Presented Special Act or Service Award by ATF - 2000
Presented Certificate of Appreciation by ATF National Academy – 2001
Presented Special Act or Service Award by ATF - 2002
Presented Award for Educational Support by PEAF - 2005
Invited to join ATF's ARIN (Ammunition Research & ID Network) – 2005
Featured Speaker- "Firearm Technology"- Property and Evidence Association of Florida Annual Conference - 2006
Research of ammunition company history determination on interstate nexus, on metallic cartridges found in the State of Florida.- 2009
Presented IALEFI Guest Instructor Award - 2010
Invited onto the Advisory Board of the Sonoran Desert Institute – 2014 - Present
Recognized as a Technical Advisor to the Assn. of Firearm and Tool Mark Examiners – 2017 - Present