# EXHIBIT E

```
                                                              1

        IN THE UNITED STATES DISTRICT COURT

      FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

        Civil Action No. 1:24-cv-00218-LCB-JEP

_____

FN HERSTAL, S.A. and                    )

FN AMERICA, LLC,                        )

              Plaintiffs,               )

     v.                                 )

STURM, RUGER & CO., INC.,               )

              Defendant.                )
_____ )


     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

         Subject to the Protective Order



   30(B)(1) and 30(B)(6) VIDEOTAPED DEPOSITION OF

       FN HERSTAL, S.A. and FN AMERICA, LLC

            VIA ITS CORPORATE DESIGNEE

                    DANIEL HINES

           Wednesday, December 11, 2024

Reported by:

SUSAN ASHE, CER

Job No.:  56467
```

Henderson Legal Services
202-220-4158                          www.hendersonlegalservices.com

| | | | |
|---|---|---|---|
| 1 | A. | I do. | 10:12 |
| 2 | Q. | Is that a tagline that FN still uses | 10:12 |
| 3 | today? | | 10:12 |
| 4 | A. | I do not know if it still exists.  We do | 10:12 |
| 5 | not actively promote that anymore, no.  But it may | | 10:12 |
| 6 | still be out there. | | 10:12 |
| 7 | Q. | How long did FN promote that tagline? | 10:12 |
| 8 | A. | I don't know, off the top of my head. | 10:12 |
| 9 | Q. | Who would -- how would you determine that? | 10:12 |
| 10 | A. | It precedes my time.  So it would -- it | 10:13 |
| 11 | would be based on in-market usage from the marketing | | 10:13 |
| 12 | people that precede me. | | 10:13 |
| 13 | Q. | Who would I need to talk to, to understand | 10:13 |
| 14 | how this tagline was used? | | 10:13 |
| 15 | A. | I think that might be a -- I don't know | 10:13 |
| 16 | who the right person would be to get all that | | 10:13 |
| 17 | information.  Because, again, it's the marketers | | 10:13 |
| 18 | that precede me.  There was several. | | 10:13 |
| 19 | Q. | So is there somebody at FN that would be | 10:13 |
| 20 | in a better position to discuss this tagline, "The | | 10:13 |
| 21 | World's Most Battle-Proven Firearms"? | | 10:13 |
| 22 | A. | I don't know if I would be able to tell | 10:13 |

                                                                    296

| | | |
|---|---|---|
| 1 | Q. What guns? | 02:07 |
| 2 | A. **ARs.** | 02:07 |
| 3 | Q. What ARs? | 02:07 |
| 4 | A. **ARs like the SFAR, they -- could be down** | 02:07 |
| 5 | **the fence. When you start changing your -- your** | 02:07 |
| 6 | **optics and all those things, people could get** | 02:08 |
| 7 | **confused about which one is which.** | 02:08 |
| 8 | Q. Okay. So you said the SFAR looks like the | 02:08 |
| 9 | SCAR. | 02:08 |
| 10 | Is that your testimony? | 02:08 |
| 11 | A. **It can -- consumers can get confused by** | 02:08 |
| 12 | **that, yes.** | 02:08 |
| 13 | Q. What consumers? | 02:08 |
| 14 | A. **Consumers who are looking for an AR name,** | 02:08 |
| 15 | **the consumers that have been confused between the** | 02:08 |
| 16 | **look of the SFAR and the SCAR.** | 02:08 |
| 17 | MR. SHORES: Objection. | 02:08 |
| 18 | THE WITNESS: I can't name | 02:08 |
| 19 | specific consumers. I just know that when | 02:08 |
| 20 | you're in the AR category, it's a broad | 02:08 |
| 21 | category. People do a lot of things to | 02:08 |
| 22 | ARs. | 02:08 |

```
 1   had a company tagline that was "The World's Most        03:09
 2   Battle-Proven Firearms."  Correct?                      03:09
 3        A.   That's right.                                 03:09
 4        Q.   All right.  We could set this aside.          03:09
 5        A.   Okay.                                         03:09
 6        Q.   All right.  Do you know whether the "FN       03:09
 7   SCAR" name is an acronym for anything?                  03:09
 8        A.   I have read things that has -- I've had --    03:09
 9   I've seen different variations of that, the letters,    03:10
10   the numbers.  But I've always heard it referred to      03:10
11   as "SCAR."                                              03:10
12             And so, I'm not sure if I understand the      03:10
13   specific question.  It's just, the name of the          03:10
14   product is "SCAR."  It's not necessarily an acronym.    03:10
15        Q.   You've said you've seen different --          03:10
16   you've read and seen different variations of the        03:10
17   letters.                                                03:10
18             What have you seen?                           03:10
19        A.   Yeah, "AR" being -- you know, "R" being       03:10
20   rifle and people make it....                            03:10
21             But I've never -- I've never seen it in       03:10
22   our trademark or branding as an acronym, no.            03:10
```

