# EXHIBIT F









# Transcript of Hal Poret

**Date:** February 25, 2025
**Case:** FN Herstal, S.A., et al. -v- Sturm, Ruger & Co., Inc.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

| | |
|---|---|
| 1 | Your report indicates that those are | 11:25:36 |
| 2 | collected in Appendix E.  I thought we'd go | 11:25:38 |
| 3 | through Appendix E real quick just to make sure | 11:25:41 |
| 4 | we're on the same page. | 11:25:45 |
| 5 | MR. SHORES:  We'll call that Exhibit 3. | 11:25:46 |
| 6 | It's in the Chat if you need it. | 11:25:49 |
| 7 | (Exhibit 3 was marked for | 11:25:51 |
| 8 | identification and is attached to the transcript.) | 11:25:54 |
| 9 | Q    Tell me when you've got it open. | 11:25:55 |
| 10 | A    Yes. | 11:26:01 |
| 11 | Q    All right.  So the first and second page | 11:26:01 |
| 12 | appear to be photographs from a gun store.  Are | 11:26:04 |
| 13 | these the photographs you testified to a moment | 11:26:07 |
| 14 | ago that were provided by Ruger's counsel? | 11:26:09 |
| 15 | A    Yes. | 11:26:12 |
| 16 | Q    And just to confirm, these are not | 11:26:14 |
| 17 | photographs that you took, correct? | 11:26:16 |
| 18 | A    Correct. | 11:26:17 |
| 19 | Q    And you have not seen a Ruger hang tag | 11:26:18 |
| 20 | or a SFAR rifle in a gun store itself; is that | 11:26:23 |
| 21 | accurate? | 11:26:27 |
| 22 | MR. RETTEW:  Object to form. | 11:26:28 |
| 23 | A    It's accurate that -- I can't say for | 11:26:30 |
| 24 | sure that I've never seen one, but it's accurate | 11:26:33 |
| 25 | that I didn't visit a store physically myself or | 11:26:36 |

| | |
|---|---|
| 1   take these photos for -- specifically for my work | 11:26:40 |
| 2   on this case. | 11:26:45 |
| 3       Q    Okay. | 11:26:48 |
| 4       A    The exhibits were provided to me. | 11:26:48 |
| 5       Q    Okay.  Do you know where the store is? | 11:26:50 |
| 6       A    I don't know -- no, I don't.  Just from | 11:26:57 |
| 7   looking at photos, I don't know which specific | 11:27:00 |
| 8   store anything is. | 11:27:03 |
| 9       Q    Did you ask Ruger anything about when or | 11:27:05 |
| 10  where these photographs were taken? | 11:27:08 |
| 11      A    No. | 11:27:10 |
| 12      Q    Do you know that they were taken in a | 11:27:11 |
| 13  gun store? | 11:27:13 |
| 14      A    I don't know where they are taken. | 11:27:17 |
| 15      Q    The third page is another image of a | 11:27:21 |
| 16  Ruger SFAR, this time in a gun case.  Is this | 11:27:30 |
| 17  another image that was provided by counsel? | 11:27:35 |
| 18           MR. RETTEW:  I'm going to object.  Just | 11:27:37 |
| 19  an ongoing objection to form on the | 11:27:39 |
| 20  mispronunciation of the S-F-A-R. | 11:27:41 |
| 21           MR. SHORES:  You can answer. | 11:27:46 |
| 22      A    I've already said these photos were | 11:27:48 |
| 23  provided by counsel. | 11:27:50 |
| 24      Q    So again, we've got to do it for each of | 11:27:53 |
| 25  them.  You don't know where this photograph was | 11:27:56 |