# EXHIBIT G

1

08:48:13

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

-------------------------------:

FN HERSTAL, S.A., and FN            :
AMERICA, LLC,                       :
    Plaintiffs,                     :
        v.                          : Case No.
STURM, RUGER & CO., INC.,           :1:20-CV-00218-LCB-JEP
    Defendant.                      :
-------------------------------:

*HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

ATTORNEYS' EYES ONLY


                        Washington, D.C.

                        Friday, December 13, 2024

```
 1   covered 17 and 18.  That's it.  Okay.  So you -- are      09:19:06
 2   you prepared to testify on behalf of FN on all of         09:19:09
 3   these topics?                                             09:19:13
 4        A.   Yes.                                            09:19:14
 5        Q.   And beyond meeting with Mr. Van Arnum           09:19:14
 6   yesterday for two to three hours, did you do              09:19:19
 7   anything else to prepare yourself to testify for FN       09:19:21
 8   on these various topics?                                  09:19:25
 9        A.   Just reviewed documents.                        09:19:26
10        Q.   Did you talk to anyone within the               09:19:29
11   company, within FN to prepare?                            09:19:31
12        A.   No.                                             09:19:33
13        Q.   All right.  Let's talk about the reason        09:19:33
14   that brings us together today, and that is this           09:19:40
15   lawsuit.                                                  09:19:42
16             What is your understanding of this case?        09:19:44
17        A.   Well, we have -- we're selling two modern       09:19:45
18   sporting rifles to the same marketing channels, to        09:19:54
19   the same consumers, with the same name.                   09:20:02
20        Q.   Okay.  You say the same name.  What name        09:20:07
21   is that?                                                  09:20:12
22        A.   There is confusion between SCAR and SFAR.       09:20:13
```

| | | |
|---|---|---|
| 1 | **A.    I just hear that there's lots of** | 09:49:15 |
| 2 | **discounts and deals out there.  That's what I hear** | 09:49:19 |
| 3 | **from buyers.** | 09:49:22 |
| 4 | Q.    Okay.  Any other forces or things that | 09:49:23 |
| 5 | could impact sales of the SCAR? | 09:49:26 |
| 6 | **A.    I mean, you know, I think the SFAR name.** | 09:49:30 |
| 7 | **People get confused between a SFAR and a SCAR.** | 09:49:43 |
| 8 | Q.    Are you aware of any actual lost sales | 09:49:47 |
| 9 | where somebody purchased a Ruger SFAR instead of a | 09:49:51 |
| 10 | SCAR? | 09:49:55 |
| 11 | **A.    I'm not at every single individual** | 09:49:56 |
| 12 | **retailer, but I believe that there is confusion out** | 09:50:00 |
| 13 | **there.** | 09:50:06 |
| 14 | Q.    No, I understand that.  But my question | 09:50:07 |
| 15 | is a little different.  It's are you aware of any | 09:50:08 |
| 16 | actual lost sale, where somebody bought a Ruger SFAR | 09:50:12 |
| 17 | instead of an FN SCAR? | 09:50:15 |
| 18 | **A.    I'm not at the retail counter, so I** | 09:50:18 |
| 19 | **can't -- I can't say that I do.** | 09:50:21 |
| 20 | Q.    Okay.  So you're -- I'm not trying to be | 09:50:22 |
| 21 | difficult.  I just want to make sure I understand | 09:50:30 |
| 22 | your answer.  You're not aware of any one lost sale, | 09:50:32 |

1    that really launched the rifle, right?  It was the          13:23:02
2    reason why SCAR was even produced with the special          13:23:05
3    forces.  And it got a lot of notoriety because of           13:23:10
4    that.  Such notoriety that other people wanted to           13:23:14
5    possess that particular rifle, because it was -- if         13:23:19
6    it was so good that the special forces wanted it,           13:23:23
7    then I want it.  And so it's always been known as a         13:23:27
8    high quality rifle.                                         13:23:32
9         Q.    Okay.  And what does SCAR stand for?             13:23:34
10        A.    It's, like, Special Operations Forces            13:23:39
11   combat assault rifle.                                       13:23:48
12        Q.    Okay.  And that came from the U.S.'s             13:23:49
13   SOCOM, correct?                                             13:24:03
14        A.    I think that's the original acronym that         13:24:04
15   the military had come up for that particular                13:24:06
16   project.                                                    13:24:09
17        Q.    And does SCAR have any other meanings?           13:24:10
18        A.    No.  Can I add to that?                          13:24:17
19        Q.    Sure.                                            13:24:31
20        A.    I mean, that's what the original military        13:24:32
21   project was.  We utilized the SCAR name, but that's         13:24:34
22   not -- each one of those letters doesn't stand for          13:24:40

1  an assault rifle.  It's not an assault rifle.  We    13:24:43
2  just call it SCAR.                                   13:24:46
3      Q.   Gotcha.  So you're saying you call it       13:24:48
4  SCAR, and even though it had that original meaning,  13:24:51
5  it's not an assault rifle?                           13:24:54
6      A.   That -- those letters don't pertain to      13:24:55
7  any word.                                            13:24:57
8      Q.   Any other meaning for SCAR?                 13:24:58
9      A.   No.                                         13:25:09
10     Q.   Okay.  All right.  Let's talk about the     13:25:09
11 trade channels, basically, which is another topic,   13:25:27
12 topic number 8.  And this is kind of a -- I'd like   13:25:32
13 you to just please explain to me the different ways  13:25:36
14 you sell the SCAR.  What's your sales process, your  13:25:38
15 distribution system?  How does this work?            13:25:43
16     A.   Yeah, sure.  So commercially, do you want   13:25:45
17 to know about law enforcement, too, or just          13:25:48
18 commercial?                                          13:25:51
19     Q.   Let's start commercial.                     13:25:51
20     A.   Okay.  So commercially, we sell to the      13:25:53
21 end consumer via distributors, who sell to           13:25:58
22 independent retailers and buy group retailers,       13:26:02

243

1   the Ruger trademark at issue here, the SFAR.             14:56:42

2            And I notice in this deposition, you have        14:56:51

3   referred to it as the SFAR.  And there obviously is      14:56:54

4   a dispute in this case as to whether that should be      14:57:01

5   pronounced S-F-A-R or SFAR.  And so my question to       14:57:04

6   you is, what's FN's basis for saying that the mark       14:57:09

7   is pronounced SFAR?                                      14:57:14

8        A.   Well, I go to distributors who buy and         14:57:18

9   sell Rugers.  And they refer to the rifle as SFAR.       14:57:24

10  I've heard them use that.  I've never heard once         14:57:30

11  anybody say S-F-A-R.                                     14:57:34

12       Q.   Okay -- I'm sorry.                             14:57:38

13       A.   They -- recently, I've heard maybe some        14:57:39

14  people say an "S-FAR."  But I've never heard anybody     14:57:41

15  call it an S-F-A-R, other than maybe a couple of         14:57:47

16  websites.  But I deal in the industry, and everybody     14:57:51

17  just refers to it as SFAR.                               14:57:56

18       Q.   How many people have referred to the gun       14:57:58

19  as SFAR?                                                 14:58:02

20       A.   In my mind, about 100 percent.                 14:58:04

21       Q.   100 percent.                                   14:58:09

22       A.   Maybe -- I've heard some people now            14:58:11