# EXHIBIT H

1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:24-cv-00218-LCB-JEP

_____

FN HERSTAL, S.A. and                )

FN AMERICA, LLC,                    )

        Plaintiffs,          )

   v.                               )

STURM, RUGER & CO., INC.,           )

        Defendant.           )

_____)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Subject to the Protective Order


30(B)(1) and 30(B)(6) VIDEOTAPED DEPOSITION OF

FN HERSTAL, S.A. and FN AMERICA, LLC

VIA ITS CORPORATE DESIGNEE

BENJAMIN VOSS

Thursday, December 12, 2024

Reported by:

SUSAN ASHE, CER

Job No.: 56466

| | | |
|---|---|---|
| 1 | they had, no. | 11:58 |
| 2 | BY MR. RETTEW: | 11:58 |
| 3 | Q. Okay. And just so I understand -- again, | 11:58 |
| 4 | knowing you're not a lawyer and I'm not asking for | 11:58 |
| 5 | legal advice -- but in this lawsuit, is FN objecting | 11:59 |
| 6 | to the way the Ruger SFAR looks, beyond its name? | 11:59 |
| 7 | **A. To my knowledge, the lawsuit does not** | 11:59 |
| 8 | **specifically mention "trade dress," but it mentions** | 11:59 |
| 9 | **the use of the Ruger mark for a very similar-looking** | 11:59 |
| 10 | **product in exactly the same market space as the** | 11:59 |
| 11 | **SCAR, to exactly the same customer in the same** | 11:59 |
| 12 | **product category.** | 11:59 |
| 13 | Q. Okay. So you're not -- but there's no | 11:59 |
| 14 | objection to the overall look of Ruger rifle. | 11:59 |
| 15 | Correct? | 11:59 |
| 16 | MR. SHORES: Object to the | 11:59 |
| 17 | extent it calls for a legal conclusion. | 11:59 |
| 18 | You can testify to your | 11:59 |
| 19 | understanding. | 11:59 |
| 20 | THE WITNESS: Had Ruger called | 12:00 |
| 21 | it something other than "SFAR," I don't | 12:00 |
| 22 | believe FN would be bringing legal action | 12:00 |

221

| | | |
|---|---|---|
| 1 | industry media, such as gun magazines, | 01:35 |
| 2 | other nonprint media, web-based -- talking | 01:35 |
| 3 | to people at gun shops, because that is | 01:35 |
| 4 | someone they can talk to one-on-one who's | 01:35 |
| 5 | in the industry. | 01:35 |
| 6 | BY MR. RETTEW: | 01:35 |
| 7 | Q.  Anything else? | 01:35 |
| 8 | **A.  I can't think of any other.** | 01:36 |
| 9 | **I'm certain there are other avenues or** | 01:36 |
| 10 | **sources of information people may access to do** | 01:36 |
| 11 | **research.** | 01:36 |
| 12 | Q.  In your experience working in this field, | 01:36 |
| 13 | working with consumers and things like that, is it | 01:36 |
| 14 | fair to say that buyers and prospective buyers of | 01:36 |
| 15 | firearms generally research these types of things | 01:36 |
| 16 | that you just talked about before buying a gun? | 01:36 |
| 17 | MR. SHORES:  Same objection. | 01:36 |
| 18 | THE WITNESS:  In general, I | 01:36 |
| 19 | would think they would, but it's not to | 01:36 |
| 20 | say all customers do research. | 01:36 |
| 21 | BY MR. RETTEW: | 01:36 |
| 22 | Q.  Sure. | 01:36 |

236

| | | |
|---|---|---|
| 1 | same product category, to the same | 02:00 |
| 2 | customer, through the same channels of | 02:00 |
| 3 | distribution and retail, a trademark name | 02:00 |
| 4 | "SFAR," which is very close to "SCAR." | 02:00 |
| 5 | BY MR. RETTEW: | 02:00 |
| 6 | Q. Okay. Now I understand that's your | 02:00 |
| 7 | position on the case and -- and I hear you. | 02:00 |
| 8 | A. Yep. | 02:00 |
| 9 | Q. My question is a little different. | 02:00 |
| 10 | And my question is: In this response, | 02:00 |
| 11 | does this response identify, in your opinion, any | 02:00 |
| 12 | instance where somebody was confused? | 02:01 |
| 13 | **A. In plain English, I don't see a specific** | 02:01 |
| 14 | **instance here.** | 02:01 |
| 15 | Q. Are you aware of any instances where | 02:01 |
| 16 | anyone was confused between the parties or their | 02:01 |
| 17 | marks at issue in this case? | 02:01 |
| 18 | **A. I don't have a specific instance.** | 02:01 |
| 19 | **But a similar product that appears very** | 02:01 |
| 20 | **similar, fills the same role, in the same product** | 02:01 |
| 21 | **category, marketed to the same consumer through the** | 02:01 |
| 22 | **same distribution channel and retail outlets with a** | 02:01 |

237

1 **very similar trademark, will inevitably be -- create** 02:01
2 **confusion among consumers.** 02:01
3       MR. RETTEW: Okay. I'm going to 02:02
4       move to strike, because that was not 02:02
5       responsive. 02:02
6 BY MR. RETTEW: 02:02
7     Q. Now let me ask my question again. 02:02
8     **A. Okay.** 02:02
9     Q. Are you aware of any actual instances of 02:02
10 confusion relevant to this case in any way, shape, 02:02
11 or form? Yes or no. 02:02
12     **A. Specific instance? No.** 02:02
13     Q. Is FN aware of any instance of confusion 02:02
14 relevant to this case, or the products or trademarks 02:02
15 at issue in this case, in any way, shape, or form? 02:02
16 Yes or no. 02:02
17     **A. I can't say with certainty, but it is** 02:02
18 **likely Chris Cole, who is our VP of commercial** 02:02
19 **sales, is aware of that because his sales staff is** 02:02
20 **in retail regularly.** 02:02
21     Q. Is he aware -- are you aware of any 02:02
22 instances that Mr. Cole knows of confusion? 02:02

Voss, Benjamin                                              December 12, 2024
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

305

```
 1            about or what we're moving to?                03:25
 2                    MR. RETTEW:  No, no, what we've       03:25
 3            been talking about.  I'm sorry.  I was        03:25
 4            just talking to counsel.                      03:25
 5                    MR. SHORES:  That helps.  Thank       03:25
 6            you.                                          03:25
 7                    MR. RETTEW:  Yeah.  This is           03:25
 8            Topic No. 40 --                               03:25
 9                    MR. SHORES:  Go ahead.  Sorry.        03:25
10                    MR. RETTEW:  -- which is the          03:25
11            pronunciation.                                03:25
12   BY MR. RETTEW:                                         03:25
13       Q.   Have you ever heard anyone refer to the       03:25
14   Ruger gun as a "SFAR"?                                 03:25
15       A.   I have.                                       03:25
16       Q.   Who specifically?                             03:25
17       A.   In the Ruger product videos.                  03:25
18       Q.   Anywhere else?                                03:25
19       A.   Potentially.                                  03:25
20            Also in some of these other videos, online    03:25
21   reviews.                                               03:25
22       Q.   About how many?                               03:25
```

Henderson Legal Services
202-220-4158                        www.hendersonlegalservices.com

Case 1:24-cv-00218-WO-JEP   Document 77-8   Filed 05/16/25   Page 7 of 7