# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

\- - -

FN HERSTAL, S.A., and :
FN AMERICA, LLC, :
:
Plaintiffs, : Civil Action No
:
vs. : 1:24-cv-218
:
STURM, RUGER & CO., INC., :
:
Defendant. :

\- - -

DEPOSITION OF TODD JAMES LYDIC

FRIDAY, MARCH 21, 2025

\- - -

Video-recorded deposition of TODD JAMES LYDIC, taken remotely, before Patricia R. Frank, Registered Merit Reporter, Certified Realtime Reporter, and Notary Public, commencing at 10:02 a.m. EST, on the above date.

\- - -

Q. Okay. So after you were -- after Eddie gave you the Ruger gun, you looked at it and then gave it back to him, yes?

**A. Yes.**

Q. Okay. And then what happened next?

**A. That's when the customer started to approach the counter, and they asked if that was the new Ruger.**

Q. Okay. And what happened next?

**A. I started to walk away.**

Q. Okay. And then what happened next?

**A. That's when the customer said that they wanted to see the new Ruger pistol and the Ruger SCAR.**

Q. Okay. Did -- at that point when you were walking away, how far were you away from the consumer?

**A. Three or four steps away.**

Q. Okay. Did the person speak in

a loud or soft voice?

A. **Just an average voice.**

Q. Okay. And what were the exact words that the person said? Do you remember exactly what they said?

A. **Is that the new Ruger pistol, and I also wanted to see the Ruger SCAR.**

Q. Okay. And you're a hundred percent certain that that is precisely and exactly what that person said?

A. **Yes, to my knowledge.**

Q. Possible they said something else and you misheard it?

A. **No.**

Q. Did the person have any sort of accent?

A. **No.**

Q. Were they standing still at the counter or walking?

A. **They were standing still.**

Q. Okay. And how about the clerk, Eddie, he was standing still at the counter?

A. **Yes.**

Q. Okay. And what did Eddie say back to the customer in response?

A. **Eddie said, yes, this is the new Ruger pistol, and we don't have the Ruger SFAR.**

Q. Okay. And did Eddie refer to the Ruger rifle as a SFAR, S-F-A-R, or S-FAR?

A. **SFAR.**

Q. And you're certain that's exactly what he said?

A. **Yes.**

Q. Okay. And what happened next?

A. **I walked to the far end of the counter and wished Shawn, the other counter guy that was there, that he'd have a great Christmas and I'd see him in the new year.**

Q. Okay. And what happened after that?

A. **I left.**

Q. Okay. After the customer allegedly said that they wanted the Ruger