# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FN HERSTAL, S.A. and *
FN AMERICA, LLC, *
Plaintiffs, *
*
VS. * Civil Action No.
* 1:24-cv-218
STURM RUGER & CO., INC., *
Defendant. *

**************************************************

REMOTE ORAL AND VIDEOTAPED DEPOSITION OF
ADAM HALSTEAD
DECEMBER 6, 2024

**************************************************

DEPOSITION of ADAM HALSTEAD, produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and numbered cause on the 6th day of December, 2024, from 9:24 a.m. to 1:42 p.m., before Christy R. Sievert, CSR, RPR, in and for the State of Texas, reported remotely by machine shorthand, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

**To be fair, my opinion is that if anybody's real familiar with the S-FAR, SFAR, S-F-A-R, that as you're talking about it, you're going to call it a SFAR, just as you did a minute ago, sir, on accident. It's -- it's one of those things that -- that I've noticed, and it seems to be relatable. That's my opinion.**

MR. RODGERS: We'll move to strike that testimony after -- beginning with "my opinion" from the end of the answer.

MR. SHORES: On what grounds? He answered your question.

MR. RODGERS: I'm sorry.

MR. SHORES: On what grounds? He's answering your question.

MR. RODGERS: He had answered my question, and then you made an objection, and he started to answer further after two speaking objections to the witness. The basis is that he answered my question and on the grounds that you made speaking objections, he changed his answer and continued to go on. I'm making my motion --

MR. SHORES: He didn't change --

MR. RODGERS: -- to strike --

MR. SHORES: -- his answer.