# EXHIBIT L

Planet Depos
We Make It Happen™

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Transcript of Robert Werkmeister, Individually and as Designated Representative

**Date:** December 10, 2024
**Case:** FN Herstal, S.A., et al. -v- Sturm, Ruger & Co., Inc.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

A Correct. 11:25:47
Q Was this new product a redesign of the AR-556? 11:25:48 11:25:53
A I wouldn't have classified that as a redesign. You would have to -- it's a different -- it's an extension. It's a line extension for our modern sporting rifle. And I think Mark Gurney would have covered that portion of it. It's not a redesign of the AR-556, though. 11:25:56 11:25:59 11:26:02 11:26:04 11:26:08 11:26:10
Q That's fair. 11:26:18
(Reporter interruption.) 11:26:18
Q Modern sporting rifle? 11:26:21
Is that a "yes"? 11:26:24
A Yes. 11:26:25
Q So a line extension, I think I understand the distinction you're making. So it's not a redesign; it's just -- how would you describe line extension? 11:26:27 11:26:30 11:26:32 11:26:37
A Well, we would -- technically, I mean, if it's any other variation off of a manufacturing line, which could be caliber, which could be a stock change, could be anything that's an extension, we're extending the line. 11:26:40 11:26:42 11:26:46 11:26:50 11:26:53
Does that answer that? 11:26:56
In this case, obviously, it was a new 11:26:58