# EXHIBIT M

# Transcript of Ashley Hlebinsky

**Date:** March 5, 2025
**Case:** FN Herstal, S.A., et al. -v- Sturm, Ruger & Co., Inc.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

------------------------------X

| | | |
|---|---|---|
| FN HERSTAL, S.A. and | : | |
| FN AMERICA, LLC, | : | |
| Plaintiffs, | : | Case No. |
| v. | : | 1:24-cv-218 |
| STURM, RUGER & CO., INC., | : | LCB-JEP |
| Defendant. | : | |

------------------------------X

VIDEOTAPED DEPOSITION OF ASHLEY HLEBINSKY
CONDUCTED VIRTUALLY
WEDNESDAY, MARCH 5, 2025
10:02 a.m. EST

Job No.: 572479
Pages 1 - 253
Reported by: APRIL REID, RPR, CRR (Stenographer)

A. Yes. I believe that was the NSSF study. 12:22:44
Q. Yeah. I just wanted to make sure. 12:22:57
Okay. Sorry. 12:22:59
Going back to page 9, you state that, 12:23:12
"Firearm purchases are serious purchases and not 12:23:15
typically made on a whim." 12:23:19
Do you recall that in your report? 12:23:23
A. Yes. And I see it right here. 12:23:25
Q. Okay. If -- if you go to -- back to 12:23:27
page 12, though, do you agree that at least some 12:23:33
percentage of purchases are impulse buys? 12:23:38
A. Three percent. 12:23:50
But -- but you also have to consider an 12:23:50
impulse buy of a firearm still -- still involves 12:23:52
recognition that a gun is something that can kill 12:24:00
someone, that can be used to kill someone, that 12:24:02
can hurt someone, that can wound someone. 12:24:05
So even if it's, you know, an impulse 12:24:07
buy, you're still completing the background check 12:24:10
for it. So it is still a serious purchase that 12:24:13
doesn't, you know, denote that, but it's -- you 12:24:17
know. That's the way they're phrasing it. 12:24:19
But I still consider it a serious 12:24:22
purchase because you didn't just walk into a gun 12:24:27
store for no reason. You were considering buying 12:24:27

past FN has put them under the carbine category as well. 02:45:44 02:45:50

Q. Do you agree that both the SCAR and SFAR are modern sporting rifles or MSRs? 02:45:53 02:45:55

A. According to my definition, yes, they both fall under the modern sporting rifle category. 02:45:59 02:46:02 02:46:05

Q. Do you agree that's how Ruger launched the SFAR and that's how they are both promoted and sold, right, as -- you understand when I say "MSR," I am referring to modern sporting rifle? 02:46:08 02:46:08 02:46:12 02:46:14

A. Yes. You said modern sporting rifle. 02:46:17

Q. So you agree that both the SCAR and SFAR are marketed and sold as MSRs? 02:46:20 02:46:23

MR. RETTEW: Object to form. 02:46:27

A. I'm not sure if the -- how often the wording specifically for modern sporting rifle is actually used, but it's not inaccurate to say they're both under a big umbrella term, however, that term is kind of a catch-all. 02:46:27 02:46:35 02:46:37 02:46:39 02:46:43

Q. Has -- 02:46:49

A. Like a Springfield 1903 is advertised as a bolt action. 02:46:50 02:46:54

Q. Does Ruger refer to the SFAR as an MSR, under that category? 02:46:55 02:46:59

STATE OF NORTH CAROLINA:
COUNTY OF MECKLENBURG :

I, April Reid, Registered Professional Reporter, Certified Realtime Reporter and Notary Public in and for the State of North Carolina, and whose commission expires March 4, 2025, do certify that the aforementioned appeared before me, was sworn by me, and was thereupon examined by counsel; and that the foregoing is a true, correct, and full transcript of the testimony adduced.

I further certify that I am neither related to nor associated with any counsel or party to this proceeding, nor otherwise interested in the event thereof.

