# EXHIBIT U

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

FN HERSTAL, S.A., and
FN AMERICA, LLC,
Plaintiffs,
v. Civil Action No. 1:24-CV-218
STURM, RUGER & CO., INC.,
Defendant.

________________________

** CONFIDENTIAL **

REMOTE VIDEOTAPED DEPOSITION OF
DANIEL O'KELLY
March 7, 2025
9:03 a.m. EST

Reported by:
Janice M. Kocek, CSR, CLR
Job No. 56687

**mind. It depends on what that person believes is credible.**

Q. And do you have any opinion or knowledge on the types of things that consumers do when they consider whether or not they want to buy a firearm or which one to buy? 11:15

**A. Yes. They look at the internet. They read gun magazines. They talk to their friends. They go on forums.**

Q. Anything else? 11:15

**A. Social media. And the problem is a good amount of the information they get is not correct.**

Q. And does that information pertain to who makes what gun? 11:15

**A. It can.**

Q. And do you have any examples in mind of situations where a source of information said that a gun was made by one company when it was made by another? 11:16

**A. I don't have a specific example memorized. But I've experienced a number of**

**A. By studying. Just what I said, the fact that I've personally encountered so many people who do it or have done it.**

Q. And these people when they're buying guns, do they consider information differently than the way you described earlier? 11:35

MR. VAN ARNAM: Objection to form.

THE WITNESS: I'm sorry. Do they what?

BY MR. RETTEW: 11:35

Q. Let me ask a better question.

Earlier you talked about the things that people consider when they are looking to buy a gun.

Do you remember that? 11:35

**A. Yes.**

Q. And my question is, these people you're talking about here, the buyers interested in purchasing firearms they consider to be useful or fun, do they go about in your 11:35 experience researching firearms the same way or any different than you described earlier?

MR. VAN ARNAM: Objection to form.

THE WITNESS: No. These are a lot of times just impulse buys.

BY MR. RETTEW:

Q. And when you say "impulse buys," what percentage of the people buy firearms on impulse? 11:36

**A. I don't know.**

Q. And when people buy a firearm on impulse, do they sometimes do research before they make that impulse purchase? 11:36

**A. I'm sure some do.**

Q. And do you know what percentage do?

**A. No.**

Q. Do you know what percentage don't? 11:36

**A. No.**

Q. Okay. And those that do do research, do you have any understanding of how those people did research to consider whether to buy a gun? 11:36

**A. When you're buying a gun just to use a range toy, you don't do research generally.**

**You become aware of it. You think it would be fun. You have the money to buy it. You buy it.**

Q. And you say you don't --

**A. This isn't a research kind of situation.** 11:37

Q. And you don't -- those people that buy a gun just for the range, they don't research calibers, brands, and prices and things like that?

**A. If you want to call asking questions research, then I guess you could qualify it that way.** 11:37

Q. But fair to say people that even if they buy a firearm on impulse, as you said, they're at the very least going to look into things like price, caliber, manufacture, size, et cetera? 11:37

MR. VAN ARNAM: Objection. Calls for speculation. Lack of foundation.

BY MR. RETTEW: 11:37

Q. Go ahead.

**A. I mean, if -- if I were to walk into**

**a store and find a semi-automatic belt-fed for a price I can afford and it's one that I don't have, it doesn't really matter who made it. It doesn't really matter what caliber it's in. It's available in the caliber they made it in. Either you want it or you don't. And if you think it could be fun and you can afford it, you buy it.** 11:38

**It's not like you have a lot of breadth, you know, well, I'm going to get it in a different caliber. A lot of these range toys only come in one caliber and they're only made by one manufacturer. Or even if it's made by more than one manufacturer, they all make them the same way if they are clones of each other. The only difference you're going to encounter are the bolt-on accessories, which you can modify after the fact if you want.** 11:38 11:38

Q. Now, you're talking about your personal experience. You obviously have a knowledge that is vastly greater than the average consumer. Would you agree? 11:38

THE WITNESS: Sorry.

MR. VAN ARNAM: So I'm trying to do it as fast as I can.

Object. Lack of foundation. And objection to form. 11:49

Okay. Now you can go.

THE WITNESS: Sorry.

The only thing I have a problem with is their use of the word "research" because they consider people asking friends 11:49 and looking at the internet and other similar unreliable actions to be research. I find that to be far from what I would call research.

BY MR. RETTEW: 11:49

Q. Would you consider visiting a manufacturer's website to be research?

**A. Sometimes.**

Q. Okay. Would you consider visiting a retailer website to be research? 11:49

**A. It's possible but not necessarily.**

Q. Would you consider browsing a store

to be research?
**A. No?**
Q. How about trying a firearm at a range, would that be research?
**A. Yes.** 11:50
Q. Magazine articles that are not online, could that be research?
**A. So hard copy magazine articles, depending on who wrote it, yes, it could be.**
Q. Firearms TV shows, could that be research? 11:50
**A. No, the firearm TV shows I've seen were mostly hype for the purpose of selling commercial time.**
Q. How about online reviews and articles, could that be research? 11:50
**A. Could be.**
Q. Okay. That's all with that document. You can close that out.
Now, on page 9, paragraph 24, let's look at the last sentence. 11:50
You say (as read): Although

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Q. Do you know of any instances of Ruger disseminating any misinformation about any of its products?

**A. None that come to mind, no.** 01:02

Q. And similar question, you know of no instance when Ruger disseminated misinformation about its SFAR rifle?

**A. I'm not aware of a specific example, no.** 01:03

Q. Are you aware of any general example?

**A. With other companies? Yes.**

Q. No, I mean with Ruger or FN.

**A. No.**

Q. What's an example of another company 01:03 who disseminated misinformation?

**A. H&K, Heckler & Koch. They advertised their MP5 rifle as being delayed blowback when actually it's a locked breech gun. It's not a blowback type of action. So I'm not sure what** 01:03 **their purpose is for that. But what they're telling the public is false.**