# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FN HERSTAL, S.A., and <br> FN AMERICA, LLC, <br><br> Plaintiffs, <br> v. <br><br> STURM, RUGER & CO., INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 1:24-cv-218 <br> ) <br> ) <br> ) <br> ) |

## MOTION TO WITHDRAW ANDREW R. SHORES AS COUNSEL

Pursuant to Local Rule 83.1(e), the undersigned counsel moves for the withdrawal of Andrew R. Shores as counsel of record for FN Herstal, S.A. and FN America, LLC ("FN" or "Plaintiffs") in the above-captioned matter. In support of this Motion, counsel states the following:

1. On behalf of Plaintiffs, Andrew R. Shores entered an Appearance of Counsel on March 12, 2024. Doc. 3.

2. As of September 5, 2025, Mr. Shores is no longer associated with the law firm of Williams Mullen P.C., and thus will no longer be actively representing Plaintiffs.

3. All other attorneys of record who are listed as representing Plaintiffs will continue to serve as counsel.

WHEREFORE, FN respectfully requests that Andrew R. Shores be permitted to withdraw as counsel for Plaintiffs.

Respectfully submitted this 23rd day of September 2025.

By: */s/ Andrew R. Shores*
Andrew R. Shores (N.C. Bar No. 46600)
Robert C. Van Arnam (N.C. Bar No. 28838)
WILLIAMS MULLEN
P.O. Drawer 1000
Raleigh, NC 27602-1000
Telephone: (919) 981-4015
Fax: (919) 981-4300
ashores@williamsmullen.com
rvanarnam@williamsmullen.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which constitutes service to all parties of record.

                          */s/ Andrew R. Shores*
                          Andrew R. Shores (N.C. Bar No. 46600)
                          WILLIAMS MULLEN
                          P.O. Drawer 1000
                          Raleigh, NC 27602-1000
                          Telephone: (919) 981-4015
                          Facsimile: (919) 981-4300
                          ashores@williamsmullen.com