# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| FN HERSTAL, S.A., and | ) | |
| FN AMERICA, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No.: 1:24-cv-218-DAB-JEP |
| | ) | |
| STURM, RUGER & CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' NOTICE REGARDING CLAIMS

Pursuant to the Court's Order during the May 28, 2026 Hearing, Plaintiff FN Herstal, S.A. and FN America, LLC (collectively, "Plaintiffs" or "FN"), through undersigned counsel, hereby confirm that their claims under the Lanham Act, *see* Doc. 1 at ¶¶ 48-62, and Unfair and Deceptive Trade Practices Act, N.C. Gen. Stat. § 75-1.1 *et seq.*, *see* Doc. 1 at ¶¶ 63-67, arise out of the same set of facts and may be treated together for purposes of Ruger's Motion for Summary Judgment.

Respectfully submitted this the 3rd day of June 2026.

By: */s/ Robert C. Van Arnam*
Robert C. Van Arnam, NC Bar No. 28838
Carmelle F. Alipio, NC Bar No. 54738
Aaron T. Fadden, NC Bar No. 59495
**WILLIAMS MULLEN**
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
Tel: (919) 981-4000
rvanarnam@williamsmullen.com
calipio@williamsmullen.com
afadden@williamsmullen.com

*Attorneys for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of June 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

By: */s/ Robert C. Van Arnam*
Robert C. Van Arnam, NC Bar No. 28838
Carmelle F. Alipio, NC Bar No. 54738
Aaron T. Fadden, NC Bar No. 59495
WILLIAMS MULLEN
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
Tel: (919) 981-4000
Fax: (919) 981-4300
rvanarnam@williamsmullen.com
calipio@williamsmullen.com
afadden@williamsmullen.com

*Attorneys for Plaintiffs*

2