**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| FN HERSTAL, S.A., and<br>FN AMERICA, LLC,<br><br>Plaintiffs, | ) | |
| v. | ) | Civil Action No.: 1:24-cv-218-DAB-JEP |
| STURM, RUGER & CO., INC.,<br><br>Defendant. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs FN Herstal, S.A. and FN America, LLC (collectively "FN" or "Plaintiffs"), appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment in the above-captioned case, entered in this action on September 25, 2026, D.E. 119, and from all applicable orders, decisions, rulings, and opinions entered in this action and which merged into or relate to that judgment, including but not limited to the Opinion and Order, D.E. 118.

Respectfully submitted, this 26th day of October, 2026.

**WILLIAMS MULLEN**

By: */s/ Robert C. Van Arnam*
Robert C. Van Arnam (NC Bar No. 28838)
Aaron T. Fadden (NC Bar No. 59495)
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
Telephone: (919) 981-4000
Facsimile: (919) 981-4300
rvanarnam@williamsmullen.com
afadden@williamsmullen.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on this 26th day of October, 2026, I electronically filed the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF system which will send notification of electronic filing to all counsel of record.

**WILLIAMS MULLEN**

By: */s/ Robert C. Van Arnam*
Robert C. Van Arnam (NC Bar No. 28838)
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
Telephone: (919) 981-4000
Facsimile: (919) 981-4300
rvanarnam@williamsmullen.com

*Attorney for Plaintiffs*