| | | |
|---|---|---|
| 1 | Q. You've never seen -- you've never seen FN | 03:10 |
| 2 | use an acronym with "SCAR"? | 03:10 |
| 3 | A. In our -- in the advertising we've done, | 03:10 |
| 4 | it's usually just "SCAR" tied in with like a -- our | 03:10 |
| 5 | corporate logo. | 03:10 |
| 6 | Q. And when you say "we've done," what are | 03:10 |
| 7 | you referring to? | 03:10 |
| 8 | A. The advertisements we've made. | 03:10 |
| 9 | Q. For FN. | 03:10 |
| 10 | A. Yeah. | 03:10 |
| 11 | Q. All time? or just since you've been there? | 03:10 |
| 12 | A. As many as I can see. There's just a lot | 03:10 |
| 13 | of advertising. | 03:10 |
| 14 | Q. Have you ever heard the -- that SCAR's an | 03:10 |
| 15 | acronym for "Special Operation Forces Combat Assault | 03:11 |
| 16 | Rifle"? | 03:11 |
| 17 | A. I've heard that. Yes. | 03:11 |
| 18 | Q. Do you know whether FN has ever promoted | 03:11 |
| 19 | "SCAR" as an acronym for "Special Operations Forces | 03:11 |
| 20 | Combat Assault Rifle"? | 03:11 |
| 21 | A. I don't know about promoting it that way. | 03:11 |
| 22 | And I know there was a military version tied to the | 03:11 |

358

| | | |
|---|---|---|
| 1 | development for the Special Forces. | 03:11 |
| 2 | But the commercial side has just been | 03:11 |
| 3 | "SCAR." | 03:11 |
| 4 | MR. RODGERS: Let's go ahead and | 03:11 |
| 5 | mark this as Hines Exhibit 40. | 03:11 |
| 6 | (Whereupon, Hines Exhibit 40 was marked | 03:11 |
| 7 | for identification.) | 03:11 |
| 8 | THE WITNESS: Thank you. | 03:11 |
| 9 | BY MR. RODGERS: | 03:11 |
| 10 | Q. You've just been handed a document marked | 03:11 |
| 11 | Hines Exhibit 40. | 03:11 |
| 12 | Have you ever seen this before? | 03:11 |
| 13 | A. Can I look at it, please? | 03:11 |
| 14 | Q. Yeah, please. | 03:11 |
| 15 | (Witness reading.) | 03:11 |
| 16 | THE WITNESS: This or something | 03:11 |
| 17 | similar to this, yes. | 03:12 |
| 18 | BY MR. RODGERS: | 03:12 |
| 19 | Q. Okay. Is this an FN press release? | 03:12 |
| 20 | A. It looks to be, yes. | 03:12 |
| 21 | Q. That's FN's logo up at the top there? | 03:12 |
| 22 | A. Yes, yes. | 03:12 |

                                                                        424

| | | |
|---|---|---|
| 1 | necessarily mean unique eyeballs. | 04:10 |
| 2 | So you can get millions of impressions, | 04:10 |
| 3 | but it does not necessarily mean millions of people, | 04:10 |
| 4 | one person could have multiple. | 04:10 |
| 5 | So it's really hard to say how many. | 04:10 |
| 6 | Q. Do you have a sense on the impressions for | 04:10 |
| 7 | the SCAR advertising? | 04:10 |
| 8 | A. It would be hard to get super finite. It | 04:10 |
| 9 | would. | 04:10 |
| 10 | Q. A lot, though? | 04:10 |
| 11 | A. A lot, yes. | 04:10 |
| 12 | Q. Millions? | 04:11 |
| 13 | A. Impressions? For sure. | 04:11 |
| 14 | Q. Potentially, millions of people? | 04:11 |
| 15 | A. No idea how many people can track those | 04:11 |
| 16 | impressions. | 04:11 |
| 17 | Q. But millions of impressions. | 04:11 |
| 18 | A. Oh, yeah. | 04:11 |
| 19 | Q. Okay. You were also designated for | 04:11 |
| 20 | FN's -- I don't have the topic right in front of | 04:11 |
| 21 | me -- the topic's -- | 04:11 |
| 22 | This is a -- that's fine. For: | 04:11 |