Given under my hand and notarial seal in Charlotte, North Carolina, this 17th day of March, 2025.

________________________________________

April Reid, RPR, CRR, Notary Public
State of North Carolina, County of Mecklenburg
Notary Registration No. 20012210079

SPORTSMANS WAREHOUSE

Home / Shooting Gear / Modern Sporting Rifles

# Modern Sporting Rifles (78)

78 items

Filters (2)

Sort By
New

Show Out Of Stock

Sale
Clearance



Ruger PC Carbine 9mm Luger 16.12in Digital Camo/Black Semi Automatic Modern Sporting Rifle - 17+1 Rounds

**$579.97** ~~$639.99~~
(6)

Ship To Store
Ship to FFL

Add To Cart

Compare



Ruger LC Carbine 45 Auto (ACP) 16.25in Type III Hard-Coat Anodized Semi Automatic Modern Sporting Rifle - 13+1...

**$829.99**
(10)

Pick Up in Store
Ship to FFL

Add To Cart

Compare



Ruger SFAR 308 Winchester 16.1in Black Anodized Semi Automatic Modern Sporting Rifle - 20+1 Rounds

**$1,074.99**
(27)

Pick Up in Store
Ship to FFL

Add To Cart

Compare

Feedback

Exhibit #:
Hlebinsky 14
3/5/2025
exhibitsticker.com



Ruger LC Carbine 5.7x28mm 16.25in Gray Anodized Semi Automatic Modern Sporting Rifle - 20+1 Rounds

**$829.99**

(15)

**Add To Cart**

Compare

Pick Up In Store

Ship to FFL



Ruger Mini-14 Ranch 5.56mm NATO 18.5in Blued Semi Automatic Modern Sporting Rifle - 5+1 Rounds

**$1,029.99**

(1)

**Add To Cart**

Compare

Ship To Store

Ship to FFL


**BUY NOW PAY LATER WITH SEZZLE**

4 payments, 6 weeks no interest




Ruger Mini-14 Ranch 5.56mm NATO 18.5in Blued Semi Automatic Modern Sporting Rifle - 20+1 Rounds

**$1,099.99**

(10)

Ship To Store

Ship to FFL

**Add To Cart**

Compare



Ruger Mini-14 Ranch 5.56mm NATO 18.5in Stainless Semi Automatic Modern Sporting Rifle - 5+1 Rounds

**$1,129.99**

(15)

Ship To Store

Ship to FFL

**Add To Cart**

Compare



Ruger Mini-14 Ranch 5.56mm NATO 18.5in Stainless/Black Semi Automatic Modern Sporting Rifle - 20+1 Rounds

**$1,199.99**

(1)

Ship To Store

Ship to FFL

**Add To Cart**

Compare



Ruger Mini-14 Ranch 5.56mm NATO 18.5in Blued Semi Automatic Modern Sporting Rifle - 5+1 Rounds

$1,049.99

Add To Cart

Compare

Ship To Store

Ship to FFL



FN M249S PARA 5.56mm NATO 16.1in Black Semi Automatic Rifle - 30+1 Rounds

$10,799.99

Add To Cart

Compare

Ship To Store

Ship to FFL

## MILITARY DISCOUNT

Thank you for your service! Active duty, veterans, and military spouses enjoy 5% off as our way of giving back



FN M249S 5.56mm NATO 18.5in Black Semi Automatic Rifle - 30+1 Rounds

$10,299.99

(2)

Ship To Store

Ship to FFL

Add To Cart

Compare



Ruger AR-556 5.56mm NATO 16in Black Anodized Semi Automatic Modern Sporting Rifle - 30+1 Rounds

$889.99

(125)

Ship To Store

Ship to FFL

Add To Cart

Compare



FN Scar 20S 6.5 Creedmoor 20in Black Anodized Semi Automatic Modern Sporting Rifle - 10+1 Rounds

$4,299.99

Ship To Store

Ship to FFL

Add To Cart

Compare



FN SCAR 7.62mm NATO 16.25in Black Anodized Semi Automatic Modern Sporting Rifle - 10+1 Rounds

$3,849.99

Add To Cart

Compare

Ship To Store

Ship to FFL



Ruger LC Carbine 10mm Auto 16.25in Type III Hard-Coat Anodized Semi Automatic Modern Sporting Rifle - 30+1 Rounds

$859.99

Add To Cart

Compare

Ship To Store

Ship to FFL



FN PS90 5.7x28mm 16in Black Semi Automatic Modern Sporting Rifle - 10+1 Rounds

$1,699.99

Add To Cart

Compare

Ship To Store

Ship to FFL



Ruger LC Carbine 5.7X28mm 16.25in Gray Anodized Semi Automatic Modern Sporting Rifle - 10+1 Rounds

$829.99

(2)

Ship To Store

Ship to FFL

Add To Cart

Compare



Ruger Mini-14 Ranch 5.56mm NATO Blued Brown/Black Chevron Laminate Semi Automatic Rifle - 18.5in

$1,149.99

(1)

Ship To Store

Ship to FFL

Add To Cart

Compare



Ruger LC Carbine 5.7x28mm 16.25in Gray Anodized Semi Automatic Modern Sporting Rifle - 10+1 Rounds

$829.99

(1)

Ship To Store

Ship to FFL

Add To Cart

Compare



FN SCAR 20S NRCH 7.62mm NATO 20in FDE Anodized Semi Automatic Modern Sporting Rifle - 10+1 Rounds

$4,499.99

Add To Cart

Compare

Ship To Store



FN SCAR 7.62mm NATO 20in Black Anodized Semi Automatic Modern Sporting Rifle - 10+1 Rounds

$4,499.99

★★★★★

Add To Cart

Compare

Ship To Store



FN 15 5.56mm NATO 16in Flat Dark Earth Anodized Semi Automatic Modern Sporting Rifle - 30+1 Rounds

$1,777.99

Add To Cart

Compare

Ship To Store



FN 15 DMR3 5.56mm NATO 18in FDE Cerakote Semi Automatic Modern Sporting Rifle - 30+1 Rounds

$2,209.99

Ship To Store

Ship to FFL

Add To Cart

Compare



FN 15 M4 Military Collector 5.56 NATO 16in Matte Black Semi Automatic Modern Sporting Rifle - 30+1 Rounds

$1,819.99

★★★★★ (4)

Ship To Store

Ship to FFL

Add To Cart

Compare



Ruger Mini-14 Tactical 5.56mm NATO 16.12in Matte Stainless Semi Automatic Modern Sporting Rifle - 20+1 Rounds

$1,229.99

★★★★☆ (3)

Ship To Store

Ship to FFL

Add To Cart

Compare



Ruger Mini Thirty 7.62x39mm 18.5in Stainless Semi Automatic Modern Sporting Rifle - 5+1 Rounds

Add To Cart

Compare

Ship To Store



Ruger PC Carbine 9mm Luger 16.12in Black Anodized Semi Automatic Modern Sporting Rifle - 17+1 Rounds

Add To Cart

Compare

Ship To Store



Ruger PC Carbine 9mm Luger 16.12in Black Anodized Semi Automatic Modern Sporting Rifle - 10+1 Rounds

Add To Cart

Compare

Ship To Store



Ruger Mini-14 Tactical 300 AAC Blackout 16.12in Blued Semi Automatic Modern Sporting Rifle - 20+1 Rounds

**$1,149.99**

(3)

Ship To Store

Ship to FFL

Add To Cart

Compare



Ruger AR-556 5.56mm NATO 18in Black Semi Automatic Rifle - 30+1 Rounds

**$959.99**

(121)

Ship To Store

Ship to FFL

Add To Cart

Compare



FN SCAR 5.56mm NATO 16.25in Flat Dark Earth Anodized Semi Automatic Modern Sporting Rifle - 30+1 Rounds

**$3,399.99**

(1)

Ship To Store

Ship to FFL

Add To Cart

Compare



FN 15 5.56mm NATO 16in Black Anodized Semi Automatic Modern Sporting Rifle - 30+1 Rounds

Add To Cart

Compare

Ship To Store



Ruger AR-556 MPR 450 Bushmaster 18in Black Anodized Semi Automatic Rifle - 5+1 Rounds

Add To Cart

Compare

Ship To Store



FN SCAR 7.62mm NATO 16.25in Black Anodized Semi Automatic Modern Sporting Rifle - 20+1 Rounds

Add To Cart

Compare

Ship To Store



FN SCAR 5.56mm NATO 16.25in Flat Dark Earth Anodized Semi Automatic Modern Sporting Rifle - 10+1 Rounds

**$3,399.99**

Ship To Store

Ship to FFL

Add To Cart

Compare



Ruger AR-556 5.56mm NATO 16.1in Black Anodized Semi Automatic Modern Sporting Rifle - 10+1 Rounds

**$849.99**

(125)

Ship To Store

Ship to FFL

Add To Cart

Compare



FN M249S PARA 5.56mm NATO 16.1in Matte FDE Semi Automatic Modern Sporting Rifle - 30+1 Rounds

**$10,799.99**

(1)

Ship To Store

Ship to FFL

Add To Cart

Compare



FN 15 Guardian 5.56mm NATO 16in Black Anodized Semi Automatic Modern Sporting Rifle - 30+1 Rounds

★★★★★

Add To Cart

Compare

Ship To Store



FN 15 DMR3 5.56mm NATO 18in Matte Black Anodized Semi Automatic Modern Sporting Rifle - 30+1 Rounds

Add To Cart

Compare

Ship To Store



Ruger Mini Thirty 7.62x39mm 18.5in Stainless Semi Automatic Modern Sporting Rifle - 5+1 Rounds

★★★★★

Add To Cart

Compare

Ship To Store



Ruger AR-556 MPR 223 Wylde 18in Gray Cerakote Semi Automatic Modern Sporting Rifle - 30+1 Rounds

**$1,729.99**

Ship To Store

Ship to FFL

Add To Cart

Compare



Ruger Mini Thirty 7.62x39mm 16.12in Stainless Semi Automatic Modern Sporting Rifle - 20+1 Rounds

**$1,229.99**

★★★★★ (3)

Ship To Store

Ship to FFL

Add To Cart

Compare



FN SCAR 6.5 Creedmoor 20in Flat Dark Earth Anodized Semi Automatic Modern Sporting Rifle - 10+1 Rounds

**$4,499.99**

Ship To Store

Ship to FFL

Add To Cart

Compare



Ruger PC Carbine 9mm Luger 16.12in Black Anodized Semi Automatic Modern Sporting Rifle - 10+1 Rounds - California Compliant

Add To Cart

★★★★★

Compare

Ship To Store

Ship to FFL



Ruger PC Carbine 9mm Luger 16.12in American Flag Camo Semi Automatic Modern Sporting Rifle - 17+1 Rounds

Add To Cart

★★★★★

Compare

Ship To Store

Ship to FFL



Ruger PC Carbine with Handguard 9mm Luger 16.12in Black Anodized Semi Automatic Modern Sporting Rifle - 10+1...

Add To Cart

★★★★★

Compare

Ship To Store

Ship to FFL

1 2 >

## Recommended for You

‹ ›




**Remington Thunderbolt 22 Long Rifle 40gr RN Rimfi...**

**$39.99**




**PMC X-Tac 5.56mm NATO 55gr FMJBT Rifle Ammo - 20 ...**

**$10.99**




**Winchester USA 22 Long Rifle 36gr CPHP Rimfire Am...**

**$19.99**




**CCI Blazer Brass 115gr FMJ Hand**

**$12.99**

**Modern sporting rifle by caliber** +

**Modern sporting rifles by brand** +

**Popular modern sporting rifles** +

**Expert advice** +